# United States District Court

_____ DISTRICT OF _____

Susan Mount,
    Plaintiff

v.

Zale Delaware, Inc.,
    Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:04-CV-30152-MAP

TO: (Name and address of defendant)

Zale Delaware, Inc.
901 West Walnut Hill Lane
Irving, Texas 75038

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael O. Shea, Esquire
Law Office of Michael O. Shea
451 Main Street
Wilbraham, MA 01095

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                          November 16, 2004
_____            _____
CLERK                                  DATE

   Mary Finn
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT)    Interrogatories<br>Req. for Production | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

December 2, 2004
I hereby certify and return that on 12/1/2004 at 3:00PM I served a true and attested copy of the Summons, Complaint, Interrogatories & Request for Production of Docs. in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk & agent in charge at time of service, for Zale Deleware, Inc., at , 84 State Street, The Prentice-Hall Corporation Systems Boston, MA 02109. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                      _____
                                                  Deputy Sheriff