UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br>    Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC.<br>    Defendant. | )<br>)<br>)  C.A. No: 3:04-CV-30152 MAP<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Neal J. McNamara hereby enters his appearance on behalf of Defendant Zale Delaware, Inc.

DEFENDANT,
ZALE DELAWARE, INC.

By its Attorneys,

HOLLAND & KNIGHT LLP

_____
Neal J. McNamara, Esquire (BBO #556329)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)
neal.mcnamara@hklaw.com

Dated: December 14, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the within Entry of Appearance to Michael O. Shea, Esq., Law Office of Michael O. Shea, 451 Main Street, Wilbraham, MA 02095 on this 14th day of December, 2004.

_____

# 2464901_v1