**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUSAN MOUNT,        ) | |
|     Plaintiff,   ) | |
| ) | |
| v.              ) | C.A. No. 3:04-CV-30152 MAP |
| ) | |
| ZALE DELAWARE, INC.  ) | |
|     Defendant.    ) | |

**CERTIFICATION OF DEFENDANT UNDER LOCAL RULE 16.1(D)(3)**

This is to certify that counsel for the defendant in this matter has conferred with an authorized representative of the defendant regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirms the preceding.

                                                  ZALE DELAWARE, INC.

                                                By its attorneys,

                                                HOLLAND & KNIGHT LLP

                                                /s/ Neal J. McNamara
                                                Neal J. McNamara (BBO #556329)
                                                One Financial Plaza – Suite 1800
                                                Providence, RI  02903
                                                Tel. (401) 751-8500
                                                Fax. (401) 553-6850

                                                ***FOR PURPOSES OF LOCAL RULE 16.1(D)(3)***

                                                /s/ Jane E. Perelman
                                                Jane E. Perelman, Senior Director
                                                Associate General Counsel
                                                ZALE CORPORATION
                                                901 W. Walnut Hill Lane
                                                Irving, TX  75038-4209

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the within Answer to Michael O. Shea, Esq., Law Office of Michael O. Shea, 415 Main Street, Wilbraham, MA 01095 via regular mail, postage prepaid on this 11th day of February, 2004.

# 2605802_v1