UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,            )<br>    Plaintiff,          )<br>                      )<br>v.                       )<br>                      )<br>ZALE DELAWARE, INC.      )<br>    Defendant.           ) | C.A. No. 3:04-CV-30152 MAP |

**CERTIFICATION OF DEFENDANT UNDER LOCAL RULE 16.1(D)(3)**

This is to certify that counsel for the defendant in this matter has conferred with an authorized representative of the defendant regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirms the preceding.

                                      ZALE DELAWARE, INC.

                                      By its attorneys,

                                      HOLLAND & KNIGHT LLP

                                      _____
                                      Neal J. McNamara (BBO #556329)
                                      One Financial Plaza – Suite 1800
                                      Providence, RI  02903
                                      Tel. (401) 751-8500
                                      Fax. (401) 553-6850

                                      *FOR PURPOSES OF LOCAL RULE 16.1(D)(3)*

                                      _____
                                      Jane E. Perelman, Senior Director
                                      Associate General Counsel
                                      ZALE CORPORATION
                                      901 W. Walnut Hill Lane
                                      Irving, TX  75038-4209

## CERTIFICATE OF SERVICE

    I hereby certify that I mailed a true and accurate copy of the within Answer to Michael O. Shea, Esq., Law Office of Michael O. Shea, 415 Main Street, Wilbraham, MA  01095 via regular mail, postage prepaid on this _____ day of February, 2004.

*[signature]*

# 2605802_v1