UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

MA JUL 18 A 7 10

U.S. DISTRICT COURT
DISTRICT OF MASS

SUSAN MOUNT,

              Plaintiff

v.

ZALE DELAWARE, INC.,

              Defendant

Civil Action No. 04-30152-MAP

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Plaintiff, Susan Mount, and her Counsel, certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

MICHAEL O. SHEA, ESQUIRE
Law Office Of Michael O. Shea
451 Main Street
Wilbraham, MA 01095
Telephone: (413) 596-8005
Facsimile: (413) 596-8095
BBO # 555474

Date: February 14, 2005

Susan Mount

Certificate Of Service

I, Michael O. Shea, hereby certify that on the 15 th day of February, 2005, I served the foregoing document by mailing a copy of the same to Counsel of Record for the parties.

Michael O. Shea