UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT, )  | | |
|     Plaintiff ) | | |
| ) | | |
| v.  ) | Civil Action No. 04-30152-MAP | |
| ) | | |
| ZALE DELAWARE, INC., ) | | |
|     Defendant ) | | |

SCHEDULING ORDER
February 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery and non-expert depositions shall be completed by September 1, 2005.

2. Counsel shall appear for a case management conference on September 6, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge