UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SUSAN MOUNT, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Civil Action No. : 3:04-CV-30152 MAP |
| ZALE DELAWARE, | : | |
| Defendant. | : | |

## STIPULATION OF EXTENSION OF TIME

The undersigned hereby stipulate and agree that Defendant Zale Delaware's
time to respond to discovery served upon them by Plaintiff, Susan Mount is hereby
extended up to and including April 15, 2005.

SUSAN MOUNT

By her attorney,



___/s/ Michael O. Shea, Esq.___
Michael O. Shea, (BBO #555474)
Law Office of Michael Shea
451 Main Street
Wilbraham, MA 01095
Tel. (413) 596.8005
Fax. (413) 596-8095

ZALE DELAWARE,

By its attorneys,

HOLLAND & KNIGHT LLP



___/s/ Neal J. McNamara, Esq.___
Neal J. McNamara (BBO #556329)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2005, I caused the foregoing
document to be served by mailing a copy of same via first class, postage prepaid to
Michael O. Shea, Esq., Law Office of Michael O. Shea, 451 Main Street, Wilbraham, MA
01095.

___/s/ Marilyn Lovely___

# 2720196_v1