UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br>           Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br>           Defendant | Civil Action No.: 3:04-CV-30152 |

## STIPULATION OF EXTENSION OF TIME

The undersigned hereby stipulate and agree that Plaintiff Susan Mount's time to respond to discovery served upon them by Defendant, Zale Delaware, Inc., is hereby extended up to and including April 15, 2005.

| The Plaintiff | The Defendant |
|---|---|
| SUSAN MOUNT | ZALE DELAWARE, INC. |
| By Her Attorney, | By Its Attorneys, |
| | |
| | HOLLAND & KNIGHT LLP |
| | |
| /s/ Michael O. Shea, Esq._____ | /s/ Neal J. McNamara, Esq._____ |
| Michael O. Shea, (BBO #555474) | Neal J. McNamara, (BBO #556329) |
| Law Office Of Michael O. Shea | One Financial Plaza, Suite 1800 |
| 451 Main Street | Providence, RI 02903 |
| Wilbraham, MA 01095 | Tel. (401) 751-8500 |
| Tel. (413) 596-8005 | Fax. (401) 553-6850 |
| Fax. (413) 596-8095 | |

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2005, I caused the foregoing document to be served by mailing a copy of the same via first class, postage prepaid to Neal J. McNamara, Esq., Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, RI 02903.

/s/ Michael O. Shea