UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br>　　　　　　Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br>　　　　　　Defendant | Civil Action No.: 3:04-CV-30152 |

## STIPULATION OF EXTENSION OF TIME

The undersigned hereby stipulate and agree that Plaintiff Susan Mount's time to respond to discovery served upon them by Defendant, Zale Delaware, Inc., is hereby extended up to and including April 22, 2005.

| | |
|---|---|
| The Plaintiff<br>SUSAN MOUNT<br>By Her Attorney, | The Defendant<br>ZALE DELAWARE, INC.<br>By Its Attorneys,<br><br>HOLLAND & KNIGHT LLP |
| /s/ Michael O. Shea, Esq.<br>Michael O. Shea, (BBO #555474)<br>Law Office Of Michael O. Shea<br>451 Main Street<br>Wilbraham, MA 01095<br>Tel. (413) 596-8005<br>Fax. (413) 596-8095 | /s/ Neal J. McNamara, Esq.<br>Neal J. McNamara, (BBO #556329)<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>Tel. (401) 751-8500<br>Fax. (401) 553-6850 |

CERTIFICATE OF SERVICE

　　I hereby certify that on the 18th day of April, 2005, I caused the foregoing document to be served by mailing a copy of the same via first class, postage prepaid to Neal J. McNamara, Esq., Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, RI 02903.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael O. Shea