UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br><br>　　　　Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>　　　　Defendant | Civil Action No.: 3:04-CV-30152 |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
**AND ANSWERS TO INTERROGATORIES**

**NOW COMES** the Plaintiff in the above-entitled action, Susan Mount, and pursuant to Local Rule 7.1, hereby moves to compel the production of certain outstanding discovery for the reasons set forth in the Memorandum filed herewith.

**WHEREFORE**, the Plaintiff respectfully requests that this Court issue an Order compelling the production of the discovery which remains at issue and which the Defendant has not produced.

Respectfully submitted,

The Plaintiff
SUSAN MOUNT
By Her Attorney

_____          Date: August 3, 2005
MICHAEL O. SHEA, ESQ.
BBO# 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone: (413) 596-8005
Facsimile: (413) 596-8095

Local Rule 7.1(A)(2) and Local Rule 37.1(B)(1) Certification

I, Michael O. Shea, Counsel for the Plaintiff, hereby certify that I attempted in good faith to resolve the outstanding discovery issues prior to bringing the foregoing Motion to Compel, by proposing a discovery telephone conference with Counsel for the Defendant, Neal J. McNamara, in correspondence pursuant to Local Rule 37.1, dated July 25, 2005 (See Exhibit A attached to the Memorandum of Law in Support of Plaintiff's Motion to Compel Production of Documents and Answers to Interrogatories).

I received no response to this correspondence. On August 1, 2005, a telephone call was placed to Mr. McNamara in an additional attempt to request a discovery telephone conference. Mr. McNamara's Assistant indicated that she would speak with Mr. McNamara regarding the foregoing and respond. Again, I did not receive a response to my attempt to resolve the outstanding discovery issues.

Michael O. Shea

REQUEST FOR ORAL ARGUMENT

I believe that oral argument will assist the court in reaching a decision with regard to the foregoing Motion and hereby request oral argument pursuant to Local Rule 7.1(D).

Michael O. Shea

Certification of Service

I hereby certify that a true copy of the foregoing Motion was served to Counsel for the Defendant, Neal J. McNamara, Esq., Holland & Knight, LLP, One Financial Plaza, Suite 1800, Providence, RI 02903, by first-class mail, postage prepaid on this 3rd day of August, 2005 and by way of electronic filing.

Michael O. Shea