UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br><br>         Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>         Defendant | Civil Action No. 04-30152-MAP |

### JOINT MOTION TO EXTEND THE DEADLINE FOR WRITTEN DISCOVERY AND NON-EXPERT DEPOSITIONS BY SIXTY DAYS

The above-referenced Parties hereby request that the Scheduling Order, issued by U.S. Magistrate Judge Kenneth P. Neiman on February 24, 2005, be extended as follows:

(1) that the deadline for all written discovery and non-expert depositions be extended for sixty (60) days, resulting in discovery requests and non-expert depositions being completed by November 1, 2005; and

(2) that the Court schedule a Case Management Conference for a date thereafter.

The Parties make this request for the following reasons:

1. All written discovery and non-expert depositions are currently to be completed by September 1, 2005.
2. The Parties need additional time in which to complete discovery for good cause, as they have exchanged written discovery and have noticed depositions, yet summer vacation schedules have precluded the completion of depositions within the current deadline's time-frame.
3. Both Parties assent to a sixty (60) day extension on the Scheduling Order to allow for the completion of written discovery and non-expert depositions.

WHEREFORE, the Parties request that the written discovery and non-expert depositions deadline listed on the Scheduling Order in this matter be extended for sixty (60) days.

Respectfully submitted,

The Plaintiff
SUSAN MOUNT
By Her Attorney

*[signature]*

MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413) 596-8005
Facsimile No.: (413) 596-8095

Respectfully submitted,

The Defendant
ZALE DELAWARE, INC.
By Its Attorney

*[signature]*

NEIL J. McNAMARA, ESQ.
BBO No. 647175
Holland & Knight, P.C.
One Financial Plaza, Suite 1800
Providence, R.I. 02903
Telephone No.: (401)751-8500
Facsimile No.: (401)553-6850

Dated: August 19, 2005