UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT,  )  |   |   |
|     Plaintiff  )  |   |   |
| )  |   |   |
| v.  )  | Civil Action No. 04-30152-MAP |   |
| )  |   |   |
| ZALE DELAWARE, INC.,  )  |   |   |
|     Defendant  )  |   |   |

REVISED SCHEDULING ORDER
August 22, 2005

NEIMAN, U.S.M.J.

The following revised schedule is now in effect.

1. All written discovery and non-expert depositions shall be completed by October 31, 2005.

2. Counsel shall appear for a case management conference on November 3, 2005, at 11:30 a.m. in Courtroom Three. The September 6, 2005 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge