UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30152-MAP

SUSAN MOUNT,
          Plaintiff

v.

ZALE DELAWARE, INC.,
          Defendant

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

The Parties to this action hereby jointly move the Court, pursuant to Federal Rule of Civil Procedure 26(c), for the entry of a Protective Order in the form attached hereto as Exhibit A. This Motion is based on the need to protect and preserve to the extent possible the confidentiality of certain documents and information while affording the Parties an opportunity to obtain and review such documents through discovery for appropriate use in this litigation. Accordingly, the Parties request that this Motion be allowed and that a Protective Order enter in the form proposed.

Dated: September 1, 2005

                        Respectfully submitted:

| The Plaintiff | The Defendant |
|---|---|
| SUSAN MOUNT | ZALE DELAWARE, INC. |
| By Her Attorney | By Its Attorney |
| /s/ Michael O. Shea | /s/ Neal J. McNamara |
| Michael O. Shea, Esq. | Neal J. McNamara, Esq. |
| BBO No. 555474 | BBO No. 556329 |
| Law Office of Michael O. Shea, P.C. | Holland & Knight, LLP |
| 451 Main Street | One Financial Plaza, Suite 1800 |
| Wilbraham, MA 01095 | Providence, RI 02903 |
| Telephone No.: (413)596-8005 | Telephone No.: (401)751-8500 |
| Facsimile No.: (413)596-8095 | Facsimile No.: (401)553-6850 |