UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br><br>        Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>        Defendant | Civil Action No.: 3:04-CV-30152-MAP |

**NOTICE OF APPEARANCE OF ANNE S. DIEBOLD AS CO-COUNSEL
FOR THE PLAINTIFF, SUSAN MOUNT**

NOW COMES Anne S. Diebold and respectfully requests that the court enter her appearance as co-counsel for the Plaintiff, Susan Mount, in the above-entitled matter.

Respectfully submitted,

The Plaintiff
SUSAN MOUNT
By Her Attorneys

_/s/ Anne S. Diebold_                                    Date: October 25, 2005
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 25th day of October, 2005 by electronic filing with the Court, pursuant to Fed. R. Civ. P. 5(2)(D).

*Anne S. Diebold*