UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED CLERK'S OFFICE*
*2005 OCT 27 A 9: 36*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| SUSAN MOUNT,<br><br>Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>Defendant | Civil Action No.: 3:04-CV-30152-MAP |

### NOTICE OF APPEARANCE OF ANNE S. DIEBOLD AS CO-COUNSEL FOR THE PLAINTIFF, SUSAN MOUNT

NOW COMES Anne S. Diebold and respectfully requests that the court enter her appearance as co-counsel for the Plaintiff, Susan Mount, in the above-entitled matter.

Respectfully submitted,

The Plaintiff
SUSAN MOUNT
By Her Attorneys

_____
ANNE S. DIEBOLD
BBO No. 657626
MICHAEL O. SHEA
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: October 26, 2005

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 26th day of October, 2005 by first-class mail, postage prepaid.

_____
Anne S. Diebold