UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30152-MAP |
| | ) | |
| ZALE DELAWARE, INC., | ) | |
|     Defendant | ) | |

FURTHER SCHEDULING ORDER
November 3, 2005

NEIMAN, U.S.M.J.

The following further schedule was established at the case management conference this day:

1. Defendant shall file its motion for summary judgment by December 15, 2005.

2. Plaintiff shall file her opposition to the motion by January 6, 2006, to which Defendant may reply by January 13, 2006.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge