UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ZALE DELAWARE, INC., )<br>)<br>Defendant. ) | Civil Action No.: 3:04-CV-30152 MAP |

**EMERGENCY MOTION OF DEFENDANT FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, Zale Delaware, Inc. ("Zale") moves on an emergency basis for an order allowing it additional time to file its motion for summary judgment. The deadline for filing summary judgment motions is presently December 15, 2005. For the reasons set forth in the accompanying memorandum, Defendant is requesting that the deadline be enlarged to January 31, 2006. Defendant has moved for relief on an emergency basis because the deadline is only 15 days away and expedited resolution of the motion will allow the Defendant to avoid the expenditure of unnecessary time and expense in preparing summary judgment submissions in the event the requested relief is granted.

Wherefore, for the reasons set forth herein and in the accompanying memorandum, the Defendant respectfully requests that the Court grant this motion on an expedited basis and allow Defendant until January 31, 2006 to file its motion for summary judgment in this action.

Respectfully submitted,

ZALE DELAWARE, INC.,
By its attorneys,
HOLLAND & KNIGHT LLP


/s/Neal J. McNamara
Neal J. McNamara (BBO #556329)
Robert J. Crohan Jr. (BBO #652965)
One Financial Plaza – Suite 1800
Providence, RI  02903
Tel. (401) 751-8500
Fax. (401) 553-6850


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2005, I served a true and accurate copy of the within document via facsimile and regular mail, postage prepaid to:

Michael O. Shea, Esq.
Law Office of Michael O. Shea
415 Main Street
Wilbraham, MA  01095

<u>Marilyn Lovely</u>


# 3418052_v1

2