UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:04-CV-30152 MAP |
| | ) | |
| ZALE DELAWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant, Zale Delaware, Inc. ("Zale") submits this memorandum in support of its emergency motion for an order allowing it additional time to file its motion for summary judgment.

In this action, plaintiff has brought a six count complaint against Zale, her former employer,[1] alleging disability discrimination and retaliation in violation of the Americans with Disabilities Act, handicap discrimination and retaliation in violation of Chapter 151B, and violation of the federal Family and Medical Leave Act.

Although discovery officially closed on October 31, 2005, the parties had theretofore agreed that due to scheduling issues, a number of depositions would take place shortly after the closure date. Cognizant of the December 15, 2005 deadline for filing summary judgment motions, it was understood that these depositions would occur in the two weeks immediately following the closure of discovery. In this regard, the plaintiff was deposed on November 2, 2005. Plaintiff's primary health care provider was deposed on November 17, 2005. The final

---

[1] The plaintiff worked as a store manager of the Zale Outlet jewelry store in Lee, Massachusetts until June 2003.

deposition the parties had agreed to conduct post-discovery closure date was that of Vicki McGuire, a Zale employee located in Texas who was involved, *inter alia*, in matters leading to plaintiff's separation from the company. Pursuant to the plaintiff's request, Ms. McGuire was made available for deposition on November 11, 2005. The plaintiff cancelled this deposition. Subsequent efforts to arrange a mutually convenient time for Ms. McGuire's deposition were unsuccessful. Plaintiff's counsel has informed counsel for Zale that the plaintiff still wishes to depose Ms. McGuire.

Defendant is attempting to accommodate the plaintiff, but due to the holiday shopping season and the schedule of counsel, Ms. McGuire's deposition cannot be taken and the transcript obtained in time for her testimony to be available for purposes of summary judgment. It would be unfair for the Defendant to have to prepare its summary judgment submissions prior to such time as Ms. McGuire is deposed and her deposition transcript is available. Given her knowledge and involvement in relevant matters, Ms. McGuire's deposition testimony may be very important for purposes of summary judgment. Defendants request the deadline be enlarged to January 31, 2006, in order to allow for McGuire's deposition to be taken after the holiday shopping season. Moreover, defense counsel only received plaintiff's deposition transcript on November 29, 2005.

This motion is not made for purposes of delay, but in order to allow for the completion of agreed-upon discovery and to effectuate a fair and just resolution of the case on the merits. Allowance of this motion will not result in undue prejudice to the plaintiff, who desires to depose Mc. McGuire. [2] This is the first request for enlargement of time to file summary judgment motions in this action.

---

[2] Plaintiff's counsel would not assent to this motion.

WHEREFORE, the Defendant respectfully requests that the Court grant its motion to extend the summary judgment deadline until January 31, 2006.

Respectfully submitted,

ZALE DELAWARE, INC.,
By its attorneys,
HOLLAND & KNIGHT LLP

/s/ Neal J. McNamara_____
Neal J. McNamara (BBO #556329)
Robert J. Crohan Jr. (BBO #652965)
One Financial Plaza -- Suite 1800
Providence, RI  02903
Tel. (401) 751-8500
Fax. (401) 553-6850

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2005, I served a true and accurate copy of the within document via facsimile and regular mail, postage prepaid to:

Michael O. Shea, Esq.
Law Office of Michael O. Shea
415 Main Street
Wilbraham, MA  01095

/s/Marilyn Lovely

# 3418294_v1

3