UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:04-CV-30152 MAP |
| | ) | |
| ZALE DELAWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION REGARDING ENLARGEMENT OF TIME
## TO FILE MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Susan Mount and Defendant, Zale Delaware, Inc. hereby stipulate that Defendant's Emergency Motion For Enlargement of Time to File Motion For Summary Judgment (Docket # 25) may be granted. The deadline for filing summary judgment motions is presently December 15, 2005. The parties submit that after substantial scheduling difficulties, the final discovery deposition in this employment case has been scheduled for December 21, 2005. On that date, plaintiff will depose Vicki McGuire, an officer of the defendant who was involved in employment decisions affecting the plaintiff.

The parties agree that the deadline for filing summary judgment motions should be extended to January 31, 2006 in order to allow the parties to complete discovery depositions and obtain the transcript of the McGuire deposition prior to having to prepare summary judgment submissions. Wherefore the parties stipulate that the Defendant's motion should be granted and request that the Court enter an appropriate order.

SUSAN MOUNT
By her attorneys,

ZALE DELAWARE,
By its attorneys,
HOLLAND & KNIGHT LLP


/s/ Michael O. Shea, Esq.
Michael O. Shea (BBO #555474)
Anne S. Diebold
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA  01095
Tel. (413) 596-8005
Fax. (413) 596-8095

/s/ Neal J. McNamara, Esq.
Neal J. McNamara (BBO #556329)
Robert J. Crohan Jr. (BBO #652965)
One Financial Plaza – Suite 1800
Providence, RI  02903
Tel. (401) 751-8500
Fax. (401) 553-6850


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of December 2005, I caused the foregoing document to be served by mailing a copy of same via first class, postage prepaid to Michael O. Shea, Esq., Law Office of Michael O. Shea, P.C., 451 Main Street, Wilbraham, MA  01095.

/s/ Marilyn Lovely


# 3434868_v1

2