UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ZALE DELAWARE, INC., )<br>)<br>Defendant. ) | Civil Action No.: 3:04-CV-30152 MAP |

**JOINT MOTION FOR LEAVE TO FILE MEMORANDA
IN EXCESS OF TWENTY (20) PAGES**

Pursuant to Local Rule 7.1(B)(4), Plaintiff, Susan Mount and Defendant, Zale Delaware, Inc., hereby jointly move for leave to file memoranda in excess of twenty (20) pages in support of and/or in opposition to motions for summary judgment. For the reasons set forth in the accompanying memorandum, the parties request that they be allowed to file memoranda not to exceed thirty (30) pages in length.

| | |
|---|---|
| SUSAN MOUNT<br>By her attorneys, | ZALE DELAWARE,<br>By its attorneys,<br>HOLLAND & KNIGHT LLP |
| /s/ Michael O. Shea, Esq.<br>Michael O. Shea (BBO #555474)<br>Anne S. Diebold (BBO #657626)<br>Law Office of Michael O. Shea, P.C.<br>451 Main Street<br>Wilbraham, MA 01095<br>Tel. (413) 596-8005<br>Fax. (413) 596-8095 | /s/ Neal J. McNamara, Esq.<br>Neal J. McNamara (BBO #556329)<br>Robert J. Crohan Jr. (BBO #652965)<br>One Financial Plaza – Suite 1800<br>Providence, RI 02903<br>Tel. (401) 751-8500<br>Fax. (401) 553-6850 |

# 3448786_v1