UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:04-CV-30152 MAP |
| | ) | |
| ZALE DELAWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF TWENTY (20) PAGES

In this action, the Plaintiff, Susan Mount, has brought a six count complaint against Defendant, Zale Delaware, Inc. ("Zale"), her former employer, alleging disability discrimination and unlawful retaliation in violation of the Americans with Disabilities Act, handicap discrimination and unlawful retaliation in violation of Chapter 151B, and violations of the federal Family and Medical Leave Act.

Zale intends to move for summary judgment on all six of Plaintiff's claims, and Plaintiff intends to oppose said motion. The parties request permission to file memoranda in support of and in opposition to summary judgment in excess of twenty pages. As grounds therefor, the parties state that this action involves a significant number of legal issues that must be addressed in the motion for summary judgment and opposition thereto. The parties respectfully submit that memoranda of law exceeding twenty pages in length is necessary in order to provide an adequate explication of these issues to the Court and to facilitate the disposition of the motion. The parties request leave to file memoranda in support of and in opposition to summary judgment not to exceed thirty (30) pages in length.

Wherefore, the parties respectfully request that this Court issue an Order granting them leave to file memoranda in support of and in opposition to any motions for summary judgment in a form not to exceed thirty (30) pages in length.

| | |
|---|---|
| SUSAN MOUNT<br>By her attorneys, | ZALE DELAWARE,<br>By its attorneys,<br>HOLLAND & KNIGHT LLP |
| /s/ Michael O. Shea, Esq.<br>Michael O. Shea (BBO #555474)<br>Anne S. Diebold (BBO #657626)<br>Law Office of Michael O. Shea, P.C.<br>451 Main Street<br>Wilbraham, MA 01095<br>Tel. (413) 596-8005<br>Fax. (413) 596-80 | /s/ Neal J. McNamara, Esq.<br>Neal J. McNamara (BBO #556329)<br>Robert J. Crohan Jr. (BBO #652965)<br>One Financial Plaza – Suite 1800<br>Providence, RI 02903<br>Tel. (401) 751-8500<br>Fax. (401) 553-6850 |

# 3448800_v1