UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN MOUNT,<br>   Plaintiff, | :<br>:<br>: | |
| v. | : | Civil Action No. : 3:04-CV-30152 MAP |
| ZALE DELAWARE, INC.,<br>   Defendant. | :<br>:<br>: | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), Defendant Zale Delaware, Inc. ("Zale") hereby moves for summary judgment on all counts of plaintiff Susan Mount's complaint: Count I - disability discrimination in violation of the Americans with Disabilities Act ("ADA"); Count II - unlawful retaliation in violation of the ADA; Count III - handicap discrimination in violation of G.L. c. 151B; Count IV - unlawful retaliation in violation of G.L. c. 151B; Count V - unlawful interference under the Family and Medical Leave Act ("FMLA"); and Count V - unlawful retaliation in violation of the FMLA.

As grounds for this motion, Zale states that Mount cannot through competent record evidence create a genuine issue of fact as to whether her depression constituted a "disability" or "handicap" under the ADA and Chapter 151B. Instead, the undisputed material facts demonstrate that Mount's short-term depression was not sufficiently severe or of sufficient duration to qualify her for the protections of the statutes. Moreover, even presuming plaintiff was covered by the Act, she cannot demonstrate that she was discriminated against "because of" her alleged disability. Plaintiff's ADA and Chapter 151B retaliation claims also fail because she cannot show that she engaged in protected conduct under the Acts, was subject to an adverse

employment action because of such protected conduct, or that Zale's legitimate reason for any adverse action is a pretext for masking retaliatory animus.

Plaintiff's FMLA claims fail because she cannot establish that she had a "serious health condition" within the meaning of the Act. Rather, the evidence shows that plaintiff's depression failed to meet the requirements because it did not require the requisite health care treatments during her period of incapacity. Moreover, even presuming plaintiff's depression qualified her for protection under the FMLA, the record evidence demonstrates that Zale neither unlawfully interfered with her rights under the Act nor retaliated against her for exercising any rights afforded by the Act. Rather, the evidence conclusively demonstrates that plaintiff was terminated when she failed to return to work upon the expiration of her FMLA and personal leave because she refused to work the standard manager's schedule. Accordingly, Zale is entitled to judgment as a matter of law on all plaintiff's claims.

In further support of this motion, Zale relies upon the following documents which are submitted herewith:

- Memorandum of Law in Support of Defendant's Motion for Summary Judgment;
- Defendant's Statement of Undisputed Material Facts in Support of Motion For Summary Judgment (portions of which are submitted under seal);
- Excerpts from Transcript of Deposition of Susan Mount, with Exhibits (portions of which are submitted under seal);
- Excerpts from Transcript of Deposition of Gabrielle Elston-Ferry, G.N.P., with Exhibits (submitted under seal);
- Excerpts from Transcript of Deposition of Stephanie Wheeler, with Exhibits;
- Excerpts from Transcript of Deposition of Jamie Marcil, with Exhibits;

- Excerpts from Transcript of Deposition of Vicki McGuire;
- Declaration of Jamie Marcil, with Exhibits; and
- Declaration of Paula Gordon, with Exhibits.

WHEREFORE, Zale Delaware, Inc., hereby requests that this motion be allowed and that summary judgment enter in its favor on all counts of plaintiff Susan Mount's Complaint.

### REQUEST FOR HEARING

Defendant Zale Delaware, Inc. respectfully requests a hearing on this motion.

### LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

Respectfully submitted,

ZALE DELAWARE, INC.,

By its attorneys,
HOLLAND & KNIGHT LLP

/s/ Neal J. McNamara
Neal J. McNamara (BBO #556329)
Robert J. Crohan Jr. (BBO #652965)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

                                            <u>/s/ Marilyn Lovely</u>

# 3540946_v1