UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN MOUNT,
      Plaintiff,

v.

ZALE DELAWARE, INC.,
      Defendant.

Civil Action No. : 3:04-CV-30152 MAP

## DECLARATION OF JAMIE MARCIL

I, Jamie Marcil, make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1.    I am making this declaration in support of Zale Delaware, Inc.'s Motion For Summary Judgment filed in the above-captioned civil action. Unless otherwise indicated, I make the following statements based on my own personal knowledge.

2.    At all times relevant hereto, I was the Northeast Regional Manager for Zales Outlets. In this position, I was responsible for supervision of approximately 12 retail locations, including the Lee, Massachusetts Zales Outlet at which Ms. Mount was employed as Store Manager from July 1999 through June 2003.

3.    Each week the store manager would fax me the employee work schedule for the upcoming workweek. The store manager was responsible for scheduling employees' hours and completing and submitting these forms to the Regional Manager. These documents were made at or near the time they are dated by, or from information transmitted by, a person with knowledge of the matters reflected thereon. These schedules are created in the regular course of Zale's regularly conducted business activities, and it was the regular practice of Zale to make these records.

4. Attached hereto as Exhibit 1 is a copy of the employee work schedule for the Lee, Massachusetts, Zales Outlet (Store # 2708) for the week ending April 24, 2003. The schedule reflects the hours worked by each store employee on each day during the week indicated. The employee identified as "Sue" on the schedule is Susan Mount. This schedule reflects that on Friday, April 18, 2003, Ms. Mount worked from 6:30 a.m. to 5:00 p.m., a total of 10 ½ hours.

5. Attached hereto as composite Exhibit 2 are copies of weekly schedules for the Lee, Massachusetts, Zales Outlet covering the weeks ending 4/25/02 through 4/17/03.[1] The employee identified as "Sue" on the schedules is Susan Mount.

6. Attached hereto as composite Exhibit 3 are copies of weekly schedules for the Lee, Massachusetts, Zales Outlet covering the weeks ending 7/31/03 through 7/22/04. The employee identified as "Deanna" on the schedules is Deanna Laffan, who replaced Susan Mount as Store Manager in late July 2003.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2006.

_____
Jamie Marcil

# 3548586_v1

---

[1] The schedule for week ending 12/26/02 is missing.

2