*EXHIBIT 1*

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _4 / 24 / 03_

Payroll Budget Hrs: _186_  Payroll Budget $'s: _1595_

Payroll Actual Hrs: _194_  Payroll Actual $'s: _1596_

Variance: _~10_  Variance: _+1_

| Employee Name | FRIDAY 4/18/03 | | SATURDAY 4/19/03 | | SUNDAY 4/20/03 | | MONDAY 4/21/03 | | TUESDAY 4/22/03 | | WEDNESDAY 4/23/03 | | THURSDAY 4/24/03 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 6³⁰–5 | | — | | — | | — | | | | | | | | 20.5 |
| Shirley | — | | — | | — | | — | | 1–9³⁰ | | 9¹⁵–5 | | 4–9³ | | ~5 |
| Julie | 3³–9³ | | 1–9³⁰ | | — | | 9¹⁵–5 | | 9¹⁵–5 | | — | | meeting 9¹⁵–5 | | 36.5 |
| Jeff | — | | 11–6³⁰ | | — | | 1–9³⁰ | | 1–9³⁰ | | 1–9³⁰ | | — | | 31 |
| Rhonda | 6³⁰–5 | | 9¹⁵–5³⁰ | | — | | 2–9³⁰ | | — | | 1–9³⁰ | | meeting 9¹⁵–5 | | 40 |
| Gaynor | 11–1 | | 1–9³⁰ | | — | | 9¹⁵–2 | | 9¹⁵–5 | | — | | meeting 9¹⁵–5 | | 33 |
| Judy | 1–9³⁰ | | — | | — | | — | | — | | 9¹⁵–2 | | 5–9³ | | 17 |
| Amanda | 4–9³⁰ | | 11–6 | | — | | — | | — | | — | | — | | 10 |
| Kerry | — | | 9¹⁵–3 | | — | | — | | — | | — | | — | | 6 |
| Staffing Levels P. | 1 — 1 | | 1 / 1 | | 1 / 1 | | 1 / 1 | | 1 / 1 | | 1 / 1 | | 1 / 1 | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

*EXHIBIT 2*

## ZALE COR.   )RATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: 4 / 25 / 02

Payroll Budget Hrs: _____ 170 _____    (18)    Payroll Budget $'s: _____

Payroll Actual Hrs: _____ 169.5  176 _____    Payroll Actual $'s: _____

Variance: _____    Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 4/19/02 | | 4/20/02 | | 4/21/02 | | 4/22/02 | | 4/23/02 | | 4/24/02 | | 4/25/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $  3:00 | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | | 8-10 — | 0 | — | | 9¹⁵-6 | | 9¹⁵-5⁸ | | 9¹⁵-5³ | | 9¹⁵-6⁰⁰ | | |
| Gaynor | 9¹⁵-5³ | 8 | 8-10 2-9³ | 8 | — | | 3-9³ | 6 | | | | | 9¹⁵-5 | 8.5 | 29.5 |
| Diane | — | | 8³-10 — | | 10¹⁵-6³ | 8 | 9¹⁵-5 | 7.5 | 9-9³ | 12 | 9¹⁵-5 | 7.5 | — | | 36 |
| Deb | 3-9³ | 6 | 8-6 | 9 | 12-6³ | 6 | 3-9³ | 6 | 4-9³⁰ | | 3-9³ | 6 | — | | 33 |
| Shirley | 9¹⁵-5³ | 8.5 | 8³-5 | 8 | — | | 11-4 | 5 | 1-9³ | 8 | — | | 2-9³ | 8 | 34 |
| JoAnne | 5-9³ | | 8-10 4-9³ | 6 | 2-6³ | 4 | — | | — | | | 5 | 12-3 | 3 | 18 |
| Jeff | — | | — | | 10³-4 | | — | | — | | — | | 6-9³ | 3 | 9 |
| Amanda | 5-9³ | | 8³-9³ | | — | | — | | — | | 5-9³ | | — | | 10 |
| Agnes | | | 8³-10 | | | | 6-9³ | | | | | | | | |
| Staffing Levels | Monica | 1 | 8³-10 | 1 | / | 1 | / | 1 | / | 1 | / | 1 | / | 1 | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |



# ZALE CORPORATION
ZL 10477 (2/99)

Store # _____ 2708 _____

Week Ending: _____ 5 2 1 02 _____

Payroll Budget Hrs: _____ 170 _____    Payroll Budget $'s: _____

Payroll Actual Hrs: _____ 185 _____ (192)    Payroll Actual $'s: _____

Variance: _____ Rick P. training    Variance: _____

| | FRIDAY 4,26,02 | | SATURDAY 4,27,02 | | SUNDAY 4,28,02 | | MONDAY 4,29,02 | | TUESDAY 4,30,02 | | WEDNESDAY 5,1,02 | | THURSDAY 5,2,02 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-5³ | | 8³-6 | | — | | — | | 1-9³ | | Meeting | | 9¹⁵-6 | | |
| Gaynor | — | | 8³¹⁰ | | 12³6³ | 6 | 1-9³ | 8 | 9¹⁵-5 | 7.5 | Meeting | 5 | — | | 28 |
| Dedre | — | | 8³¹⁰ 2-9³ | 8 | 10¹⁵4³ | 6 | 9³-2 | 5 | — | | 9¹⁵-9³ | 12 | — | | 31 |
| Deb | 3-9³ | 6 | 8³¹⁰ 2-9³ | 8 | 12-6³ | 6 | 3-9³ | 6 | — | | Meeting 8 | 8 | — | | 34 |
| Shirley | 9¹⁵-4 ⁽⁵⁾ | 7 | 8³-3³ | 6 | 10¹⁵2 | 5 | — | | 1-9³ | 8 | 9¹⁵-3³ Mtg | 5 | — | | 31 |
| Joanne | — | | — | | — | | 9¹⁵-2 | 5 | — | | 3-9³ 9³ | 5.5 | 9¹⁵-3 | 5⁵ | 16 |
| Jeff | — | | — | | — | | — | | — | | — | | 6-9³ | | 3 |
| Amanda | 5-9³ | | 11-4 | | — | | — | | — | | — | | — | | 9 |
| Agnes | — | | 8³¹⁰ — | | 10¹⁵-6³6 | | — | | — | | — | | 6-9³ | | 12 |
| Staffing Levels Monica | — 1 | | 8³¹⁰ 1-1 | | — 1 | | 9¹⁵-5 1 | 7.5 | 9¹⁵-2 1 | 5 | 1-1 | | 9¹⁵-5 1 | 7.5 | 21 |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

