# ZALE CORPORATION
### SKU #10978522 (4/00)

Store # __2708__

Week Ending: __10 / 17 / 02__

Payroll Budget Hrs: __186__       Payroll Budget $'s: __1565__

Payroll Actual Hrs: __184__       Payroll Actual $'s: __1481__

Variance: __-2__       Variance: __84__

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 10/11/02 | | 10/12/02 | | 10/13/02 | | 10/14/02 | | 10/15/02 | | 10/16/02 | | 10/17/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-1³ | | 12-9³ | | | | | | M | | M | | 9¹⁵-5 | | |
| Gaynor | 9¹⁵-5⁰⁰ | | — | | 12³-6³ | | 9⁵-5 | | 9¹⁵-5 | | — | | 9¹⁵-5 | | 30 |
| Shirley | — | | | | | | 9¹⁵-2 | | 9¹⁵-5 | | 9¹⁵-9³ | | 3³-9³ | | 22 |
| Jeff | 1⁰⁰-9³ | | 9⁵-4⁰⁰ | | 10¹⁵- | | 2-9³ | | 4-9³ | | | | | | 26 |
| Sherry | 9¹⁵-5 | | | | 10¹⁵-6³ | | — | | — | | | | 9¹⁵-5 | | 31 |
| JoAnne | 11-4 | | 9¹⁵-4 | | 2-6³ | | 3-9³ | | | | 9¹⁵-5³⁰ | | — | | 26 |
| Alice | — | | | | (11-4) | | (11-4) | | 5-9³ | | | | | | 11 (15) |
| Lendy | 3³-9³ | | 3³-9³ | | — | | — | | — | | | | 3³-9³ | | 18 |
| Larry | — | | | | — | | — | | — | | 5³-9³ | | 6-9³ | | 7 |
| David | — | | | | 1-6³ | | — | | 5-9³ | | | | | | 4 |
| Staffing Schedule | 3,5,3 | | 2,5,2 | | 3,5,4 | | 2,4,2 | | 2,3,2 | | 2,2,2 | | 2,4,3 | | |
| Model | 3,5,4 | | 3,6 | 3 | 3,5,2 | | 2,3 | 2 | | | | | | | |

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2208_

Week Ending _10_ / _24_ / _02_

Payroll Budget Hrs: _186_          Payroll Budget $'s: _1565_

Payroll Actual Hrs: ~~203~~ ~~199~~ _177.25_     Payroll Actual $'s: _1585_

Variance: _+11_          Variance: _+20_

*Meeting 8:30*

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 10/18/02 | | 10/19/02 | | 10/20/02 | | 10/21/02 | | 10/22/02 | | 10/23/02 | | 10/24/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 5-9³ | | — | | — | | — | | — | | — | | — | | VAC. |
| Gaynor | 9⁵-5 | | 2-9³ | | | | 1-9³ | | — | | 9⁵-3 | | 9⁵-5 | | 34 |
| Shirley | 9⁵-6 | | — | | 12³-6³ | | 9⁵-2:30 | | 9⁵-5 | | 9⁵-5³⁰ | | — | | 32 |
| Tiff | — | | 9⁵-5 | | — | | | | 4-9³ | | 2-9³ | | 4-9³ | | 25 |
| Sherry | 1-9³ | | 9⁵-5 | | 10⁵-6³ | | — | | — | | — | | 9⁵-5 | | 31 |
| Jo Anne | ~~2-9³~~ | | 11-4 | | — | | 9⁵-5³⁰ | | 9⁵-4 | | — | | — | | 27 |
| Alice | — | | — | | 10⁵-4⁰ | | — | | ~~5-9~~ | | — | | 5-9 | | 16 |
| Leidy | — | | 3³-9³ | | 10⁵-6³ | | — | | 3³⁰-5³⁰ | | — | | 3³-9³ | | 20 |
| Karly | — | | 2-6 | | — | | 5-9³ | | — | | 5-9³ | | — | | 12 |
| Amanda | | | | | | | | | | | | | | | |
| Staffing Levels | 2 1 4 1 2 | | 2 1 6 1 3 | | 1 2³-6³ 3 1 5 1 4 | | 2 1 3 1 2 | | 2 1 2 1 2 | | 2 1 3 1 2 | | 2 1 3 1 3 | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

*entry 10/18*

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: ___ 10 , 31 , 02 ___

Payroll Budget Hrs: ___ 186 ___          Payroll Budget $'s: ___ 1565 ___

Payroll Actual Hrs: ___ 181   170 ___          Payroll Actual $'s: ___ 1483 ___
                                        *Act.*

Variance: _____          Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 10 , 25 , 02 | | 10 , 26 , 02 | | 10 , 27 , 02 | | 10 , 28 , 02 | | 10 , 29 , 02 | | 10 , 30 , 02 | | 10 , 31 , 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5 | | 12-9³ | | — | | 9⁵-6 | | — | | 9⁵-5 | | 9⁵-6 | | |
| Gaynor | 1-9³ | | 9⁵-5 | | — | | 1-9³ | | — | | — | | — | | 24-1/2 |
| Shirley | — | | 1-9³ | | — | | 9⁵-2 | | 9⁵-5³ | | 9⁵-5 | | — | | 29 |
| Jeff | — | | — | | 10⁵-6³ | | — | | 4-9³ | | 3-9³ | | 4-9³ | | 23 |
| Sherry | 1-9³ | | 9⁵-5 | | 10⁵-6³ | | — | | — | | — | | 9⁵-5 | | 32 |
| JoAnne | 9⁵-2 | | — | | 2-6³ | | — | | 9⁵-5-2 | | 3-9³ | | — | | 23³/₅ |
| Alice | | | | | 10⁵-4³ | | | | 5-9³ | | — | | | | 10.5 |
| Lindy | 5-9³ | | — | | — | | — | | 4-9³ | | — | | 3⁵-9³ | | 12 |
| Larry | — | | 2-6 | | — | | 5³-9³ | | 5³-9³ | | — | | 6-9³ | | 12 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