# ZALE CORPORATION
ZL 10477 (2/99)

Store # _____2708_____

Week Ending: __5 | 9 | 02__

| Payroll Budget Hrs: | _170_ | Payroll Budget $'s: | _1292_ |
|---|---|---|---|
| Payroll Actual Hrs: | _177_ | Payroll Actual $'s: | _1167_ |
| Variance: | _____ | Variance: | _____ |

| | FRIDAY 5,3,02 | | SATURDAY 5,4,02 | | SUNDAY 5,5,02 | | MONDAY 5,6,02 | | TUESDAY 5,7,02 | | WEDNESDAY 5,8,02 | | THURSDAY 5,9,02 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 8³-5 | | 2-9³ | | — | | 9⁵-5 | | 9⁵-5 | | — | | 9⁵-6 | | |
| Gaynor | 8¹⁰-— | 8 | 9⁵-5 | 8 | 3-6³ | | — | | 9⁵-3 | 5.5 | — | | — | | 23.5 |
| Diane | 8³10— | | — | | 10⁵-6³ | 8 | — | | 1-9³ | 8 | 9⁵-5 | 8 | 11-7 | 8 | 32 |
| Deb | 8³10 3-9³ | 7 | 9⁵-5 | 7 | 12³-6³ | 6 | 3-9³ | 6 | — | | 3-9³ | 6 | — | | 32 |
| Shirley | — | | — | | — | | 1-9³ | 8 | 1-9³ | 8 | 9⁵-5 | 7.5 | — | | 23.5 |
| JoAnne | 8³10³ 5-9³ | | 11-3 | 4 | — | | — | | — | | 5-9³ | 4.5 | — | | 16 |
| Jeff | — | | 10⁵-4³ | | — | | — | | — | | — | | 6-9³ | | 10 |
| Amanda | 8⁴- | | 1-6 | | — | | — | | — | | — | | — | | 5 |
| Agnes | 8-3⁵ | 6 | — | | — | | — | | — | | — | | 6-9³ | 3 | 9 |
| Erica | 8³-31 | 6 | 4-9³ | 5.5 | | | 9⁵-5 | 7.5 | | | | | 9⁵-5 | 7.5 | 26 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

# ZALE CORPORATION
### ZL 10477 (2/99)

Store # _2708_

Week Ending: _5 / 16 / 02_

Payroll Budget Hrs: _170_  ~Mothers Day~   Payroll Budget $'s: _____

Payroll Actual Hrs: _194 1_   Payroll Actual $'s: _____

Variance: _____   Variance: _____

| Employee Name | FRIDAY 5,10,02 SHIFT | HRS | SATURDAY 5,11,02 SHIFT | HRS | SUNDAY 5,12,02 SHIFT | HRS | MONDAY 5,13,02 SHIFT | HRS | TUESDAY 5,14,02 SHIFT | HRS | WEDNESDAY 5,15,02 SHIFT | HRS | THURSDAY 5,16,02 SHIFT | HRS | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Sue | $9^{15}$-6 | | $9^{15}$-6 | | — | | $9^{15}$-5 | | $9^{15}$-5$^3$ | | $9^{15}$-5$^3$ | | — | | |
| Gaynor | — | | 12-9$^3$ | 7 | — | | — | | $9^{15}$-5 | 8 | — | | $9^{15}$-5$^3$ | 8 | 24 |
| Diane | 11-6 | 7 | — | | 10$^{15}$-4 | 4 | — | | 1-9$^3$ | 8 | $9^{15}$-5 | 8 | 1-9$^3$ | 8 | 35 |
| Deb | 3-9$^3$ | 6 | 11-7 | 8 | 12-6$^3$ | 6 | 3-9$^3$ | 6 | — | | 3-9$^3$ | 6 | — | | 32 |
| Monica | $9^{15}$-5 | 7.5 | — | | 10$^{15}$-6$^3$ | 8 | $9^{15}$-5 | 7.5 | — | | 1-9$^3$ | 8 | 11-6 | | 38 |
| Shirley | — | | $9^{15}$-4 | 7 | — | | 11-4 | 5 | 1-9$^3$ | 8 | — | | $9^{15}$-5 | 7.5 | 27.5 |
| Jo Anne | 11:45 avg off 8 | 4.5 | 3-9$^3$ | 6 | — | | 5-9$^3$ | 4.5 | — | | — | | — | | 15.5 |
| Tiff | — | | — | | — | | — | | — | | — | | 5$^3$-9$^3$ | | 4 |
| Amanda | 5-9$^3$ | | 11-4 | | — | | — | | — | | — | | — | | 9 |
| Staffing Levels | T | 1 | — | 1 | 10$^{15}$-4$^3$ | 1 | T | 1 | — | 1 | — | 1 | 6+9$^3$ | 1 | 9 |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

5/3

# ZALE CORPORATION

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __5 / 23 / 02__

Cust. appreciation !

Payroll Budget Hrs: __170__    Mgr    Payroll Budget $'s: _____

Payroll Actual Hrs: __199__    Personal day    Payroll Actual $'s: _____

Variance: _____    Variance: _____

Cust. Appre. day.

| Employee Name | FRIDAY 5/17/02 | | SATURDAY 5/18/02 | | SUNDAY 5/19/02 | | MONDAY 5/20/02 | | TUESDAY 5/21/02 | | WEDNESDAY 5/22/02 | | THURSDAY 5/23/02 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | | $9^5$-$9^3$ | P | — | | $9^5$-$8^7$ | | $9^5$-$5^3$ | | | | $9^5$-$8^3$ | | |
| Gaynor | 1-$9^3$ | 8 | $9^5$-4 | 7 | $12^3$-$6^3$ | 6 | — | | — | | 3-$9^3$ | 6 | $9^5$-2 | | 25 |
| Diane | $9^5$-5 | 7.5 | 12-$9^3$ | 9 | $10^{15}$-$1^{30}$ | 3 | — | | — | | $9^3$-$5$ | 8 | 1-$9^3$ | 8 | $30^5$ |
| Deb | 3-$9^3$ | 6 | 12-$9^3$ | 9 | $12^3$-$6^3$ | 6 | $3^3$-$9^3$ | | $3^3$-$9^3$ | 6 | | | | | 33 |
| Monica | $9^5$-5 | 7.5 | $9^5$-4 | 7 | — | | $1^5$-$9^3$ | 9 | $1^5$-$9^3$ | 8 | $9^3$ | 8 | | | 38 |
| Shirley | | | 1-$9^3$ | 8 | — | | $9^5$-4 | 7 | $9^5$-$4^3$ | 7 | $9^5$-5 | 7.5 | — | | 38 |
| JoAnn | — | | 10-4 | 6 | 2-$6^3$ | 4 | | | $4^3$—$9^5$ | | 5-$9^3$ | | $9^{15}$-$3$ | 6 | 16 |
| Jeff | — | | — | | $10^{15}$-$6^3$ | 8 | | | | | $5^3$-$9^3$ | 4 | | | 12 |
| Amanda | $5^3$-$9^3$ | | 11-6 | | — | | — | | — | | — | | — | | 11 |
| Staffing Levels | 1 | 1 | 7 | 1 | $10^{15}$+$^3$1 | | 1 | 1 | 1 | 1 | 1 | 1 | 6, $9^3$ | 3 | 9 |
| Model Schedule | / | / | / | / | / | / | / | | / | / | / | / | / | / | |