*foskes 10/18*

## ZALE CORPORATION
SKU #10978522 (4/00)

Store # __2708__

Week Ending: __11 / 9 / 02__

Payroll Budget Hrs: __186__

Payroll Actual Hrs: __182__

Variance: _____

Payroll Budget $'s: __1565__

Payroll Actual $'s: __1457__

Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11 / 1 / 02 | | 11 / 2 / 02 | | 11 / 3 / 02 | | 11 / 4 / 02 | | 11 / 5 / 02 | | 11 / 6 / 02 | | 11 / 7 / 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-6 | | 8-6 | | | | 9⁵-6 | | – | | 9⁵-6 | | 9⁵-5 | | |
| Gaynor | – | | 8-4 | | 12³-6³ | | 7-9³ | | – | | 7-9³ | | 9⁵-2⁴ | | 27 |
| Shirley | – | | 4-9³ | | – | | 9⁵-4 | | 9⁵-5³ | | 9⁵-5 | | | | 29 |
| Jeff | – | | 8-4 | | 10⁵-4³⁰ | | 2-9³ | | 4-9³ | | 3-9³ | | 4-9³ | | 24 |
| Sherry | 9-9³ | | | | 10⁵-6³ | | – | | – | | – | | 9⁵-5 | | 32 |
| JoAnne | 9⁵-3³ | | 4-9³ | | – | | – | | 9⁵-5³ | | 3-9³ | | – | | 26 |
| Alice | – | | | | 10⁵-4³ | | – | | 5-9³ | | – | | – | | 12 |
| Lively | 3³-9³ | | | | 10⁵-6³ | | – | | 5³⁰-9³ | | – | | 3³-9³ | | 22 |
| Karry | | | | | – | | 5-9³ | | – | | – | | 6-9³ | | 10 |
| Kevin | | | | | | | 10-2 | | | | 10-2 | | 9⁵-4 | | |
| Staffing Levels | | | / | | / | | / | | / | | / | | / | | |
| Model Schedule | DLO | | / | | / | | / | | / | | / | | 10-2 | | |

# ZALE CORPORATION

SKU #10978522 (4/00)

Store # _2708_

Week Ending: _11/14/02_

Payroll Budget Hrs: _186_          Payroll Budget $'s: _1565_

Payroll Actual Hrs: _155_          Payroll Actual $'s: _____

Variance: _____ _41_       Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11/8/02 | | 11/9/02 | | 11/10/02 | | 11/11/02 | | 11/12/02 | | 11/13/02 | | 11/14/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5³ | | 9⁵-6 | | 10⁵-12 | | 9⁵-5⁰ | | 9⁵-5³ | | — | | 9⁵-6 | | |
| Gaynor | — | | 2-9³ | | 12⁵-6³ | | 9⁵-9³ | | — | | 9⁵-5 | | 9⁵-4 | | 36 |
| Shirley | 1-9³ | | — | | 2-6³ | | 9⁵-9³ | | 9⁵-5 | | 9⁵-5 | | — | | 34 |
| Jeff | — | | — | | — | | 3-9³ | | 4-9³ | | 3-9³ | | 4-9³ | | 22 |
| JoAnne | 9⁵-1 | | 9⁵-4 | | 1-6³ | | — | | — | | 3-9³ | | — | | 20 |
| Alice | — | | — | | — | | — | | — | | — | | — | | — |
| Leidy | 3³-9³ | | 3³-9³ | | — | | — | | — | | — | | 3³-9³ | | 18 |
| Karyn | — | | — | | 10⁵-6³ | | — | | 5-9³ | | — | | 6-9³ | | 15 |
| Dessi | 5-9³ | | | | 10⁵-6³ | | — | | — | | — | | 9⁵-5 | | 7 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

## ZALE CORPORATION
SKU #10978522 (4/00)

Store # _*2708*_

Week Ending: _*11/21/02*_

Payroll Budget Hrs: _*186*_  Payroll Budget $'s: _*1565*_

Payroll Actual Hrs: _*190*_  Payroll Actual $'s: _*1515*_

Variance: _*+4*_  Variance: _*-50*_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11/15/02 | | 11/16/02 | | 11/17/02 | | 11/18/02 | | 11/19/02 | | 11/20/02 | | 11/21/02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵–6 | | 12–9³ | | — | | 9⁵–6 | | 9⁵–6 | | 9⁵–6 | | — | | |
| Gaynor | 1–— | | 9⁵–5 | | — | | 1–9³ | | 9⁵–4 | | 2–9³ | | — | | 29 |
| Shirley | 9⁵–5 | | 9⁵–3 | | — | | 9⁵–4² | | 4–9³ | | — | | 9⁵–4⁰ | | 33 |
| Jeff | 2–9³ | | 9⁵–3 | | 10⁵–6³ | | — | | 4–9³ | | 9⁵–6 | | 4–9³ | | 25 |
| Deb | | | | | 12³–6³ | | — | | — | | 9⁵–9³ | | 9⁵–4 | | 21 |
| JoAnn | | | 1–9³ | | — | | 3³–9³ | | — | | 9⁵–9³ | | | | 20 |
| Trudy | 3³–9³ | | — | | 10⁵–4³ | | — | | — | | — | | — | | 14 |
| Victor | — | | — | | — | | 9⁵–4 | | 9⁵–4 | | 1–9³ | | 1–9³ | | 30 |
| Karry | | | 2–6 | | — | | | | | | | | 6–9³ | | 7 |
| Amanda | 4–9³ | | — | | 12³–6³ | | | | | | — | | — | | 11 |
| Staffing Levels | 2,4,3 | | 2,5,2 | | 2,4,3 | | 3,4,2 | | 3,3,2 | | 2,7,3 | | 2,3,3 | | |
| Model Schedule | | | | | | | | | | | | | | | |

## ZALE CORPORATION

SKU #10978522 (4/00)

Store # _____2708_____

Week Ending: ___11 / 28 / 02___

Payroll Budget Hrs: ___156___          Payroll Budget $'s: ___1565___

Payroll Actual Hrs: ___178___          Payroll Actual $'s: ___1436___

Variance: ___- 8___                    Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11 / 22 / 02 | | 11 / 23 / 02 | | 11 / 24 / 02 | | 11 / 25 / 02 | | 11 / 26 / 02 | | 11 / 27 / 02 | | 11 / 28 / 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-6 | | 11-9³ | | — | | — | | 9¹⁵-6 | | 9¹⁵-5 | | | | |
| Gaynor | 9¹⁵-4 | | — | | — | | 9¹⁵-5³ | | 2-6 | | 9¹⁵-6 | | | | 23+ |
| Shirley | 9¹⁵-4 | | — | | — | | — | | — | | — | | | | 7+ |
| Jeff | — | | 9¹⁵-6 | | c¹⁵-4³ | | 2-9³ | | 4-9³ | | — | | | | 26+ |
| Deb | 3³-9³ | | — | | 10¹⁵-6³ | | 9¹⁵-2 | | 9¹⁵-2³ | | 1-9³ | | | | 32+ |
| Jo Anne | — | | — | | 12-3⁶³ | | 3³-9³ | | — | | 11-5 | | | | 18 |
| Chidey | — | | 5³-9³ | | — | | — | | — | | 3³-9³ | | | | 12 |
| Karri | — | | 9¹⁵-4 | | — | | — | | 5³-9³ | | — | | | | 11 |
| Amanda | 4-9³ | | — | | 12-6³ | | — | | — | | — | | | | 11 |
| Amy | 10-2 | | 12-2³ | | — | | 9¹⁵-3 | | 5-5 | | — | | | | 14 |
| Staffing Levels | 3 1 1 | | 3 1 4 | | 1 1 1 | | | | | | | | | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