## ZALE CO...ORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _5 / 30 / 02_

Payroll Budget Hrs: _170_          Payroll Budget $'s: _____

Payroll Actual Hrs: _~~482~~_          Payroll Actual $'s: _____

Variance: _189.25_          Variance: _____

_Holiday_

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 5,24 p,2 | | 5,25 p2 | | 5,24 p2 | | 5,27 p2 | | 5,28 p2 | | 5,29 p2 | | 5,30 p2 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-6 | | 8³-6 | | | | 9⁵-6 | | 9⁵-5 | | — | | 9¹⁰-6 | | |
| Taynor | 3-9³ | | 8³-5 | | 12-6³ | | 0 — | | 9⁵-3 | | 3-9³ | | | | 20 |
| Diane | — | | — | | 10¹⁵-6³ | | 9⁵-6 | | 3-9³ | | 9⁵-5 | | 1-9³ | | 38 |
| Deb | 3-9³ | | 8¹⁰-9³ | | 12³-6³ | | 10-9³ | | 3-9³ | | — | | — | | 33 |
| Monica | — | | 8¹⁰-10 | | 10-6³ | | — | | 9⁵ | | | | 9³ | | 32 |
| Shirley | 9-5³ | | 8¹⁰-10 | | — | | 1-9³ | | 3³-9³ | | 9¹⁵-3³ | | 9⁵-2 | | 27 |
| JoAnne | — | | 3-9³ | | 1³-6³ | | — | | — | | 3-9³ | | — | | 17 |
| Jeff | 5-9³⁰ | | — | | — | | 9¹⁵-2 | | — | | | | 5-9³ | | 4 |
| Amanda | 5-9³ | | 11-5 | | — | | — | | — | | | | — | | 10 |
| Staffing Levels | — 1 | | 8³-1³ | | 10¹⁵-1³ | | — 1 | | — 1 | | — 1 | | — 1 | | 7 |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

# ZALE CORPORATION

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __6 / 6 / 02__

Payroll Budget Hrs: __170__          Payroll Budget $'s: _____

Payroll Actual Hrs: __173__          Payroll Actual $'s: _____

Variance: _____          Variance: _____

mandatory meeting
kick off summer

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 5/31/02 | | 6/1/02 | | 6/2/02 | | 6/3/02 | | 6/4/02 | | 6/5/02 | | 6/6/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue J | 9¹⁵-5³ | | 8³-5 | | — | | 9¹⁵-5³ | | 9¹⁵-5 | | — | | 9¹⁵-5³ | | |
| Gaynor | 11-6 | | 8³¹⁰ 2-9³ | | — | | — | | — | | 1-9³ | | 9¹⁵-4 | | 30 |
| Diane | 1-9³ | | 8³¹⁰ — | | — | | 9¹⁵-5 | | 9¹⁵-3 | | 9¹⁵-5³ | | — | | 30 |
| Deb | 3-9³ | | 8³-5 | | —³ | | 3³-9³ | | 3³-9³ | | 3-8⁵⁰ | | — | | 31 |
| Shirley | 9¹⁵-2 | | 8³¹⁰ 3-9³ | | 10³⁰-6³⁰ | | — | | 1-9³ | | | | 11-7 | | 32 |
| JoAnne | — | | 8³¹⁰ 3-9³ | | 12³-6³ | | — | | — | | 9¹⁵-2 | | — | | 17 |
| Jill | — | | | | 10¹⁵-6³ | | — | | — | | | | 5-9³ | | 12 |
| Amanda | — | | 11-5 | | — | | 5-9³ | | | | — | | | | 10 |
| Agnes | — | | 8³-12³ | | 10¹⁵-2 | | — | | — | | | | 6-9³ | | 11 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

posted 5/27

post
5/27

# ZALE CORRATION

SKU #10978522 (4/00)

Store # ___2708___

Week Ending: ___6 / 13 / 02___

Payroll Budget Hrs: ___170___       Payroll Budget $'s: _____

Payroll Actual Hrs: ___161___       Payroll Actual $'s: _____

Variance: _____       Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | TOTAL |
| Role Play Topic | 6, 7 02 | | 6 8, 02 | | 6, 9 02 | | 6, 10, 02 | | 6, 11 02 | | 6, 12, 02 | | 6, 13 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5³ | | 12-9³ | | — | | 9¹⁵-5³ | | 9¹⁵-5 | | — | | 9¹⁵-5³ | | |
| Gaynor | 9¹⁵-5 | | 9¹⁵-5 | | — | | 1-9³ | | — | | 9¹⁵-3 | | — | | 29 |
| Diane | — | | — | | 10¹⁵-6³ | | 9¹⁵-5 | | — | | 1-9³ | | 1-9³ | | 32 |
| Deb | 3-9³ | | 1-9³ | | 12³-6³ | | 3³-9³ | | 3³-9³ | | | | | | 32 |
| Shirley | — | | 9¹⁵-5 | | — | | — | | 1-9³ | | 9¹⁵-4 | | 9¹⁵-3 | | 28 |
| Jo Anne | — | | 12-4 | | 1²-6³ | | — | | 9¹⁵-3 | | 4-9³ | | — | | 20 |
| Jeff | — | | — | | — | | — | | — | | — | | 5-9³ | | 4 |
| Amanda | 5-9³ | | 11-5 | | — | | — | | — | | — | | — | | 9 |
| Agnes | — | | — | | 10¹⁵-2³ | | — | | — | | — | | 6-9³ | | 7 |
| Staffing Levels | / | / | / | / | / | / | / | / | 3 X 5 1 | | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

posted 6/4/02

# ZALE CO ORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _6 / 20 / 02_

Payroll Budget Hrs: _170_  Payroll Budget $'s: ____

Payroll Actual Hrs: _172_  Payroll Actual $'s: ____

Variance: _145_  Variance: ____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 6/14/02 | | 6/15/02 | | 6/16/02 | | 6/17/02 | | 6/18/02 | | 6/19/02 | | 6/20/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | H | 8³-6 | | — | | 9⁵5³ | | 9⁵5³ | | — | | 9⁵-6 | | |
| Gaynor | — | | 8³-2³ | | — | | 4-9³ | | 9⁵5 | | 1-9³ | | — | | 25 |
| Diane | 9⁵5 | | 8³-4³ | | — | | — | | — | | 9⁵9³ | | 9⁵-5 | | 34 |
| Deb | 3³-9³ | | 8³¹⁰2-9³ | | 12³-6³ | | 9⁵4 | | 3³-9³ | | — | | — | | 33 |
| Shirley | 9⁵-5 | | 8³¹⁰2-9³ | | 10¹⁵-12³ | | — | | — | | 9⁵5 | | 11·7 | | 29 |
| JoAnne | — | | 8³¹⁰— | | 2-6³ | | — | | 3³-9³ | | — | | — | | 12 |
| Jeff | — | | — | | 10¹⁵-6³ | | 5-9³ | | — | | — | | 5-9³ | | 16 |
| Amanda | 5-9³ | | 12-6 | | — | | — | | — | | — | | — | | 10 |
| Jenna | — | | 8³¹⁰8-12³ | | 10¹⁵-2³ | | — | | — | | — | | 6-9³ | | 13 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | 5³-9³ | | |
| Model Schedule | / | / | / | / | / | / | 10-3 | | 1³-5³ | | / | / | / | / | |