## ZALE COR ORATION
SKU #10978522 (4/00)

**Store #** _3708_

**Week Ending:** _12 | 5 | 02_

**Payroll Budget Hrs:** _____

**Payroll Actual Hrs:** _230_

**Variance:** _____

**Payroll Budget $'s:** _1295_

**Payroll Actual $'s:** _1766_

**Variance:** _-29_

442-1545

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY P: 4:15 9:10 | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11 29 02 | | 11 30 02 | | 12 1 02 | | 12 2 02 | | 12 3 02 | | 12 4 02 | | 12 5 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 7³-7⁸ | | 11-9³ | | 9¹⁵-6³ | | — | | 9¹⁵-6 | | 9¹⁵-6 | | 9¹⁵-4 | | |
| Gaynor | 7³-9³ | | 1-9³ | | — | | 1-9³ | | — | | 9¹⁵-3 | | 9¹⁵-4 | | 37 |
| Shirley | — | | 7³-3³ | | 9¹⁵-3³ | | 9¹⁵-3 | | 1-9³ | | — | | 2-9³ | | 35 |
| Liz | 2-9³ | | 7³-3³ | | 9¹⁵-3³ | | 1-9³ | | — | | 3-4³ | | 11-7³ | | 32 |
| Deb | 7³-4 | | 7³-3³ | | 12³-6³ | | — | | — | | 3³-9³ | | — | | 28 |
| JoAnne | 7³-12³ | | 1-9³ | | — | | 9⁰⁵-5 | | 9¹⁵-4 | | — | | — | | 27 |
| Cindy | 3³-9³ | | — | | 12³-6³ | | — | | — | | 3³-9³ | | 3³-9³ | | 24 |
| Karri | | | 2-6 | | — | | — | | 5³-9³ | | 5³-9³ | | — | | 12 |
| Amanda | 4-9³ | | 10-4 | | 12²-6³ | | — | | — | | — | | — | | 11 |
| Amy | 5³-9³ | | 10-3 | | — | | 1-9³ | | 9-4 | | — | | — | | 14 |
| Staffing Levels | 4 5 4 | | 3 7 3 | | 3 6 4 | | 2 4 3 | | 3 4 2 | | 2 4 3 | | 2 5 3 | | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

## ZALE CORPORATION

SKU #10978522 (4/00)

Store # _____ 2708

Week Ending: _12_ / _12_ / _02_

Payroll Budget Hrs: _____      Payroll Budget $'s: _____ 1795

Payroll Actual Hrs: _____      Payroll Actual $'s: _____ 1791

Variance: _____      Variance: _____ -4

Yrs Nott

| Employee Name | FRIDAY 9-9 | | SATURDAY 9-9 | | SUNDAY 10-6 | | MONDAY 10-9 | | TUESDAY 10-9 | | WEDNESDAY 10-9 | | THURSDAY 10-9 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Role Play Topic** | 12, 6, 02 | | 12, 7, 02 | | 12, 8, 02 | | 12, 9, 02 | | 12, 10, 02 | | 12, 11, 02 | | 12, 12, 02 | | |
| **Daily Sales Plan** | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
|  | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Jill | 11-9³ | | 11-9³ | | 9¹⁵-12 | | — | | 9¹⁵-6 | | 9¹⁵-6 | | 9¹⁵-4 | | |
| Gaynor | 8³12³ 4-9³ | | 9¹⁵-2 | | 12³-4³ | | 9¹⁵-5³ | | — | | — | | 9¹⁵-4 | | 36 |
| Shirley | 12³-9⁶ | | — | | — | | 9¹⁵-2 | | 1-9³ | | 9¹⁵-5 | | 1-9³ | | 35 |
| Jeff | 2-9³ | | 8¹⁵-5 | | 9¹⁵-6³ | | 4-9³ | | 4-9³ | | — | | | | 33 |
| Deb | 8³12³ 4-9³ | | 1-9³ | | — | | — | | 9¹⁵-9³ | | 1-9³ | | 9¹⁵-4 | | 35 |
| Christine | 4-9³ | | 8¹⁵-2 | | 12³-6³ | | 1-9³ | | — | | — | | — | | 23 |
| Leidy | 4-9³ | | — | | — | | — | | — | | 3³-9³ | | 3³-9³ | | 17 |
| Karri | 5³-9³ | | — | | — | | — | | 5³-9³ | | — | | 6-9³ | | 11 |
| Amanda | 4-9³ | | 2-6 | | 12³-6³ | | 4³-9³ | | — | | — | | — | | 15 |
| Amy | 4-9³ | | 10-3 | | — | | 4³-9³ | | — | | — | | — | | 14 |
| **Staffing Levels** | 2, 4, 10 | | 3, 6, 12 | | 2, 5, 13 | | 2, 3, 12 | | 3, 4, 13 | | 2, 3, 12 | | 3, 4, 13 | | |
| **Model Schedule** | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