Poster 6/4

# ZALE CORPORATION
SKU #10978522 (4/00)

Kwinslow @Zalecorp.com

Store # _____ 2208

Week Ending: 6/27/02

Payroll Budget Hrs: ___ 170 ___   Payroll Budget $'s: _____

Payroll Actual Hrs: ___ 163  193.75 ___   Payroll Actual $'s: _____

Variance: _____   Variance: _____

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 6/21/02 | | 6/22/02 | | 6/23/02 | | 6/24/02 | | 6/25/02 | | 6/26/02 | | 6/27/00 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-8 | | 12-9³ | | — | | 9¹⁵-5³ | | 9¹⁵-5³ | | — | | 9¹⁵-6 | | |
| Gaynor | | | | | — | | 1-9³ | | 9⁵-3 | | 9¹⁵-5 | | 9¹⁵-5 | | 28 |
| Diane | 9¹⁵-5 | | 9⁵⁵ | | 10¹⁵-6³ | | 9⁵-5 | | — | | — | | — | | 31 |
| Deb | 3-9³ | | 19-5 | | 12³-6³ | | — | | 3-9³ | | 1-9³ | | — | | 34 |
| Shirley | 11-6 | 9-4 | 9⁵5 | | — | | — | | — | | 9¹⁵-3 | | 11-6 | | 27 |
| Jeanne | — | | — | | 8³-6³ | | — | | 5-9³ | | 3-9³ | | — | | 16 |
| Jeff | — | | 10¹⁵-2³ | | 5-9³ | | — | | — | | — | | — | | 9 |
| Amanda | 5-9³ | | 11-5 | | — | | — | | — | | — | | 5-9³ | | 10 |
| Agnes | — | | — | | | | — | | — | | — | | | | 8 |
| Staffing Levels | 1 | 1 | 3¹-9³ | | 1 | | 9¹⁵-21 | | 1 | | 1 | | 5³ T 9³ | | |
| Model Schedule | 3-9³ | | 12-15 | | 1 | | 1 | | 1 | | 1 | | 10-3 | | |

ZALE COF  )RATION
SKU #10978522 (4/00)

Store # _____2708_____

Week Ending: __7 , 5 , 02__

Payroll Budget Hrs: ___170___          Payroll Budget $'s: _____

Payroll Actual Hrs: ___176.5___        Payroll Actual $'s: _____

Variance: _____              Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 6 28 ,02 | | 6 29 ,02 | | 6 , 30 ,02 | | 7 , 1 ,02 | | 7 , 2 , 02 | | 7 , 3 , 02 | | 7 , 4 , 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-6 | | 12-9³ | | — | | 9¹⁵-5³ | | 9¹⁵-5³ | | — | | — | H | |
| Tamm | 1-9³ | | 9¹⁵-5 | | 12-6³ | | — | | — | | — | | 9¹⁵-4³ | | 28.5 |
| Diane | — | | — | | 10⁵-6³ | | 9¹⁵-5 | | 1-9³ | | 9¹⁵-5 | | 12-6³ | | 36+ |
| Deb | — | | — | | — | | — | | — | | 1-9³ | | 9¹⁵-6³ | | 16+ |
| Shirley | 9¹⁵-5 | | 1-9³ | | — | | — | | — | | — | | — | | 16+ |
| JoAnne | — | | 9¹⁵2 | | — | | 5-9³ | | — | | 9¹⁵2 | | — | | 14 |
| Biff | — | | 11-7 | | 10⁵-4³ | | 1-9³ | | 5-9³ | | — | | 12-6³ | | 31 |
| Alice | — | | — | | — | | 9¹⁵-5 | | 9¹⁵2 | | 1-9³ | | — | | 21 |
| Lindy | 3⁸-9³ | | — | | 10⁵-6³ | | — | | — | | — | | — | | 14 |
| Staff | / | | / | | / | | / | | / | | / | | / | | |
| Model Schedule | / | | / | | / | | / | | / | | / | | / | | |

ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _7 / 11 / 02_

Payroll Budget Hrs: _170_ Mgr VACATION   Payroll Budget $'s: _____

Payroll Actual Hrs: _217_   Payroll Actual $'s: _____
 _- 34.75 ✓_

Variance: _____   Variance: _____

| Employee Name | FRIDAY 7/5/02 | | SATURDAY 7/6/02 | | SUNDAY 7/7/02 | | MONDAY 7/8/02 | | TUESDAY 7/9/02 | | WEDNESDAY 7/10/02 | | THURSDAY 7/11/02 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | | — | | | | — | | — | | | | | | ✓ |
| Tamor | $9^{05}$-5 | | $9^{05}$-7 | | | | | | — | | — | | | | 21 ✓ 17 R |
| Diane | — | | — | | $10^{05}$-$6^3$ | | $9^{05}$-5 | | 1-$9^3$ | | $9^{05}$-5 | | $9^{05}$-5 | | 39 |
| Deb | $3^3$-$9^3$ | | $12^3$-$9^3$ | | $12^3$-$6^3$ | | 1-$9^3$ | | — | | $3^3$-$9^3$ | | | | 35 |
| Shirley | — | | — | | — | | — | | 1-$9^3$ | | $9^{05}$-5 | | $9^{05}$-4 | | 17.75 22 R |
| JoAnne | — | | $9^{05}$-3 | | 2-$6^3$ | | $3^3$-$9^3$ | | — | | 5-$9^3$ | | — | | 20 |
| Jill | $9^{05}$-2 | | $9^{05}$-5 | | — | | | | $9^{05}$-5 | | — | | 1-$9^3$ | | 29 |
| Alice | $12^{05}$-7 | | 11-7 | | $10^{05}$-$4^3$ | | $9^{05}$-5 | | $9^{05}$-2 | | — | | — | | 33 |
| Leidy | $3^3$-$9^3$ | | $3^3$-$9^3$ | | — | | — | | — | | — | | $3^3$-$9^3$ | | 18 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