## ZALE CORPORATION
SKU #10978522 (4/00)

Store # _3708_

Week Ending: _12 / 19 / 02_

Payroll Budget Hrs: _233.75_    Payroll Budget $'s: _1920_

Payroll Actual Hrs: _240_    Payroll Actual $'s: _1908_

Variance: _____    Variance: _-12_

| | FRIDAY 9-9 | | SATURDAY 9-9 | | SUNDAY 10-6 | | MONDAY 10-9 | | TUESDAY 10-9 | | WEDNESDAY 10-9 | | THURSDAY 10-9 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 12, 13, 02 | | 12, 14, 02 | | 12, 15, p2 | | 12, 16, 02 | | 12, 17, p2 | | 12, 18, 02 | | 12, 19, 02 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 12-9³ | | 12-9³ | | 9¹⁵-6³ | | | | 9¹⁵-9³ | | 4¹⁵-6 | | 9¹⁵-4 | | |
| Gaynor | 8³-3³ | | 1-9³ | | — | | 9¹⁵-5 | | — | | 9³-2 | | 9⁵-4 | | 35 |
| Shirley | — | | 8³-4³ | | 9¹⁵-4³ | | 9¹⁵-2 | | 1-9³ | | — | | 1-9³ | | 36 |
| Jill | — | | — | | 12-6³ | | 2-9³ | | 4-9³ | | 2-9³ | | 4-9³ | | 31 |
| Deb | 3³-9³ | | 8³-4³ | | 12-6³ | | — | | 9¹⁵-2³ | | 1-9³ | | 12-4 | | 34 |
| JoAnne | 8³-12³ | | 11-4 | | — | | 1-9³ | | 9¹⁵-2³ | | — | | — | | 23 |
| Judy | 3³-9³ | | 3³-9.4 | | — | | 9³-9³ | | — | | 3³-9³ | | 3³-9³ | | 24 |
| Victor | 8³-3³ | | 10-6 | | — | | 9¹⁵-5 | | — | | 9¹⁵-5 | | 9¹⁵-5 | | 35 |
| Karry | | | | | | | 11-6³ | | — | | 9⁵-5 | | 9¹⁵-5 | | |
| Amanda | 4-9³ | | 2-6 | | 12-6³ | | — | | — | | 4³-9³ | | 6-9³ | | 10 |
| Todd | | | 10³-3 | | — | | — | | — | | — | | — | | 15 |
| Staffing Levels | 3, 5, 4 | | 4, 8, 13 | | 2, 6, 16 | | 3, 5, 12 | | 3, 4, 3 | | 3, 5, 13 | | 3, 5, 14 | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

Store # _e_ _708_

Week Ending: ____/____/____

Payroll Budget Hrs: _186_          Payroll Budget $'s: _____

Payroll Actual Hrs: _175/81_       Payroll Actual $'s: _____

Variance: _____            Variance: _____

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 12,27,02 | | 12,28,02 | | 12,29,02 | | 12,30,02 | | 12,31,02 | | 1,1,03 | | 1,2,03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ 10-4 | | $ | | $ | | $ | | |
|  | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-6 | | — | Christmas | — | M | — | | — | H 24 | 9⁵-6³ | | 9⁵-5 | | 32 |
| Gaynor | 9⁵—4 | | — | | | | 9³00-6³ | | 9⁵-5 | | 9⁵-3 | | 9⁵-6³ | | 29 |
| Shirley | 1-9³ | | 9⁵-6 | | — | | 9⁵-2⁸ | | 9⁵-6³ | | — | | 1-6³ | | 30 |
| Jill | 11-7 | | 1-9³ | | 10⁵-6³ | | 9⁵-6³ | | — | | — | | — | | 30 |
| Dill | 3-9³ | | 9⁵-6 | | 12³-6³ | | — | | 9⁵-6³ | | — | | — | | 30 |
| JoAnne | 9⁵-3 | | 12-6 | | — | | — | | — | | 12-6³ | | 9⁵-2³ | | 22 |
| Trudy | — | | 3³-9³ | | 10¹⁵-4³ | | — | | — | | — | | 3-4³ | | 16 |
| Karrie | | | — | | 10⁵-6³ | | 6-930 | | | | | | — | | 8 |
| Amanda | — | | 10-2 | | 12³-6³ | | | | — | | — | | — | | 10 |
| Deb | | | | | | | 9⁵-2³ | | — | | — | | — | | 5 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | 10 D D | | 11-3 ← | | 13 | | | | | | | | | | |

SKU #109785        '00)

Store # _____ 2 108

Week Ending: _____ 1 19 1~~02~~03

Payroll Budget Hrs: _____ 186

Payroll Actual Hrs: _____ 154 160.5

Payroll Budget $'s: _____

Payroll Actual $'s: _____

Variance: _____

Variance: _____

(1085

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 15 02 | | 1 6 02 | | 1 9 02 | | 1 8 02 | | 1 9 02 | | |
| Role Play Topic | 1 13 02 | | 1 14 p2 | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| | | | | | | | | | 9⁵-6³ | | 9⁵-5³ | | 9⁵-4³ | | |
| Sue | 9⁵-6 | | 12-9³ | | — | | — | | — | | — | | — | | 36 |
| Gaynor | 9⁵-5 | | 11-7 | | 12³-5³ | | 9⁵-6³ | | — | | 12-6³ | | 12-6³ | | 22 |
| Shirley | — | | — | | 10¹⁵-2³ | | 9⁵-2³ | | — | | — | | 9⁵-6³ | | 28 |
| Sidd | | | | | 10⁵-6³ | | 12-6³ | | 12-6³ | | — | | — | | 32 |
| Dee | 3-9³ | | 9⁵-6 | | — | | — | | 9⁵-6³ | | 9⁵-6³ | | — | | 12 |
| JoAnne | — | | 9⁵-3 | | 12³-5³ | | — | | — | | — | | 3³-6³ | | 16 |
| Deidy | 3³-9³ | | 3³-9³ | | — | | — | | — | | — | | — | | 4 |
| Karry | — | | 2-6 | | — | | — | | — | | — | | — | | 10 |
| Aynsa | 4-9³ | | — | | 12³-8³ | | / | | / | | / | | / | | |
| Staffing Level | / | | 11-3 | | / | | / | | / | | / | | / | | |
| Model Schedule | / | | / | | / | | / | | / | | / | | / | | |

1:03PM
1/3/03

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2208 _____

Week Ending: _____ 1 | 16 | 03 _____

Payroll Budget Hrs: _____ 186 _____          Payroll Budget $'s: _____ 1565 _____

Payroll Actual Hrs: _____ 150  140.1 _____          Payroll Actual $'s: _____ 1235 _____

Variance: _____ -36 _____          Variance: _____

Inventory Prep                                    Inv. Dinner

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 1 / 10 /03 | | 1 / 11 /03 | | 1 / 12 /03 | | 1 / 13 /03 | | 1 / 14 /03 | | 1 / 15 /03 | | 1 / 16 /03 | | TOTAL |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee/Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | $9^{5}$-$5^{3}$ | | 8-5 | | — | | $9^{5}$-5 | | — | | $9^{5}$-$6^{5}$ | | $9^{5}$-$4^{3}$ | | |
| Gaynor | 1-$9^{3}$ | | 8-5 | | — | | — | | $9^{5}$-5 | | — | | $9^{5}$-$4^{3}$ | | 32 |
| Shirley | — | | 8-10 | | $10^{15}$-$2^{3}$ | | $9^{5}$-5 | | $9^{5}$-$6^{3}$ | | $9^{5}$-4 | | $9^{5}$-2 | | 21 |
| Jeff | — | | — | | $10^{15}$-$2^{3}$ | | $9^{5}$-$6^{3}$ | | 12-$6^{3}$ | | 12-$6^{3}$ | | — | | 23 |
| Debie | $9^{5}$-$3^{3}$ | | 8-10 2-$9^{3}$ | | $12^{3}$-5 | | — | | | | 12-$6^{3}$ | | 12-$6^{3}$ | | 31 |
| JoAnne | $9^{5}$-$3^{3}$-$7^{3}$ | | 8-10 5-$9^{3}$ | | — | | — | | | | | | | | 11 |
| Judy | $3^{3}$-$9^{3}$ | | 8-10 | | $10^{15}$-$5^{3}$ | | 3-$6^{3}$ | | — | | — | | 3-$6^{3}$ | | 21 |
| Karry | — | | 8-2 | | — | | — | | — | | — | | — | | 6 |
| Linda | — | | 1-5 4-$9^{3}$ | | — | | | | | | | | | | |
| Deb | — | | | | $10^{5}$-$5^{3}$ | | | | | | | | | | 5 |
| Total | — | | — | | — | | | | | | | | | | |
| Staffing Levels | — | | — | | — | | | | — | | — | | — | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2208 _____