# ZALE COR    RATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: _7_ / _18_ / _02_

Payroll Budget Hrs: _____ 170 _____          Payroll Budget $'s: _____

Payroll Actual Hrs: _____ 195 _____          Payroll Actual $'s: _____
                        199.78

Variance: _____          Variance: _____

Inventory                                        Mall Meeting

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 7 / 12 / 02 | | 7 / 13 / 02 | | 7 / 14 / 02 | | 7 / 15 / 02 | | 7 / 16 / 02 | | 7 / 17 / 02 | | 7 / 18 / 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | | $8^3$-12 | | 12-8 | | — | | $9^{15}$-5 | | $9^{15}$-$5^3$ | | $8^3$-6 | | 40 |
| Gaynor | — | | — | | | | $9^{15}$-5 | | — | | $9^5$-2 | | $9^{15}$-5 | | 19 |
| Diane | $9^{15}$-5 | | $8^{30}$-$9^{55}$ $2$-$8^{35}$ | | $10^5$-8 | | — | | — | | — | | 1-$9^3$ | | 33 |
| Deb | $3^3$-$9^3$ | | $8^3$-12 $4$-$9^{30}$ $9^{65}$-  | | $12^3$-8 | | $15$-$9^3$ | | — | | — | | — | | 29 |
| Shirley | 11-4 | | $8^{30}$ | | $10^5$-4 | | — | | 2-$9^3$ | | $9^{15}$-2 $30$ | | — | | 32 |
| Fortnie | — | | — | | — | | $9^{15}$-2 | | $9^{15}$-2 | | 4-$9^3$ | | — | | 17 |
| Jeff | $9^{15}$-$3^3$ | | $9^{15}$-$2^3$ | | — | | — | | 2-$9^3$ | | 1-$9^3$ | | — | | 25 |
| Alice | — | | $8^{30}$ $2$-$9^3$ | | — | | 1-$9^3$ | | $9^{15}$-5 | | — | | — | | 24 |
| Leidy | $3^3$-$9^3$ | 6 | $8^{30}$ | 2 | 12-5 | 5 | | | | | | | $3^3$-$9^3$ | | 19 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

posted 7/1/02

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # __2708__

Week Ending: __7, 25, 02__

Payroll Budget Hrs: __170 Manager__        Payroll Budget $'s: _____

Payroll Actual Hrs: __187 Meeting__        Payroll Actual $'s: _____

Variance: _____        Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 7,19,02 | | 7,20,02 | | 7,21,02 | | 7,22,02 | | 7,23,02 | | 7,24,02 | | 7,25,02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9³-5 | | 9¹⁵-6 | | 10¹⁵-6³ | | | | — | | Meeting | | Meeting | | |
| Gaynor | — | | 1-9³ | | — | | 9⁵-3³ | | — | | 4-9³ | | 9¹⁵-3 | | 24 |
| Diane | 9³-5 | | 9⁵-1 | | — | | 1-9³⁰ | | 1-9³ | | ~~9-5~~ | | — | | 28 |
| Deb | 3³-9³ | | 1-9³ | | 12³-6³ | | 3³-9³ | | | | — | | — | | 26 |
| Shirley | 9³-1³ | | — | | — | | | | 4-9³ | | 9⁵-5 | | 9¹⁵-5 | | 26 |
| Brooke | — | | 10-2 | | — | | 9¹⁵-3³ | | 9⁵-2 | | — | | 12-3 | | 15 |
| Deff | — | | — | | 10¹⁵-6³ | | ~~9-6~~ | | 9⁵-5 | | 9¹⁵-5 | | 1-9³ | | 31 |
| Alise | — | | 12-6 | | 12³-6³ | | — | | — | | 1-9³ | | 11-4 | | 25 |
| Lindy | 3³-9³ | | — | | — | | — | | — | | — | | 3³-9³ | | 12 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

*posted 7/18*

# ZALE CORPORATION

SKU #10978522 (4/00)

Store # _____ *2708* _____

Week Ending: _____ *8 / 1 / 02* _____

Payroll Budget Hrs: _____        Payroll Budget $'s: _____

Payroll Actual Hrs: _____ *218 50* _____       Payroll Actual $'s: _____

Variance: _____                 Variance: _____

*16³⁵*

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 7/26/02 | | 7/27/02 | | 7/28/02 | | 7/29/02 | | 7/30/02 | | 7/31/02 | | 8/1/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| *Sue* | — | | — | | — | | | | — | | — | | — | | |
| *Gaynor* | $9^{15}-4$ | | $9^{15}-2$ | | $12^3-6^3$ | | $9^{15}-2$ | | — | | — | | $9^{15}-5$ | | 30.5 |
| *Deidre* | — | | $9-9^{?}$ | | $10^{15}-6^3$ | | $9^{15}-5$ | | $9^{15}-3^{00}$ | | — | | | | 30 |
| *Dell* | $3^3-9^3$ | | $9^{15}-9^{?0}$ | | — | | $3^3-9^3$ | | $3^3-9^3$ | | $1-9^3$ | | — | | 32 |
| *Shirley* | $9^{15}-2$ | 5 | $1-9^3/9^{?0}6$ | | — | | — | | 11-3 | 4 | $D 9^{15}-3^{3}$ | | $9^{15}-5$ | | 30 |
| *JoAnn* | — | | 1-6 | | — | | $4-9^3$ | | — | | $1-9^3$ | | — | | 18 |
| *Jeff* | $9^{15}-2$ | | $9^{15}-9^{30}$ | | — | | — | | $9^{15}-5$ | | $9^{15}-5$ | | $1-9^3$ | | 35 |
| *Alice* | 11-5 | | — | | $12^3-6^3$ | | $9^{15}-5$ | | $1-9^{30}$ | | — | | — | | 25 |
| *Ludy* | $3^3-9^3$ | | — | | $10^{15}-4^3$ | | — | | — | | — | | $3^3-9^3$ | | 19 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