Week Ending: _____ 1 / 24 / 02 _____

Payroll Budget Hrs: _____ 186 _____

Payroll Budget $'s: _____ 1565 _____

Payroll Actual Hrs: _____ 152 + 8 P 10 V _____ 163

Payroll Actual $'s: _____ 1391 _____

Variance: _____ ~16 _____

Variance: _____

*posted 1/31/03*

*Inventory*

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 1 / 17 / 03 | | 1 / 18 / 03 | | 1 / 19 / 03 | | 1 / 20 / 03 | | 1 / 21 / 03 | | 1 / 22 / 03 | | 1 / 23 / 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5 | | 12-9³ | | — | | — | | 9⁵-6³ | | 9⁵-5 | | 9⁵-4 | | |
| Gaynor | 9⁸⁵-12 | | — | | 12³-5³ | | 9⁵-6³ | | 12-6³ | | — | | — | | 25+8 |
| Shirley | 9⁸⁵-12 | | — | | 10⁵-2 | | 9⁵-2 | | 1 -6³ | | — | | 12-6³ | | 19 |
| Jeff | 1-9³ | | 9⁵-5 | | 10⁵-5³ | | 12 -6³ | | — | | — | | — | | 24 |
| Debbie | 11-7 | | 9⁵-5 | | — | | — | | 9⁵-2 | | 9⁵-6³ | | 9⁵-6³ | | 35 |
| Jo Anne | — | | 4-9³ | | 12³-5³ | | 12-6³ | | — | | — | | — | | 15 |
| Heidy | 3³-9³ | | 3³-9³ | | — | | — | | — | | 3³-6³ | | 3²-6³ | | 18 |
| Larry | — | | 9⁵-3 | | — | | — | | — | | — | | — | | 6 |
| Amahas | 8-9³ | | 11-4 | | — | | — | | — | | — | | — | | 10 |
| Deb | | | | | | | | | 9⁵-6³ | | 9⁵-6³ | | — | | |
| Todd Rhonda | — | | 31-9³ | | — | | — | | 12-6³ | | 12-6³ | | — | | 18 |
| Staffing Level | 1 | | | | 1 | | 1 | | | | | | 1 | | |
| Model Schedule | / | / | | | / | | / | | / | | / | | / | | |



# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____2708_____

Week Ending: ___1 / 30 / 03___

Payroll Budget Hrs: ___186___

Payroll Actual Hrs: ___194___

Variance: _____

Payroll Budget $'s: _____

Payroll Actual $'s: _____

Variance: _____

|  | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY *Mgr Meeting* | | THURSDAY *Mall Meeting* | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 1/24/03 | | 1/25/03 | | 1/26/03 | | 1/27/03 | | 1/28/03 | | 1/29/03 | | 1/30/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5³ | | 9⁵-6 | | — | | | | M | | M | | 8³-4 | | |
| Gaynier | — | | 9⁵-4 | | — | | 9⁵-6³ | | — | | 9⁵-6³ | | 8³-4 | | 33 |
| Shirley | — | | — | | 10⁵-5³ | | 9⁵-2 | | 9⁵-6³ | | | | 12-6³ | | 27 |
| Debie | 1-9³ | | 12-9³ | | — | | — | | 9⁵-2 | | | | 9⁵-4 | | 31 |
| Jiff | 9⁵-4³ | | — | | — | | — | | 9⁵-6³ | | 12-6³ | | 12-6³ | | 30 |
| Rhonda | 9⁵-5³ | | 2-9³ | | 10⁵-2³ | | 9⁵-6³ | | — | | — | | — | | 29 |
| Judy | 9⁵-3 | | — | | — | | — | | — | | 9⁵-6³ | | — | | 14 |
| Karby | — | | 9⁵-2 | | — | | — | | — | | — | | — | | 5 |
| Amanda | 4-9³ | | 2-6 | | 12³-5³ | | — | | — | | — | | — | | 14 |
| Todd | | | 11-3 | | — | | — | | — | | — | | — | | 4 |
| Deb | | | — | | 10⁵-5³ | | | | | | | | | | 7 |
| Staffing Levels | 3 5 13 | | 3 6 12 | | 3 4 13' | | 3 3 12 | | 3 3 12 | | 2 3 13 | | 3 5 12 | | |
| Model Schedule | 1 1 | | 1 1 | | 1 1 | | 1 1 | | 1 1 | | 1 1 | | 1 1 | | |

posted 1/23/03

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2208_

Week Ending: _2 | 6 | 03_

Payroll Budget Hrs: _186_  Payroll Budget $'s: _1564_

Payroll Actual Hrs: _176_  Payroll Actual $'s: _1435_

Variance: _- 10_  Variance: _- 129_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 1 , 31, 03 | | 2 , 1 , 03 | | 2 , 2 , 03 | | 2 , 3 , 03 | | 2 , 4 , 03 | | 2 , 5 , 03 | | 2 , 6 , 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT 3 | HRS | |
| Sue | 9¹⁵-6 | | 8-6 | | — | | off | | 9¹⁵-6³ | | 9¹⁵-1² | | 9¹⁵-4³ | | |
| Gaynor | 9¹⁵-5 | | 8-10 2-9³ | | 12³-5³ | | — | | — | | — | | 9¹⁵-4³ | | 29 |
| Shirley | — | | 8-10 2-9³ | | — | | — | | 12-6³ | | 9¹⁵-2 | | 12-6³ | | 28 |
| Debie | 3-9³ | | 8-5 | | 12³-5³ | | 9¹⁵-3 | | — | | 12-6³ | | — | | 32 |
| Tiff | — | | — | | 10¹⁵-5³ | | 12-6³ | | — | | — | | 12-6³ | | 20 |
| Rhonda | 9¹⁵-5 | | 8-4 | | 10¹⁵-2 | | 9¹⁵-6³ | | 9¹⁵-3 | | — | | — | | 34 |
| Lindy | 1-9³ | | — | | — | | — | | — | | 9¹⁵-6³ | | — | | 16 |
| Karen Amanda | 4-9³ | | 8-2 | | — | | — | | — | | — | | — | | 6 |
| Deb | — | | -10 | | 12²-5³ | | | | | | — | | — | | 10 |
| Robin | — | | 11-3 | | | | | | | | — | | — | | 7 |
| Staffing Levels | 3, 4, 3 | | 4, 7, 2 | | 2, 5, 4 | | 2, 3, 2 | | 2, 3, 2 | | 3, 4, 3 | | 2, 4, 2 | | |
| Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