posted 7/19

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: _____ 8, 8, 02 _____

Payroll Budget Hrs: _____     Payroll Budget $'s: _____

Payroll Actual Hrs: _123 + 18V_     Payroll Actual $'s: _____

Variance: _____ Act 193.25 _____     Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | $8,12,02$ | | $8,13,02$ | | $8,4,02$ | | $8,5,02$ | | $8,6,02$ | | $8,7,02$ | | $8,8,02$ | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | $9^{05}5^3$ | | 11 - 8 | | $10^{05}-6^3$ | | $9^{05}5$ | | | | — | | $9^{05}5^3$ | | |
| Gaynor | — | | $9^{05}12$ | | $12^3-6^3$ | | — | | $9^{05}5$ | | $1-9^3$ | | — | | 25 |
| Diane | 11 - 7 | | $9^{05}3-9^3$ | | — | | $9^{05}5$ | | $9^{05}-7$ | | | | — | | 17+ |
| Deb | $3^3 9^3$ | | $12^3-9^3$ | | $12^3 6^3$ | | $3^3 9^3$ | | $3^3 9^3$ | | — | | — | | 33 |
| Shirley | $9^{05}5$ | | | | $10^{05}4^3$ | | — | | — | | — | | — | | 15 |
| JoAnne | | | $9^{05}-3^3$ | | — | | $3^3 9^3$ | | — | | $3^3 9^3$ | | — | | 18 |
| Siff | — | | $9^{05}-3^3$ | | — | | — | | $9^{05}5$ | | $9^{05}5$ | | $1-9^3$ | | 23 |
| Alice | — | | — | | — | | $9^{05}5$ | | $1-9^3$ | | $9^{05}3^3$ | | $9^{05}5$ | | 30 |
| Judy | $3^3 9^3$ | | — | | — | | $3^3$ | | — | | — | | $3^3 9^3$ | | 12 |
| Staffing Levels | / | / | / | / | / | / | $4^3_17$ | | / | / | / | / | / | / | |
| Model Sched | / | / | / | / | / | / | | | / | / | / | / | / | / | |

## ZALE CO  'ORATION
SKU #10978522 (4/00)

Store #  __2708__

Week Ending:  __8 / 15 / 02__

Payroll Budget Hrs: __186__         Payroll Budget $'s: _____

Payroll Actual Hrs: __180__         Payroll Actual $'s: _____

10:00 Mickey   Variance: _____         Variance: _____
12:00 Dona                                              10:00 Mel/Lissa
                                                        11:00 Sherey

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 8, 9 , 02 | | 8, 10 , 02 | | 8, 11 , 02 | | 8, 12 , 02 | | 8, 13 , 02 | | 8, 14 , 02 | | 8, 15 , 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ - | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | $9^5$-6 | | $10^3$-$7^3$ | | — | | 1-$9^3$ | | $9^5$-$5^3$ | | — | | $9^5$-$5^3$ | | |
| Gaynor | $9^5$-5 | | 12-$9^3$ | | — | | — | | — | | — | | — | | 17+½ |
| Deb | 4-$9^3$ | | $9^5$-4 | | $12^3$-$6^3$ | | $3^3$-$9^3$ | | — | | — | | — | | 24 |
| Shirley | — | | — | | — | | — | | $9^5$-5 | | $9^5$-5 | | $9^5$-5 | | 16 |
| JoAnne | — | | $9^5$-1 | | 2-$6^3$ | | — | | — | | $3^3$-$9^3$ | | <12-3> | | 17 |
| Bill | — | | — | | $10^5$-$6^3$ | | $9^5$-2 | | 5-$9^3$ | | $9^5$-$9^3$ | | 8-$9^3$ | | 36 |
| Alli | — | | 1-$9^3$ | | — | | $9^5$-5 | | 1-$9^3$ | | $9^5$-5 / 1-$9^3$ | | — | | 30 |
| Judy | $3^3$-$9^3$ | | — | | $10^5$-$4^3$ | | — | | — | | — | | 3-$9^3$ | | 18 |
| Jessica | $4^3$-9 | | — | | — | | $4^3$-$9^3$ | | — | | — | | — | | 8 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

ZALE CORRATION
SKU #10978522 (4/00)

Store # _____2708_____

Week Ending: __8 / 22 / 02__

Payroll Budget Hrs: ___186___          Payroll Budget $'s: _____

Payroll Actual Hrs: ___163___ _____          Payroll Actual $'s: _____

Variance: _____          Variance: _____

25.5 VP
7.25 P

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 8 / 16 / 02 | | 8 / 17 / 02 | | 8 / 18 / 02 | | 8 / 19 / 02 | | 8 / 20 / 02 | | 8 / 21 / 02 | | 8 / 22 / 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-6 | | 12-9³ | | — | | 9⁵-5 | | 9⁵-5 | | — | | 9⁵-6 | | |
| Gaynor | 3-9³⁵ | | off | | — | | 9⁵-1 | | 9⁵-5 | | 1-9³ | | 9⁵-3 | | 37 |
| Shirley | 9⁵-5 | | 9⁵-2 | | 10⁵-4³ | | 1— | | 4-9³ | | 9⁵-5 | | — | | 30 |
| JoAnne | — | | 12-5 | | 1-5 | | 3³-9³ | | — | | — | | 11-3 | | 20 |
| Biff | — | | 9⁵-4 | | 10⁵-6³ | | 1-9³ | | 4-9³ | | — | | 1-9³ | | 33 |
| Alice | — | | 3-9³ | | 12-6³ | | 9⁵-5 | | — | | 9⁵-3³ | | — | | 25 |
| Judy | 3³-9³ | | — | | — | | — | | — | | 3³-9³ | | 3³-9³ | | 18 |
| Diane | 5-9³ | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

# ZALE COR    RATION
SKU #10978522 (4/00)

Store # _____ 708 _____

Week Ending: _____ 8 / 29 / 02 _____

| | | | |
|---|---|---|---|
| Payroll Budget Hrs: | 186 | Payroll Budget $'s: | 1565 |
| Payroll Actual Hrs: | 169 | Payroll Actual $'s: | 1327 |
| Variance: | -17  Act 171 | Variance: | -238 |

Cashier thurs @ 1:30

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 8 / 23 / 02 | | 8 / 24 / 02 | | 8 / 25 / 02 | | 8 / 26 / 02 | | 8 / 27 / 02 | | 8 / 28 / 02 | | 8 / 29 / 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9$^{15}$-5$^3$ | | 8-6 | | — | | 9$^5$-6 | | 9-shift $^3$ | | | | 9$^{15}$-5 | | |
| Gaynor | — | | 8-10 2-9$^3$ | | — | | — | | | | 9$^5$-5$^3$ | | 1-9$^3$ | | 31 |
| Shirley | 11-6 | | 8-4 | | 12$^5$-6$^3$ | | 1-9$^3$ | | — | | — | | — | | 37 |
| Tiff | 1-9$^3$ | | 2-10 — | | 10$^{15}$-6 | | 1-9$^3$ | | 9$^5$-5 | | 9$^5$-6 | | — | | 36 |
| JoAnne | | | 8-1 | | 2-6$^3$ | | 9$^5$-2 | | — | | 2-9$^3$ | | 9$^5$-5 | | 24 |
| Alice | 9$^5$-3 | | 8-10 2-9$^3$ | | — | | — | | 5-9$^3$ | | — | | — | | 19 |
| heidy | 3$^3$-9$^3$ | | 8-10 | | 10$^{15}$-6$^3$ | | | | | | | | 3$^3$-9$^3$ | | 22 |
| Deb | — | | | | | | | | 6-9$^3$ | | | | | | |
| | | | | | | | | | | | | | | | |
| Staffing Levels | 2, 4, 12 | | 3, 5, 12 | | 2, 4, 13 | | 2, 4, 12 | | 2, 3, 12 | | 2, 3, 12 | | 2, 3, 12 | | |
| Model Schedule | 3, 5, 4 | | 3, 6, 3 | | 3, 5, 12 | | 2, 3, 12 | | 2, 3, 12 | | 2, 3, 12 | | 2, 3, 13 | | |