*posted 2/1/03*

# ZALE CORPORATION
### SKU #10978522 (4/00)

Store # _2708_

Week Ending: _2_ | _13_ | _03_

*243-0806*

Payroll Budget Hrs: _186_          Payroll Budget $'s: _1565_

Payroll Actual Hrs: _186_          Payroll Actual $'s: _1526_

Variance: _____          Variance: _- 39_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 2| 7 |03 | | 2| 8 |03 | | 2| 9 |03 | | 2| 10| 03 | | 2| 11| 03 | | 2| 12| 03 | | 2| 13| 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁰⁵-5 | | 8-6 | | 10⁰⁵-5³ | | 9⁰⁵-5 | | — | | 12-6 | | 9⁰⁵-5 | | |
| Gaynor | — | | 8-5 | | — | | 9⁵-6³ | | 9⁵-4 | | 9⁵-6³ | | 9⁵-4 | | 31 |
| Shirley | 9⁰⁵-5 | | 8-10 2-9⁹ | | 10⁰⁵-5³ | | — | | 9⁵-6³ | | — | | — | | 32 |
| Debbie | — | | 8-10 2-9³ | | 12³-5 | | 9⁵-6³ (A) | | — | | 9⁵-6³ | | 9⁵-6³ | | 32 |
| Liff | 1-9³ | | 8-10 — | | — | | — | | 11-6³ | | 11-6³ | | 12-6³ | | 30 |
| Rhonda | — | | 8-2 | | 10⁰⁵-2 | | 9⁵-6³ | | 9⁵-5 | | 9⁵-6³ | | — | | 35 |
| Leidy | 1-9³ | | — | | — | | — | | — | | — | | — | | 8 |
| Karoly | — | | 8-2 | | — | | — | | — | | — | | — | | 6 |
| Amanda | 4-9³ | | 8-10 | | 12³-5³ | | — | | — | | — | | — | | 12 |
| Staffing Levels | 2| 4| 3 | | 4| 6| 12 | | 3| 5| 14 | | 3| 3| 13 | | 3| 4| 12 | | 2| 3| 3 | | 3| 4| 3 | | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

*poslex 2/1/13*

# ZALE COF ORATION

SKU #10978522 (4/00)

Store # _____ 2208 _____

Week Ending: _____ 2 / 20 / 03 _____

Payroll Budget Hrs: _____ 186 _____     Payroll Budget $'s: _____ 1565 _____

Payroll Actual Hrs: _____ 205 _____ *Mgr Vacation*    Payroll Actual $'s: _____ 1684 _____

Variance: _____ + 19 _____     Variance: _____ +119 _____

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 2/14/03 | | 2/15/03 | | 2/16/03 | | 2/17/03 | | 2/18/03 | | 2/19/03 | | 2/20/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | | — | | — | | — | | — | | — | | — | | |
| Gaynor | $9^5$-5 | | 1-$9^3$ | | 12-$3^5$3 | | — | | $9^5$-4 | | — | | $9^5$-4 | | 34 |
| Shirley | — | | — | | 10-$5^3$3 | | 12-$6^3$ | | $9^5$-4 | | — | | 11-$6^3$ | | 27 |
| Debie | 1-$9^3$ | | $9^5$-6 | | 12-$3^5$3 | | $9^5$-$6^3$ | | — | | $9^5$-$6^3$ | | — | | 39 |
| Tiff | 11-4 | | 1-$9^3$ | | 12-— | | — | | 12-$6^3$ | | — | | $9^5$-$6^3$ | | 28 |
| Rhonda | $9^5$-5 | | $9^5$-6 | | — | | $9^5$-$6^3$ | | 12-$6^3$ | | $9^5$-$6^3$ | | — | | 39 |
| Leidys | 1-$9^3$ | | — | | — | | — | | — | | 12-$6^3$ | | — | | 14 |
| Karry | — | | 12-6 | | — | | — | | — | | — | | — | | 6 |
| Amanda | 4-$9^3$ | | — | | 12-$3^5$3 | | — | | — | | — | | — | | 10 |
| Deb | | | | | 10-$5^3$3 | | | | | | | | | | 8 |
| Staffing Levels | 2 1 5 1 3 | | 2 1 5 1 2 | | 2 1 5 1 5 | | 2 1 3 1 3 | | 2 1 4 1 2 | | 2 1 3 1 3 | | 2 1 3 1 2 | | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | | |

posted
2/1/03

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2208

Week Ending: _____ 2/27/03

Payroll Budget Hrs: _____ 186            Payroll Budget $'s: _____ 1565

Payroll Actual Hrs: _____ 178            Payroll Actual $'s: _____ 1429

Variance: _____ -8            Variance: _____ +136

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 2/21/03 | | 2/22/03 | | 2/28/03 | | 2/24/03 | | 2/25/03 | | 2/26/03 | | 2/29/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ 3.45 family D.C. | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | — | | — | | — | | $9^5$-6$^3$ | | $9^5$-5$^3$ | | $9^5$-5$^3$ | | $9^5$-6$^3$ | | |
| Taynor | $9^5$-5 | | 1-9$^3$ | | — | | — | | — | | 12-6$^3$ | | $9^5$-4 | | 28 |
| Shirley | — | | — | | — | | — | | 12-6$^3$ | | $9^5$-5 | | $9^5$-6$^3$ | | 25 |
| Debie | 1-9$^3$ | | 9^5-5 | | 12$^3$-5$^3$ | | $9^5$-4 | | — | | — | | 12-6$^3$ | | 34 |
| Tiff | — | | 9-5$^3$ | | 10$^5$-5$^3$ | | 12-6$^3$ | | $9^5$-6$^3$ | | — | | — | | 26 |
| Rhonda | $9^5$-6 | | 9$^5$-2 | | — | | — | | — | | — | | — | | 20 |
| Liedy | 2-9$^3$ | | — | | — | | — | | — | | 12-6$^3$ | | — | | 14 |
| Karry | — | | $9^5$-4 | | — | | — | | — | | — | | — | | 7 |
| Amanda | 4-9$^3$ | | 12-6 | | 12$^3$-5$^3$ | | — | | — | | — | | — | | 16 |
| Deb | | | | | 10$^5$-5$^3$ | | | | | | | | | | 8 |
| Staffing Levels | 2 1 4 13 | | 2 1 6 13 | | 2 1 4 14 | | 2 1 3 12 | | 2 1 3 12 | | 2 1 4 13 | | 2 1 4 13 | | |
| Model Schedule | / / / | | / / / | | / / / | | / / / | | / / / | | / / / | | / / / | | |