# ZALE CORPORATION
### SKU #10978522 (4/00)

Store # __2708__

Week Ending: __9  15  02__

Payroll Budget Hrs: __186__          Payroll Budget $'s: __1565__

Payroll Actual Hrs: __156 88__       Payroll Actual $'s: __1229__

Variance: __-30__                    Variance: __-336__

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Role Play Topic** | 8/30/02 | | 8/31/02 | | 9/1/02 | | 9/2/02 | | 9/3/02 | | 9/4/02 | | 9/5/02 | | |
| **Daily Sales Plan** | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| **Employee Name** | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | $9^5$-$6^7$ | | $11$-$9^3$ | | $10^5$-$6^3$ | | $9^5$-$6$ | | $9^5$-$2$ | | – | | $9^5$-$5$ | | |
| Gaynor | $9^5$-$5$ | | $9^5$-$5$ | | $12^2$-$6^3$ | | $9^5$-$5$ | | – | | $1$-$9^3$ | | – | | 31 6 |
| Shirley | – | | – | | – | | – | | – | | $9^5$-$5$ | | $9^5$-$5$ | | 24 6 |
| Jiff | – | | – | | – | | $1$-$9^3$ | | $1$-$9^3$ | | $9^5$-$5$ | | $1$-$9^3$ | | 31 6 |
| Jasone | $1$-$9^3$ | | $9^5$-$4$ | | $1$-$6^3$ | | $1$-$9^3$ | | $9^5$-$5$ | | – | | – | | 29 6 |
| Alice | – | | $11$-$4$ /5 | | $10^5$-$6^3$ | | $1$-$4$ | | $5$-$9^3$ | | – | | – | | 17 |
| Leidy | – | | $3^3$-$9^3$ | | – | | – | | – | | $3^3$-$9^3$ | | $3^3$-$9^3$ | | 18 |
| Deb | $3^3$-$9^3$ | | – | | – | | – | | – | | – | | $12$-$3$ | | 6 |
| Karry | | | | | $10^3$-$1^3$ | | | | | | | | | | |
| **Staffing Levels** | 2 1 3 1 2 | | 2 1 4 1 2 | | 2 1 3 1 3 | | 2 1 5 1 2 | | 2 1 8 1 2 | | 2 1 5 1 2 | | 2 1 3 1 2 | | |
| **Model Schedule** | 3 1 5 1 4 | | 3 1 6 1 3 | | 3 1 5 1 2 | | 2 1 3 1 2 | | 2 1 3 1 2 | | 9 3 1 2 | | 2 1 8 1 3 | | |



# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _9 | 12 | 02_

Payroll Budget Hrs: _186_     Payroll Budget $'s: _1565_

Payroll Actual Hrs: _178_     Payroll Actual $'s: _1423_

Variance: _- 8 189.75_     Variance: _-142_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 9, 6 ,02 | | 9, 7 , 02 | | 9, 8 , 02 | | 9, 9 , 02 | | 9, 10 , 02 | | 9, 11 , 02 | | 9, 12 , 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-5 | | — | | — | | 9-9³ | | 9¹⁵-5 | | — | | 9¹⁵-6 | | |
| Gaynor | — | | 12-9³ | | — | | 9-5 | | 9¹⁵-3 | | 1-9³ | | 9¹⁵-5 | | 38 |
| Shirley | 1-9³ | | 9¹⁵-5 | | · | | 9-1 | | 1-9³ | | 9¹⁵-3³ | | — | | 34 |
| Jeff | 9¹⁵-5 | | 12-9³ | | 10⁰⁵-6³ | | — | | — | | — | | 1-9³ | | 32 |
| Jo Anne | 1-9³ | | 9¹⁵-5 | | 2-6³ | | 1-9³ | | — | | 9¹⁵-2 | | — | | 32 |
| Alice | — | | — | | 10⁰⁵-4³ | | — | | 5-9³ | | — | | — | | 11 |
| Lindy | — | | — | | 10⁰⁵-6³ | | — | | — | | 3³-9³ | | 3³-9³ | | 19 |
| Deb | | | | | | | | | | | | | | | |
| | | | | | | | | 5³-9³ | | | | 5³-9³ | | | | |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

100ST
19.6 .02

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: _____ 9 | 19 | 02 _____

Payroll Budget Hrs: _____ 186 _____          Payroll Budget $'s: _____ 1565 _____

Payroll Actual Hrs: _____ 165 _____          Payroll Actual $'s: _____ 1321 _____

Variance: _____ 21 _____          Variance: _____ 244 _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 9 13 02 | | 9 14 02 | | 9 15 02 | | 9 16 02 | | 9 17 12 | | 9 18 02 | | 9 19 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| **Employee Name** | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | $9^{05}$-6 | | $12^3$-$9^3$ | | — | | $9^{15}$-6 | | $9^{15}$-5 | | — | | $9^{15}$-6 | | |
| Gaynor | 1-$9^3$ | | $9^{05}$-X2 | | $12^3$-$6^3$ | | | | | | $9^{15}$-5 | | $9^{15}$-5 | | 37 |
| Shirley | — | | $9^{05}$-X4 | | $10^{05}$-$4^3$ | | 1-$9^3$ | | 1-$9^3$ | | — | | — | | 28 |
| Jeff | 1-$9^3$ | | $9^{05}$-5 | | — | | — | | $9^{00}$-$5^3$$9^3$ | | 1-$9^3$ | | $3^3$-$9^3$ | | 38 |
| JoAnne | $9^{05}$-2 | | — | | 2-$6^3$ | | 3-$9^3$ | | $9^{15}$-11 | | $9^{15}$-$3^3$ | | — | | 21 |
| Alice | — | | — | | $10^{05}$-$6^3$ | | — | | 5-$9^3$ | | — | | — | | 12 |
| Lucky | — | | $3^3$-$9^3$ | | — | | — | | — | | $3^3$-$9^3$ | | $3^3$-$9^3$ | | 18 |
| Deb | — | | — | | $9^{05}$-$12^{45}$ | | | | | | | | | | — |
| Kacey | — | | 2-6 | | $5^3$-$9^3$ | | | | | | | | 6-$9^3$ | | 11 |
| Staffing Levels | 2, 3, 2 | | 3, 6, 12 | | 2, 4, 3 | | 2, 3, 2 | | 1, 1 | | 1, 1 | | $9^{05}$+51 | | |
| Model Schedule | 3, 5, 14 | | 3, 6, 13 | | 3, 5, 12 | | 2, 3, 2 | | 2, 3, 12 | | 2, 3, 12 | | 2, 3, 3 | | |