# ZALE CORPORATION

SKU #10978522 (4/00)

Store # _____ 2708

Week Ending: _3_/_6_/_03_

Payroll Budget Hrs: _186_          Payroll Budget $'s: _1565_

Payroll Actual Hrs: _168_          Payroll Actual $'s: _1211_

Variance: _− 18_          Variance: _−354_

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 2/28/03 | | 3/1/03 | | 3/2/03 | | 3/3/03 | | 3/4/03 | | 3/5/03 | | 3/6/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
|  | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-6 | | 12³-9³ | | 10¹⁵-2⁵ | | 9¹⁵-5 | | 9⁵8 | | − | | 9⁵4³ | | |
| Gaynor | 9⁵-3³ | | 1-9³ | | 12³-5³ | | 12-6³ | | − | | 12-8 | | − | | 25 |
| Shirley | − | | 9⁵8 | | 10¹⁵-5 | | 9⁵-8 | | 12-6³ | | 9⁵-4 | | 26 |
| Debbie | 1-9³ | | 9⁵-5 | | | | 9¹⁵ | | 9⁵-5³ | | | | 9⁵-6³ | | 33 |
| Jeff | − | | − | | 10⁵-5³ | | 12-6³ | | 12-6³ | | 12-6³ | | 12-6³ | | 31 |
| Rhonda | − | | − | | − | | − | | 9⁵-6³ | | 9⁵-6³ | | − | | 18 |
| Judy | 1-9³ | | − | | − | | − | | − | | 9⁵-3 | | − | | 14 |
| Kathy | | | 9⁵-3 | | | | | | | | | | | | 6 |
| Amanda Deb | 4-9³ | | 11-4 | | 12³-5³ | | − | | − | | − | | − | | 15 |
| Staffing Levels | 2 / 4 / 3 | | 3 / 6 / 2 | | 2 / 4 / 4 | | 2 / 4 / 2 | | 3 / 4 / 2 | | 2 / 3 / 2 | | 3 / 4 / 2 | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

2/11/03

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _3 / 13 / 03_

Payroll Budget Hrs: _186_

Payroll Actual Hrs: _187_  +1 191

Variance: _+1 191_

Payroll Budget $'s: _1565_

Payroll Actual $'s: _1523_

Variance: _- 42_

| Employee Name | FRIDAY 3/7/03 | | SATURDAY 3/8/03 | | SUNDAY 3/9/03 | | MONDAY 3/10/03 | | TUESDAY 3/11/03 | | WEDNESDAY 3/12/03 | | THURSDAY 3/13/03 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 3/7/03 | | 3/8/03 | | 3/9/03 | | 3/10/03 | | 3/11/03 | | 3/12/03 | | 3/13/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | $9^5$-5 | | 8-6 | | — | | $9^5$-$6^3$ | | $9^5$-5 | | — | | $9^5$-5 | | |
| Gaynor | 1-$9^3$ | | 8-5 | | — | | — | | — | | 9-5 | | 9-5 | | 30 |
| Shirley | — | | 8-5 | | — | | $9^5$-$2^3$ | | 12-$6^3$ | | — | | $9^5$-$6^3$ | | 28 |
| Debie | $9^5$-3 | | 8-10 $3$-$9^3$ | | $12^3$-$5^3$ | | — | | — | | $9^{15}$-$6^3$ | | 12-$6^3$ | | 31 |
| Jiff | — | | 8-10 | | $10^{15}$-$5^3$ | | — | | — | | 12-$6^3$ | | 12-$6^3$ | | 22 |
| Rhonda | $9^5$-5 | | 8-10 $3$-$9^3$ | | $10^5$-$2^3$ | | $9^5$-$6^3$ | | $9^5$-$6^3$ | | — | | — | | 38 |
| Lady | 1-$9^3$ | | — | | — | | — | | — | | $9^{15}$-2 | | — | | 12 |
| Kathy | — | | 8-$5^3$ | | — | | — | | — | | — | | — | | 7 |
| Amanda | 4-$9^3$ | | 8-10 | | $12^3$-$5^3$ | | — | | — | | — | | — | | 12 |
| Deb | | | | | $10^{55}$ | | | | | | | | | | 7 |
| Staffing Levels | 3 15 13 | | 4 16 12 | | 3 15 14 | | 2 13 12 | | 2 13 12 | | 2 14 13 | | 3 15 13 | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

posted
2/28

## ZALE COF. ORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: __ 3 / 18 / 03 __
              3/20/03

183

Payroll Budget Hrs: _____ 186 _____

Payroll Actual Hrs: _____ 168 +24 _____

Variance: _____ 190 +18 _____

Payroll Budget $'s: _____ 1565 _____

Payroll Actual $'s: _____

Variance: _____

| Employee Name | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 3/14/03 | | 3/18/03 | | 3/16/03 | | 3/17/03 | | 3/18/03 | | 3/19/03 | | 3/20/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-6 | | 12³-9³ | | — | | 9⁰-5 | | 9⁵-6³ | | — | | 9⁵-5 | | |
| Shirley | 1-9³ | | 9⁵-2 | | 10⁵-5³ | | 9⁵-2 | | — | | — | | — | | 23 |
| Debbie | — | | 9⁵-6 | | 12³-5³ | | 12-6³ | | 9⁵-4³ | | — | | 9⁵-6³ | | 37 |
| Tiff | — | | 1-9³ | | 10⁵-5 | | — | | — | | 9⁵-6³ | | 12-6³ | | 21½ |
| Rhonda | 9⁵-5 | | — | | 10⁵-2³ | | 9⁵-6³ | | 9⁵-6³ | | 9⁵-6³ | | — | | 38½ |
| Lindy | 1-9³ | | — | | — | | — | | — | | 9⁵-2 | | 9⁵-2 | | 18 |
| Kathy | — | | 9⁵-4 | | — | | — | | — | | — | | — | | 7 |
| Amanda | 4-9³ | | 11-6 | | — | | — | | — | | — | | — | | 12 |
| Deb | — | | — | | 12-5³ | | — | | — | | — | | — | | 5 |
| Carol | 9⁵-3 | | 1-9³ | | — | | 12-6³ | | 12-6³ | | — | | — | | 24 |
| Staffing Levels | 1 | 1 | 1 | 1 | 1 | | 1 | | 1 | | 1 | 1 | 1 | 1 | |
| Model Schedule | 1 | 1 | 1 | 1 | 1 | | 1 | | 1 | | 1 | 1 | 1 | 1 | |