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: __ 9 / 26 / 02 __

Payroll Budget Hrs: ___ 186 ___          Payroll Budget $'s: ___ 1565 ___

Payroll Actual Hrs: ___ 169 + 12 V ___          Payroll Actual $'s: ___ 1411 ___

Variance: ___ -5 ___          Variance: ___ 154 ___

stc
9/10/02

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 9/20/02 | | 9/21/02 | | 9/22/02 | | 9/23/02 | | 9/24/02 | | 9/25/02 | | 9/26/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ 2.30 | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-5³ | | 8-6 | | — | | 9¹⁵-5³ | | 9¹⁵-5³ | | 9¹⁵-5³ | | — | | |
| Gaynor | 1-9³ | | 8-10 | | — | | 1-9³ | | — | | 9¹⁵-5 | | 9¹⁵-5 | | 33 |
| Shirley | 9¹⁵-5 | | 8-10 2-9³ | | — | | — | | — | | — | | — | | 17+12V |
| Jeff | — | | 8-10 2-9³ | | 10⁵-6³ | | 9¹⁵-5³ | | — | | 6-9³ | | 1-9³ | | 38 |
| JoAnne | — | | 8-4 | | — | | — | | 9¹⁵-5³ | | 3³-9³ | | 9¹⁵-3 | | 28 |
| Alice | — | | 8-10 | | 10⁵-6³ | | — | | 5-9³ | | — | | — | | 17 |
| Leidy | 3³-9³ | | 8-10 | | 10⁵-6³ | | — | | — | | — | | 3³-9³ | | 22 |
| Diane | — | | — | | — | | — | | 5-9³ | | — | | — | | 45 |
| Karry | — | | 8-2 | | — | | 5³-9³ | | — | | — | | 6-9³ | | 13 |
| Sherry | 9¹⁵+51 | | 8+21 | | — | | 1 | | 1 | | 1 | | 9¹⁵+51 | | |
| Staffing Levels | | | | | | | | | | | | | | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

# ZALE CO    ORATION
SKU #10978522 (4/00)

Store # ___2708___

Week Ending: __10 , 3 , 02__

Payroll Budget Hrs: __186__        Payroll Budget $'s: __1565__

Payroll Actual Hrs: __163 , 30__        Payroll Actual $'s: __1345__

Variance: __191.75__        Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 9 , 27 , 02 | | 9 , 28 , 02 | | 9 , 29 , 02 | | 9 , 30 , 02 | | 10 , 1 , 02 | | 10 , 2 , 02 | | 10 , 3 , 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $  130 | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5³ | | 12-9³ | | — | | 9⁵-6 | | — | | 9⁵-5 | | 9⁵/6 | | |
| Gaynor | — | | 9⁵-4 | | 12³-6³ | | 12-9³ | | 9⁵-6 | | 9⁵-9³ | | — | | 36 |
| Shirley | — | | — | | — | | — | | — | | — | | — | | 33.75 |
| Jeff | 3⁰⁰-9³ | | 9⁵-3³ | | 10⁵-4 | | 2-9³ | | — | | 2-9³ | | 4-9³ | | 31 |
| Jo Anne | 9⁵-3³ | | 2-6 | | 2-6³ | | 12³-2³ | | 9⁵-5 | | 2-9³ | | — | | 30 |
| Sherry | 1-9³ | | 9⁵-3 | | — | | — | | — | | — | | 9⁵-5 | | 22 |
| Alice | — | | — | | 10⁵-6³ | | — | | 5-9³ | | — | | — | | 12 |
| Leidy | 3³-9³ | | 3³-9³ | | — | | 9⁵-12.45 | | — | | — | | 3³-9³ | | 18 |
| Kariy | — | | — | | 5³-9³ | | — | | — | | — | | 6-9³ | | 7 |
| Diane | — | | — | | — | | — | | 5³-9³ | | — | | — | | 4 |
| Deo | — | | — | | 9⁵-12.45 | | — | | — | | — | | — | | 3 |
| Staff'd | 21,5,13 | | 3,6,13 | | 2,4,13 | | 2,2,12 | | 2,2,12 | | 2,3,12 | | 2,4,13 | | |
| Model/schedule | 3,5,14 | | 3,6,13 | | 3,5,12 | | 2,3,12 | | 2,3,12 | | 2,3,12 | | | | |

# ZALE CO ORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _10_ , _10_ , _02_

Payroll Budget Hrs: _186_     Payroll Budget $'s: _1565_

Payroll Actual Hrs: _173_     Payroll Actual $'s: _1394_

Variance: _-13_     Variance: _-171_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 10/4/02 | | 10/5/02 | | 10/6/02 | | 10/7/02 | | 10/8/02 | | 10/9/02 | | 10/10/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ 15,12 | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 1-9³ | | 9¹⁵-6 | | — | | 9¹⁵-5³ | | 9¹⁵-5³ | | — | | 9¹⁵-6 | | |
| Gaynor | 9¹⁵-5 | | 2-9³ | | — | | 9¹⁵-5 | | 9¹⁵-3³⁵ | | 9¹⁵-5 | | 9¹⁵-— | | 38 |
| Shirley | — | | — | | — | | — | | — | | — | | — | | — |
| Tiff P | — | | — | | 10¹⁵-6³ | | 3³-9³ | | 12³-7— | | 2⁸-9³ | | 12³9³ | | 29 |
| Sherry | 1-9³ | | 9¹⁵-5 | | 10¹⁵-6³ | | | | 12-4 | | | | 9¹⁵-5 | | 32 |
| JoAnne | 9¹⁵-5 | | 9¹⁵-2 | | — | | 5-9³ | | | | 9¹⁵-3³ | | — | | 23 |
| Alice | — | | — | | 10¹⁵-6³ | | 3-—³ | | 5-9³ | | —³ | | 5-9³ | | 12 |
| Lusly | | | 3³-9³ | | 10¹⁵-6³ | | 3³-—³ | | — | | 5-9³ | | 3³-9³ | | 20 |
| Karry | — | | 2-6 | | — | | | | | | | | | | 11 |
| Diane | — | | — | | 1-6³ | | | | 5-9³ OV | | | | — | | 45 |
| Amanda | — | | — | | 1-6³ | | | | | | | | — | | 5.5 |
| Deb | | | | | | | | | | | | | | | |
| Staffing Schedule | 2,4,12 | | 3,5,13 | | 4,5,14 | | 2,3,2 | | 2,3,2 | | 2,3,2 | | 2,3,2 | | |
| Model | 3,5,14 | | 3,6,13 | | 3,5,12 | | 2,3,12 | | 2,3,12 | | 2,3,2 | | 2,3,13 | | |