posted
3-13-03

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: __ 3 _ 27 _ 03 __

Payroll Budget Hrs: ____ 186. ____     Payroll Budget $'s: ____ 1595 ____

Payroll Actual Hrs: ____ 188 ____     Payroll Actual $'s: ____ 1787 ____

Variance: ____ +2 ____     Variance: ____ -108 ____

181.15

180.23

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 3 21 03 | | 31 22 03 | | 3 23 03 | | 3 24 03 | | 3 25 03 | | 3 26 03 | | 3 27 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ 9⁵ prepⁱ²ᵈ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵5 | | 9⁵6 | | — | | 9¹⁵5 | | 9⁵6³ | | | | 9⁵5³ | | |
| Shirley | — | | — | | — | | 9⁵2 | | 9⁵6³ | | 9⁵6³ | | — | | 23 |
| Debie | 9³ | | 12-9³ | | — | | 12-6³ | | 9⁵3³ | | | | 9⁵5³ | | 36 |
| Tiff | — | | 9⁵5 | | 10⁵5³ | | — | | | | 12-6³ | | 12-6³ | | 27 |
| Rhonda | 9⁵5 | | 12-2³ | | 10⁵2 | | 9⁵6³ | | — | | — | | 9⁵6³ | | 39 |
| Lindy | 1-9³ | | — | | — | | — | | | | 9⁵2 | | — | | 13 |
| Karly | | | — | | — | | — | | | | — | | — | | |
| Amanda | 4-9³ | | 11-6 | | 12³5³ | | | | | | | | | | 22 |
| Deb | 9⁵5 | | 5-9 | | 10⁵5³ | | — | | | | 9⁵5 | | — | | 28 |
| Staffing Levels | 3 5 13 | | 3 6 12 | | 3 4 13 | | 3 4 13 | | 3 3 12 | | 3 4 13 | | 3 4 13 | | |
| Model Schedule | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | |

posted
3-13-03

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2708_

Week Ending: _4_ / _3_ / _03_

(185.25)

Payroll Budget Hrs: _186_           Payroll Budget $'s: _1595_

Payroll Actual Hrs: _195_           Payroll Actual $'s: _1544_

Variance: _+9_                       Variance: _-51_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 3/28/03 | | 3/29/03 | | 3/30/03 | | 3/31/03 | | 4/1/03 | | 4/2/03 | | 4/3/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9⁵-5⁵ | | 9⁵-6 | | — | | 9⁵-5 | | 9⁵-5³ | | — | | 9⁵-5³ | | |
| Shirley | 9⁵-5 | | 9⁵-2 | | 10⁵-5³ | | — | | — | | 9¹⁵-5 | | 4-9³ | | 24 |
| Debie | 1-9³ | | 9⁵-12⁹³ | | 12-5⁵ | | — | | — | | 1-9³ | | 9⁵-5³ | | 32 |
| Jeff | — | | — | | — | | 12-6³ | | 1-9³ | | 1-9³ | | 1-9³ | | 30 |
| Rhonda | — | | 12⁹⁵-6 | | — | | 9⁵-6³ | | 9⁵-5 | | 2-9⁵ / 9⁵-5⁴ | | 9⁵-5³ | | 39 |
| Judy | 1-9³ | | — | | — | | — | | — | | — | | — | | 8 |
| Kerry | — | | 1-9³ | | — | | — | | — | | — | | — | | 8 |
| Amanda | 4-9³ | | 11-6 | | 12-5³ | | — | | — | | — | | — | | 17 |
| Carol | — | | — | | 10-5³ | | 9⁵-5 | | 1-9³ | | 9⁵-5 | | — | | 30 |
| Deb | — | | — | | 10⁵-5³ | | — | | — | | — | | — | | 7 |
| Staffing Levels | 2/4/3 | | 3/6/2 | | 3/4/3 | | 3/4/4 | | 2/4/2 | | 2/4/2 | | 3/4/2 | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

# ZALE CORPORATION
SKU #10978522 (4/00)

posted 3/25

193

Store # _2708_

Week Ending: _4 / 10 / 03_

Payroll Budget Hrs: _186_  43

Payroll Budget $'s: _1595_

Payroll Actual Hrs: _195_

Payroll Actual $'s: _1576_

Variance: _+ 9_

Variance: _-19_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 4 14 03 | | 4 15 03 | | 4 6 03 | | 4 7 03 | | 4 8 03 | | 4 9 03 | | 4 10 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-6 | | 12-9³ | | — | | 9⁵-5³ | | — | | 9¹⁵-5³ | | 9¹⁵-5³ | | |
| Shirley | 9¹⁵-5 | | — | | 12¹⁵-6³ | | — | | — | | Meeting | 56 | 4-9³ | | 23 |
| Delice | — | | — | | — | | 1-9³ | | 9¹⁵-5 | | 9⁵-5 | | 9¹⁵-5³¹ | | 32 |
| Jeff | | | | | 10⁵-5³ | | — | | 1-9³ | | 4-9³ | | 1-9³ | | 30 |
| Rhonda | 10-9³ | | 9¹⁵-5³¹ | | 10⁵-2³ | | — | | 1-9³ | | Meeting | 56 | 11-5³ | | 35 |
| Gaynor | | | 9¹⁵-5³ | | — | | 9¹⁵-5³ | | 9⁵-2 | | 1-9³ | | — | | 30 |
| Carol | | | 9⁵-3-9³ | | 12-6³ | | 1-9³ | | — | | Meeting | 56 | — | | 25 |
| Judy | 1-9³ | | — | | — | | — | | — | | Meeting | 56 | 9³ | | 13 |
| Amanda | — | | — | | — | | — | | — | | — | | — | | — |
| Larry | | | 2-9³ | 4-9 | | | | | | | | | | | 7 |
| Deb P. | — | | — | | — | | — | | — | | — | | — | | |
| Staffing Levels | / | | / | | / | | / | | / | | / | | / | | |
| Model Schedule | / | | / | | / | | / | | / | | / | | / | | |