# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _2208_

Week Ending: _4_ / _17_ / _03_

Payroll Budget Hrs: _186_    Payroll Budget $'s: _1595_

Payroll Actual Hrs: _208_ _216.75_    Payroll Actual $'s: _1661_

Variance: _+22_    Variance: _+66_

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 4/11/03 | | 4/12/03 | | 4/13/03 | | 4/14/03 | | 4/15/03 | | 4/16/03 | | 4/17/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Sue | 9¹⁵-6 | | 9¹⁵-6 | | – | | 9¹⁵-5³ | | 9¹⁵-5³ | | – | | 12-9³ | | |
| Shirley | 9¹⁵-5 | | – | | – | | – | | 2-9³ | | 9¹⁵-5 | | | | 22 |
| Debie | 1-9³ | | 9¹⁵-5 | | 12³-6³ | | – | | – | | – | | 9¹⁵-6 | | 29 |
| Tiff | – | | 1-9³ | | 12⁵-6³ | | 3-9³ | | – | | – | | 1-9³ | | 30 |
| Khonda | – | | – | | 10⁵-2³ | | 9¹⁵-5³ | | 9¹⁵-5³ | | 1-9³ 9³ | | 11-9³ | | 38 |
| Gaynor | – | | – | | – | | 9¹⁵-5³ | | 9¹⁵-3 | | 1-9¹⁵ | | 9¹⁵-3 | | 25 |
| Carol | – | | 1-9³ | | – | | 3-9³ | | 3-9³ | | – | | 9¹⁵-3 | | 27 |
| Leidy | 1-9³ | | – | | – | | – | | – | | 9³-9³ | | – | | 14 |
| Amanda | 4-9³ | | 12-6 | | 12³-6³ | | – | | – | | – | | – | | 17 |
| Kary | – | | 8-3 | | 10¹⁵-6³ | | – | | – | | – | | – | | 6 |
| Deb P. | | | | | | | | | | | | | | | |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

*EXHIBIT 3*

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____2708_____

Week Ending: __7 / 31 / 03__

413
427
863

Payroll Budget Hrs: _____     Payroll Budget $'s: _____

Payroll Actual Hrs: _____     Payroll Actual $'s: _____

Variance: _____     Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ole Play Topic | 7,25, | | 7,26, | | 7,27, | | 7,28, | | 7,29, | | 7,30, | | 7,3, | | |
| aily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| mployee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Jeanna    K | 915-730 | 10.25 | 915-5 | 7.75 | — | | 915-930 | 12.25 | 5-930 | 2-930 | 7.5 | 915-930 | 8.5 | 47.5 |
| Gaynor    K | — | | 930-930 | 16.75 | 1230-630 | 6 | 3-930 | 6.5 | 915-5 | 8.75 | 4-930 | | — | 615 | 32.25  33.50 |
| arey | 915-5 | 7.75 | — | | — | | 915-5 | 7.75 | 915-5 | 7.75 | 915-5 | 7.75 | 915-5 | 775 | 38.75 |
| Deb P    K | | | ~ | | 1015-630 | 8.25 | — | | 2-930 | 7.5 | 915-4 | 6.75 | — | | 22.5 |
| Deb H    K | 3-930 | 6.5 | | | | | — | | — | | 3-4 | 6.5 | — | | 13 |
| Valerie | 6-930 | 3.5 | — | | . | | 5-930 | 4.5 | — | | — | | — | | 8 |
| Wendy | 3-930 | 6.5 | 3-930 | 6.5 | | | | | | | | | 3-930 | 6.5 | 915 |
| Alice | — | | 915-5 | 7.75 | 1015-4 | 5.75 | — | | NSI | | — | | 3-930 | 6.5 | 26.5 |
| ffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| del Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |



ZALE CORPORATION
SKU #1097 (4400)

Store # 2708
Week Ending: 8/7/03

Payroll Budget Hrs: 175
Payroll Actual Hrs: 160.75
Variance: —

Payroll Budget $'s: 1595 —
Payroll Actual $'s: 1610.81
Variance: +15.61

| Role Flex Topic | FRIDAY | | | SATURDAY | | | SUNDAY | | | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Sales Plan | $ | | | $ | | | $ | | | $ | | | $ | | | $ | | | $ | | | TOTAL |
| Employee Name | 8/1/03 | | | 8/2/03 | | | 8/3/03 | | | 8/4/03 | | | 8/5/03 | | | 8/6/03 | | | 8/7/03 | | | |
| | SHIFT | HRS | | SHIFT | HRS | | SHIFT | HRS | | SHIFT | HRS | | SHIFT | HRS | | SHIFT | HRS | | SHIFT | HRS | | |
| Deanna K | 2 - 930 | 7.5 | | 6 - 930 | 3.5 | | — | | | 915 - 930 | 9 | | 915 - 5 | 7.5 | | 915 - 5 | 7.5 | | 8 - | 48.25 | | |
| Connor K | 915 - 5 | 8 | | 8/10 | 2 | | 105 - 30 | 6 | | 7.5 | | | 915 - 5 | 6.5 | | 2 - 930 | 7.5 | | | 39.75 | | |
| Cucy | 915 - | 4.78 | | 3 | 7 | | 105- 825 | | | 915 | 9.5 | | 915 - 4 | | | 915 - 4 | | | 675 | 33.35 | | |
| Alice K | | | | 6-10 | 3 | | — | | | 2 - 930 | | | — | | | 2 - 930 | 675 | | 10 - 6 | 34.5 | | |
| Deb P | — | | | 6-10 | 3 | | — | | | 5 - 930 | 4.5 | | 5 - 930 | 4.5 | | 10 - 6 | | | | 11 | | |
| Valerie | — | | | 8-10 3-1 3-10 | 2 | | — | | | 4 - 715 | 5.5 | | — | | | 3 - 930 | 6.5 | | 29.25 | | | |
| Arlen | 11 - 3 | 4 | | 3-10 | | | — | | | — | | | — | | | — | | | | 8.5 | | |
| Staffing Levels | | | | | | | | | | | | | | | | | | | | | | |

# ZALE CORPORATION
SKU #10970522 (4/00)

Store # __2708__

Week Ending: __8 / 14 / 03__

Payroll Budget Hrs: __175__        Payroll Budget $'s: __1595 —__

Payroll Actual Hrs: _____        Payroll Actual $'s: _____

Variance: _____        Variance: _____

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 8 , 8 , 03 | | 8 , 9 , 03 | | 8 , 10 , 03 | | 8 , 11 , 03 | | 8 , 12 , 03 | | 8 , 13 , 03 | | 8 , 14 , 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 9¹⁵-9³⁰ | .25 | 9¹⁵-5 | 7.75 | — | | 1 -9³⁰ | 8 | 9¹⁵-9³⁰ | .25 | — | | 1 -9³⁰ | 8.5 | 4.25 |
| Gaynor | 11 — 7 | 8 | 1 -9³⁰ | 8.5 | 12³⁰-6³⁰ | 6 | 2-9³⁰ | 7.5 | — | | V A C A T I O N | | | | 30. |
| Carey | 9¹⁵-6 | 8.75 | — | | — | | 9¹⁵-5 | 7.25 | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.15 | 39.75 |
| Alice | — | | — | | 10¹⁵-6³⁰ | 8.25 | — | | 9¹⁵-5 | 7.75 | 9¹⁵-6 | 8.75 | 2 -9³⁰ | 7.5 | 32.25 |
| Deb P | — | | 9¹⁵-5 | 7.75 | — | | 9¹⁵-3³⁰ | 6.25 | 2-9³⁰ | 7.5 | 2-9³⁰ | 7.5 | 9¹⁵-4 | 6.25 | 35.75 |
| Valerie | | | 2-9³⁰ | 7.5 | — | | — | | — | | 5 —9³⁰ | 4.5 | — | | 12 |
| Arlen | 3 -9³⁰ | 6.5 | 9¹⁵-5 | 7.75 | 10¹⁵-6³⁰ | 8.25 | 9¹⁵-3 | 5.75 | — | | — | | 2 — 8 | 6 | 34.25 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Staffing Levels | 2 , 2 , 3 | | 3 , 2 , 2 | | 2 , 3 , 3 | | 3 , 2 , 2 | | 3 , 2 , 2 | | 2 , 2 , 2 | | 2 , 3 , 2 | | |
| ... Schedule | 2 , 4 , 4 | | 3 , 5 , 3 | | 2 , 3 , 3 | | 2 , 3 , 3 | | 2 , 3 , 3 | | 2 , 3 , 3 | | 2 , 3 , 4 | | |

Case 3:04-cv-30152-MAP Document 32 Filed 01/31/2006 Page 6 of 25

**ZALE CORPORATION**

SKU #10978522 (4/00)

Store # _2708_

Week Ending: _8 / 21 / 03_

Payroll Budget Hrs: _175_     Payroll Budget $'s: _1,595_

Payroll Actual Hrs: _132_     Payroll Actual $'s: _1158.38_

Variance: _〈437〉_     Variance: _〈-436.62〉_

Handwritten notes (right margin):
Carey 35.75
Alice 31   22.75 + 8.25
Gaynor 38.75   14.75 + 24 vac
Arlen 30.25   22 + 8.25
Val 11.75
Deb 2.75

| Employee Name | FRIDAY 8/15/03 SHIFT | HRS | SATURDAY 8/16/03 SHIFT | HRS | SUNDAY 8/17/03 SHIFT | HRS | MONDAY 8/18/03 SHIFT | HRS | TUESDAY 8/19/03 SHIFT | HRS | WEDNESDAY 8/20/03 SHIFT | HRS | THURSDAY 8/21/03 SHIFT | HRS | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Deanna | 3 - 9³⁰ | 6.5 | 11⁰⁰-9³⁰ | 10.50 | — | | 9¹⁵-9³⁰ | 12.25 | 9¹⁵-9³⁰ | 2.25 | 5-9³⁰ | 4.5 | 1 - 9³⁰ | 8.5 | 54.5 |
| Gaynor | V A | | C A T | I | O N | | | | | | 2-9³⁰ | 7.5 | 9¹⁵-5 | 7.75 | 15.25+24 |
| Carey | 9¹⁵-5 | 7.75 | — | | | | 9¹⁵-5 | 7.75 | 9¹⁵-6 | 8.15 | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.75 | 39.75 |
| Alice | 9¹⁵-5 | 7.75 | — | | 10¹⁵-6³⁰ | 8.25 | — | | | | 9¹⁵-5 | 7.75 | 2-9³⁰ | 7.5 | 31.25 |
| Deb | — | | 9¹⁵-12 | 2.75 | — | | | | | | | | | | 2.75 |
| Valerie | — | | 2-9³⁰ | 7.5 | | | | | 5-9³⁰ | 4.5 | — | | — | | 12 |
| Arlen | 2-9³⁰ | 7.5 | 9¹⁵-5 | 7.75 | 10¹⁵-6³⁰ | 8.25 | 2-9³⁰ | 7.5 | | | | | | | 31 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

ZALE CORPORATION

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __8__ / __28__ / __03__

Payroll Budget Hrs: __175__     Payroll Budget $'s: __1595__

Payroll Actual Hrs: __123.75__     Payroll Actual $'s: __1165.68__

Variance: __-51.25__     Variance: __-439.32__

| Employee Name | FRIDAY SHIFT | HRS | SATURDAY SHIFT | HRS | SUNDAY SHIFT | HRS | MONDAY SHIFT | HRS | TUESDAY SHIFT | HRS | WEDNESDAY SHIFT | HRS | THURSDAY SHIFT | HRS | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 8/22/03 | | 8/23/03 | | 8/24/03 | | 8/25/03 | | 8/26/03 | | 8/27/03 | | 8/28/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Deanna | 9¹⁵ - 2 | 6.5 | 9¹⁵ - 9³⁰ | 12²⁰ | — | | 9¹⁵ - 9³⁰ | 12²⁵ | 9¹⁵ - 9³⁰ | 12²⁵ | 9¹⁵ - 9³⁰ | 12²⁵ | 5 - 9³⁰ | 4.5 | 60 |
| Gaynor | 2 - 9³⁰ | 7.5 | 9¹⁵ - 1 | 3.5 | 12³⁰ - 6³⁰ | 6 | — | | — | | 1 - 9³⁰ | 8.5 | 9¹⁵ - 5 | 7.75 | 33.25 |
| Carey | 9¹⁵ - 5 | 7.75 | 1 - 3 | 2 | | | 2 - 9³⁰ | 7.5 | 2 - 9³⁰ | 7.5 | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 5 | 7.75 | 40.25 |
| Alice | 3 - 9³⁰ | | — | | 10¹⁵ - 6³⁰ | 8.25 | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 5 | 7.75 | — | | 2 - 9³⁰ | 7.5 | 37 |
| Deb | | | | | | | | | | | | | | | 0 |
| Valerie | — | | 2 - 9³⁰ | 7.5 | 10¹⁵ - 4 | 5.75 | — | | — | | — | | — | | 13.25 |
| Arlen | | | | | | | | | | | | | | | 0 |
| Jeanne | — | | — | | — | | — | | 4⁰⁰ - 9³⁰ | 5.5 | 4 - 9³⁰ | 5.5 | — | | 11 |
| Catherine | — | | — | | — | | — | | 9¹⁵ - 1³⁰ | | | | — | | |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

# ZALE CORPORATION
SKU #10978522 (4/00)

Store # ___2708___

Week Ending: __9__ / __4__ / __03__

Payroll Budget Hrs: ___175___          Payroll Budget $'s: ___1595___

Payroll Actual Hrs: ___153.75___       Payroll Actual $'s: ___1462.35___

Variance: ___{-21.25}___               Variance: ___{-132.65}___

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 8/29/03 | | 8/30/03 | | 8/31/03 | | 9/1/03 | | 9/2/03 | | 9/3/03 | | 9/4/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 915 – 6 | 8.75 | 915 – 930 | 12.25 | 915 – 3 | 4.75 | 915 – 930 | 12.25 | 915 – 3 / 5 – 930 | 9.25 | — | | 12 – 930 | 7.5 | 54.75 |
| Gaynor | 2 – 930 | 7.5 | 915 – 6 | 8.75 | 1230 – 630 | 6 | 915 – 3 | 5.5 | — | | 915 – 4 | 6.75 | | | 34.50 |
| Carey | 915 – 6 | 8.75 | — | | — | | — | | 1 – 930 | 8.5 | 2 – 930 | 7.5 | | 9.25 | 34 |
| Alice | — | | — | | 915 – 630 | 8.25 | 2 – 930 | 7.5 | 915 – 5 | 7.75 | 915 – 6 | 8.75 | 915 – 3 | 5.75 | 37 |
| Deb | 530 – 930 | 4 | — | | — | | — | | — | | — | | — | | 4 |
| Valerie | — | | 2 – 930 | 7.5 | — | | — | | — | | 5 – 930 | 4.5 | — | | 12 |
| Arlen | | | | | | | | | | 1 | 4 – 930 | 5.5 | | | 5.5 |
| | — | | — | | — | | — | | — | | — | | — | | |
| Catherine | 915 – 130 | 4.25 | — | | — | | 915 – 130 | 4.25 | 915 – 130 | 4.25 | — | | 915 – 4 | | 12.75 |
| Staffing Levels | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |
| Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

518
221
0928

Store # 2700

Week Ending: 9 / 11 / 03

Payroll Budget Hrs: 175
Payroll Actual Hrs: 174
Variance: <-1>

Payroll Budget $s: 1595
Payroll Actual $s: 1583.25
Variance: <11.757>

800 937-9882

8-430 EST
1=

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9 / 5 / 03 | | 9 / 6 / 03 | | 9 / 7 / 03 | | 9 / 8 / 03 | | 9 / 9 / 03 | | 9 / 10 / 03 | | 9 / 11 / 03 | | |
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 915-930 | 8.25 | 915-6 | 8.75 | — | | -930 | 8.5 | [illegible] | 8.75 | — | | 1-630 | 8.5 | 49.25 |
| Gaynor | 10-6.5 (struck) | 6 | 2-930 | 7.5 | — | | 9:15-5 | 7.75 | [illegible] | | 8.5-4 | 8.75 | 915-4 | 6.75 | 36.75 |
| Carey | 9:15 (struck) | 7.75 | — | | — | | [illegible] | 6.5 | [illegible] | | [illegible] | 7.5 | [illegible] | 7.75 | 37.25 |
| Alice | — | | — | | 1015-630 | 8.75 | [illegible] | 7.75 | 2-930 | 7.5 | 915-4 (struck) | 6.75 | 915-6 | 7 | 37.75 |
| Catherine | 915-2 | 4.75 | — | | — | | 1-930 | 8.5 | 915-5 | 7.75 | — | | 2-930 | 7.5 | 19.75 |
| Deb | — | | — | | 1015-630 | 8.75 | — | | — | | — | | — | | 8.75 |
| Valerie | — | | 2-930 | 7.5 | — | | — | | — | | 530-930 | 4 | — | | 11.5 |
| Arlen | 5-930 | 5.5 | 915-3 | 5.75 | 12-630 | 6.5 | — | | 5-930 | 4.5 | — | | — | | 22.25 |
| | | | | | | | | | | | | | | | |
| Staffing Levels | | | | | | | | | | | | | | | |

# ZALE COF )RATION
SKU #10978522 (4/00)

Store # __2708__

Week Ending: __9 / 18 / 03__

Payroll Budget Hrs: __175__        Payroll Budget $'s: __1595__

Payroll Actual Hrs: __166.50__        Payroll Actual $'s: __1518.83__

Variance: __⟨8.5⟩__        Variance: __⟨76.17⟩__

*Handwritten notes (top left):* GAYNOR  Signatures  DFB

*Handwritten notes (top right):*
missy → 12:30
- Sandra 1pm
sort→ Sarah 9/16 1-1²⁰
- Shelley 2pm

| Employee Name | FRIDAY 9/12/03 | | SATURDAY 9/13/03 | | SUNDAY 9/14/03 | | MONDAY 9/15/03 | | TUESDAY 9/16/03 | | WEDNESDAY 9/17/03 | | THURSDAY 9/18/03 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 10-9³⁰ | 11.5 | 9¹⁵-9³⁰ | 12.25 | — | | 1-9³⁰ | 8.5 | 9¹⁵-5 | 7.75 | — | | 1-9³⁰ | 8.5 | 48.5 |
| Gaynor | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.75 | — | | — | | 9¹⁵-4 | 6.75 | 2-9³⁰ | 7.5 | 9¹⁵-4 | 6.75 | 36.5 |
| Carey | | | | | | | | | ~ill | | 2-9³⁰ | 7.5 | 9¹⁵-5 | 7.75 | 15.25 |
| Alice | 9¹⁵-4 | 6.75 | — | | 10¹⁵-6³⁰ | 8.75 | 9¹⁵-5 | 7.75 | 2-9³⁰ | 7.5 | 9¹⁵-4 | 6.75 | — | | 38.5 |
| Catherine | — | | 2-9³⁰ | 7.5 | 12-6³⁰ | 6.5 | 9¹⁵-6 | 8.75 | · — | | 9¹⁵-6 | 8.75 | 1-9³⁰ | 8.5 | 40 |
| Deb | 5-9³⁰ | 4.5 | — | | — | | — | | — | | — | | — | | 4.5 |
| Valerie | — | | 2-9³⁰ | 7.5 | — | | 5-9³⁰ | 4.5 | — | | — | | — | | 12 |
| Arlen | 4-9³⁰ | 5.5 | — | | 10¹⁵-6³⁰ | 8.75 | — | | 4-9³⁰ | 5.5 | — | | — | | 19.75 |
| | | | | | | | | | | | | | | | |
| Staffing Levels | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

Role Play Topic

Daily Sales Plan $ $ $ $ $ $ $

# ZALE CORPORATION

SKU #10976522 (4/00)

Store # _____ 2708 _____

Week Ending: __ 9 / 25 / 03 __

*DEB & Gaynor need to sign*

Payroll Budget Hrs: __ 175 __          Payroll Budget $'s: __ 1595 __

Payroll Actual Hrs: __ 153.50 __       Payroll Actual $'s: __ 1423.69 __

Variance: __ <21.50> __                Variance: __ <171.31> __

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 9/19/03 | | 9/20/03 | | 9/21/03 | | 9/22/03 | | 9/23/03 | | 9/24/03 | | 9/25/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 10 - 9³⁰ | 11.5 | 9¹⁵ - 9³⁰ | 12.25 | — | | 1 - 9³⁰ | 8.5 | 9¹⁵ - 6 | 8.75 | 3 — 9³⁰ | 6.5 | 9¹⁵ - 7³⁰ | 8.5 | 49.50 |
| Gaynor | 9¹⁵ - 4 | 6.75 | — | | 12³⁰ - 6³⁰ | 6 | 9¹⁵ - 5 | 7.75 | — | | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 5 | 7.75 | 35.75 |
| Carey | 9¹⁵ - 5 | 7.75 | — | | | | 9¹⁵ - 4 | 6.75 | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 5 | 7.75 | 37.75 |
| Catherine | — | | 1 - 9³⁰ | 8.5 | 10¹⁵ - 6³⁰ | 8.75 | 9¹⁵ — 1 | | 2 - 9³⁰ | 7.5 | 9¹⁵ - 5 | 7.75 | 2 — 9³⁰ | 7.5 | 40 |
| Deb | 5 - 9³⁰ | 4.5 | — | | 10¹⁵ - 6³⁰ | 8.75 | — | | — | | — | | — | | 13.25 |
| Valerie | — | | — | | | | | | 5 — 9³⁰ | 4.5 | 5 - 9³⁰ | 4.5 | — | | 9 |
| Arlen | 4 - 9³⁰ | 5.5 | 9¹⁵ - 4 | 6.75 | | | 4 — 9³⁰ | 5.5 | — | | — | | 4 — 9³⁰ | | 17.75 |
| Dorothy | | | 9¹⁵ - 5 | 7.75 | ~ | | — | | 9¹⁵ - 4 | 6.75 | — | | 9¹⁵ - 4 | 6.75 | 21.50 |
| Shelley | | | | | | | 1 - 3 | 2 | 1 - 3 | 2 | | | 1 - 3 | 2 | |
| Staffing Levels | / | | / | | / | | / | | / | | / | | / | | |

ZALE CORPORATION
SKU #10978522 (4/00)

Store # _____ 2708 _____

Week Ending: _____ 10 / 2 / 03 _____

Payroll Budget Hrs: _____ 175 _____    Payroll Budget $'s: _____ 1595 _____

Payroll Actual Hrs: _____ 154 _____    Payroll Actual $'s: _____ 1333.53 _____

Variance: _____ ⟨ 21. ⟩ _____    Variance: _____ ⟨ 261.47 ⟩ _____



206.53

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 9 , 26 , 03 | | 9 , 27 , 03 | | 9 , 28 , 03 | | 9 , 29 , 03 | | 9 , 30 , 03 | | 10 , 1 , 03 | | 10 , 2 , 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | 57 |
| Deanna | 9¹⁵-5 | 7.75 | 9¹⁵ - 5 | 7.75 | — | | 9¹⁵ - 9³⁰ | 2.25 | 9¹⁵ - 3 | 5.75 | 10 - 9³⁰ | 11.5 | 9¹⁵ - 9³⁰ | 2.25 | 60 |
| Gaynor | 9¹⁵ - 6 | 8.25 | — | | | | V A C A T I O N | | | | | | — | | 8.75 |
| Catherine | — | | VACATION | | 3 10¹⁵ , 30 7.75 | | 9¹⁵ - 6 | 8.75 | 2 - 9³⁰ | 7.5 | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 5 | 7.75 | 40.50 |
| Deb | 5 - 9³⁰ | 4.5 | — | | 10¹⁵ , 30 2.75 | | — | | — | | — | | — | | 13.25 |
| Valerie | — | | 2 - 9³⁰ | 7.5 | — | | — | | — | | — | | 6 - 9³⁰ | 3.5 | 11 |
| Arken | 4 - 9³⁰ | 5.5 | 9¹⁵ - 1 | 3.75 | 10¹⁵ - 6³⁰ | 8.75 | — | | 4 - 9³⁰ | 5.5 | — | | — | | 23.50 |
| Dorothy | — | | 9¹⁵ - 1 | 3.75 | — | | — | | 9¹⁵ - 3 | 5.75 | 9¹⁵ - 12³⁰ | 3.25 | — | | 23 |
| Shelley | — | | — | | — | | 1 - 9³⁰ | 8.5 | 1 - 9³⁰ | 8.5 | 1 - 9³⁰ 10PM | 8.5 | 1 - 9³⁰ | 8.5 | 34 |
| | | | | | | | | | | | | | | | |
| Staffing Levels | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __10 / 9 / 03__

Payroll Budget Hrs: __175__    Payroll Budget $'s: __1595__

Payroll Actual Hrs: __169.25__    Payroll Actual $'s: __1503.50__

Variance: __-5.75__    Variance: __-91.50__

*we were here until ↑ 9:45*

| Employee Name | FRIDAY 10/03/03 | | SATURDAY 10/04/03 | | SUNDAY 10/05/03 | | MONDAY 10/06/03 | | TUESDAY 10/07/03 | | WEDNESDAY 10/08/03 | | THURSDAY 10/09/03 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 9¹⁵-9³⁰ | 12.25 | 9¹⁵-1 | 3.75 | — | | 9¹⁵-9³⁰ | 12.25 | 9¹⁵-6 | 8.25 | — | | 1-9³⁰ | 8.5 | 45.5 |
| Gaynor | — | | — | | — | | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.75 | 9¹⁵-5 | 7.75 | 31+7 hrs VAC |
| Catherine | 9¹⁵-5 | 7.75 | 1-9³⁰ | 8.5 | — | | — | | 2-9³⁰ | 8.5 | 1¹⁰⁰-9³⁰ | 8.5 | 9¹⁵-5 | 7.75 | 40.5 |
| Shelley | 2-9³⁰ | 7.5 | 9¹⁵-5 | 7.75 | — | | 1-9³⁰ | 8.5 | — | | 1-9³⁰ | 8.5 | 2-9³⁰ | 7.5 | 39.75 |
| Deb | 5³⁰-9³⁰ | 4 | — | | 10¹⁵-6³⁰ | 8.75 | — | | — | | — | | — | | 8.75 |
| Valerie | — | | 2-9³⁰ | | — | | — | | — | | — | | 6-9³⁰ | 3.5 | 11 |
| Arlen | 4-9³⁰ | 5.5 | — | | 10¹⁵-6³⁰ | 8.75 | — | | — | | — | | — | | 14.25 |
| Dorothy | — | | 9¹⁵-5 | 7.75 | 1-6³⁰ | 5.5 | — | | 2-9³⁰ | 3.5 | 9¹⁵-12³⁰ | 3.25 | — | | 24 |
| | | | | | | | | | *we were here until 10:15 pm* | | *I came in at 1:00, VS 12:30* | | | | |
| Staffing Levels | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |
| Model Schedule | / / | | / / | | / / | | / / | | / / | | / / | | / / | | |

SKU 11997B322 (4/00)

**Store #** __2708__

**Week Ending:** __10 / 16 / 03__

| | |
|---|---|
| **Payroll Budget Hrs:** __175__ | **Payroll Budget $'s:** __1595__ |
| **Payroll Actual Hrs:** __168__ | **Payroll Actual $'s:** __1487.13__ |
| **Variance:** __⟨7⟩__ | **Variance:** __⟨107.87⟩__ |

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | **TOTAL** |
| Role Play Topic | 10/10/03 | | 10/11/03 | | 10/12/03 | | 10/13/03 | | 10/14/03 | | 10/15/03 | | 10/16/03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ | | $ | | $ | | |
| **Employee Name** | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 9¹⁵-6³⁰ | 12.25 | 9¹⁵-6 | 8.75 | — | | Manager's Meeting | | Tuesday | — | Philly | | 8-9³⁰ | 9.5 | |
| Gaynor | — | | 3-9³⁰ | 6.5 | | | 9¹⁵-4 | 6.75 | 9¹⁵-4 | 6.15 | 9¹⁵-4 | 6.75 | 9¹⁵-4 | 6.75 | 33.5 |
| Catherine | 9¹⁵-5 | 7.75 | 2-9³⁰ | 7.5 | 10¹⁵-6³⁰ | 8.20 | 9¹⁵-5 | 7.75 | — | | 9¹⁵-6 | 8.75 | — | | 40 |
| Shelley | — | | 9¹⁵-5 | 7.75 | | | 2-9³⁰ | 7.5 | 2-9³⁰ | 7.5 | 1-9³⁰ | 8.5 | 1-9³⁰ | 8.5 | 39.75 |
| Deb | 5³⁰-9³⁰ | 4.0 | — | | — | | — | | — | | — | | — | | 4 |
| Valerie | — | | — | | — | | — | | 5-9³⁰ | 4.5 | 5-9³⁰ | 4.5 | | | 9 |
| Arlen | 4-9³⁰ | 5.5 | — | | 10¹⁵-6³⁰ | 8.25 | 4-9³⁰ | 5.5 | — | | — | | — | | 19.25 |
| Dorothy | — | | 1-8 | 7 | 1³⁰-6³⁰ | 5.5 | — | | 9¹⁵-5 for coverage | 6.75 | — | | 9¹⁵-12³⁰ | 3.25 | 22.5 23.5 |
| | | | | | | | | | | | | | | | |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

**ZALE CORPORATION**
SKU #10978522 (4/00)

Store # _____2708_____

Week Ending: __10_/_23_/_03__

Payroll Budget Hrs: ___175___          Payroll Budget $'s: ___1595___

Payroll Actual Hrs: ___163___          Payroll Actual $'s: ___1489.75___

Variance: ___〈12〉___              Variance: ___〈105.25〉___

| | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 10 / 17 / 03 | | 10 / 18 / 03 | | 10 / 19 / 03 | | 10 / 20 / 03 | | 10 / 21 / 03 | | 10 / 22 / 03 | | 10 / 23 / 03 | | |
| Daily Sales Plan | $ | | $ | | $ | | $ | | $ 3pm Jessica | | $ | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna      K | 9¹⁵ - 8³⁰ | 10.5 | 8 - 4 | 8 | — | | 9¹⁵ - 6 | 8.75 | 9¹⁵ - 5 | 7.75 | — | | 1 - 9³⁰ | 8.5 | 48.75 |
| Gaynor      K | 9¹⁵ - 4 | 6.75 | 8 - 3 | 7 | — | | - | | 9¹⁵ — 4 | 6.75 | 9¹⁵ - 4 | 6.75 | 9¹⁵ - 4 | 6.25 | 34 |
| Catherine   K | 2 - 9³⁰ | 7.5 | 8-10 3-9³⁰ | 8.5 | — | | 2 - 9³⁰ | 7.5 | — | | 12³⁰ - 9³⁰ | 9 | 9¹⁵ - 5 | 7.75 | 40.2 |
| Shelley     K | — | | 8-10 3-9³⁰ | 8.5 | 1 - 6³⁰ | 5.5 | — | | 2 - 9³⁰ | 7.5 | 2 - 9³⁰ | 7.5 | 2 - 9³⁰ | 7.5 | 36.5 |
| Dorothy | 5 - 9³⁰ | 4.5 | 8-10 5-9³⁰ | 7 | — | | 9¹⁵ — 5 | 7.75 | - | | 9¹⁵ - 9³⁰ | | — | | 19.25 |
| Arlen | 4 - 9³⁰ | 5.5 | 8 — 10 | 2 | 10¹⁵ - 6³⁰ | 8.25 | - | | — | | — | | — | | 15.75 |
| Valerie | — | | — | | — | | 5 - 9³⁰ | | 5 - 9³⁰ | 4.5 | — | | | | 9 |
| Deb | — | | - | | 10¹⁵ - 6³⁰ | 8.25 | — | | — | | — | | — | | 8.25 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |

Store # ___2708___

Week Ending: __10 / 30 / 03__

Payroll Budget Hrs: ___175___    Payroll Budget $'s: ___1595___

Payroll Actual Hrs: ___161___    Payroll Actual $'s: ___1411.54___

Variance: ___<-14>___    Variance: ___<-183.46>___

*E250 Meeting*

*Merch Meeting*

| Selling with Features & Benefits | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 10/24/03 | | 10/25/03 | | 10/26/03 | | 10/27/03 | | 10/28/03 | | 10/29/03 | | 10/30/03 | | |
| Daily Sales Plan | $ 2739 | | $ 5016 | | $ 2832 | | $ 2363 | | $ 1571 | | $ 1342 | | $ 2616 | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 915-5 | | owed day off | | — | | 915-930 | 12.25 | 915-930 | 8.5 | — | | 12-930 | 8.5 | 48 |
| Gaynor | | | | | | | | | 915-5 | 7.75 | 915-5 | 7.75 | 915-5 | 7.75 23.25 21.25 | 31.25 |
| Catherine | 915-5 | 7.75 | 915-6 | 8.75 | 12-630 | 6.5 | 915-6 | 8.75 | — | | 915-5 | 7.75 | — | | 39.5 38 |
| Shelley | 2-930 | 7.5 | 1-930 | 8.5 | 1015-630 | 8.25 | — | | — | | 2-930 | 7.5 | 2-930 | 7.5 | 39.25 38.25 |
| Dorothy | — | | 1-930 | 8.5 | — | | — | | 1-930 | 8.5 | — | | 915-1230 | 3.25 14.5 | 20.50 |
| Arlen | 4-930 | 5.5 | — | | 1015-630 | 8.25 | 4-930 | 5.5 | — | | — | | — | | 19.25 19.5 |
| Valerie | — | | — | | — | | — | | — | | 5-930 | 4.5 | — | | 18 4.75 |
| Deb | 5-930 | 4.5 | 915-1 | 3.75 | — | | — | | — | | — | | — | | 4.5 8 |
| | | | | | | | | | | | | | | | |
| Staffing Levels | 2,3,4 | | 2,4,2 | | 2,3,3 | | 2,2,2 | | 2,3,2 | | 2,3,2 | | 2,3,2 | | |
| Model Schedule | 2,4,4 | | 3,5,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,4 | | |

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __11__ / __6__ / __03__

| | |
|---|---|
| Payroll Budget Hrs: __175__ | Payroll Budget $'s: __1595__ |
| Payroll Actual Hrs: __169.50__ | Payroll Actual $'s: __1501.52__ |
| Variance: __<-5.5>__ | Variance: __<-93.48>__ |

Don't have Nov. Sales Action Yet

| Employee Name | FRIDAY SHIFT | HRS | SATURDAY Customer Apprec. DAY SHIFT | HRS | SUNDAY SHIFT | HRS | MONDAY SHIFT | HRS | TUESDAY SHIFT | HRS | WEDNESDAY SHIFT | HRS | THURSDAY SHIFT | HRS | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e Play Topic | 10/31/03 | | 11/1/03 | | 11/2/03 | | 11/3/03 | | 11/4/03 | | 11/5/03 | | 11/6/03 | | |
| ly Sales Plan | $ 1774 | | $ | | $ | | $ | | $ | | $ | | $ | | |
| Joanna | 915 - 5 | 7.75 | 915 - 930 | 9.25 | — | | 915 - 930 | 12.25 | — | | 915 - 5 | 7.75 | 1 - 930 | 8.5 | 48.50 |
| Traynor | 915 - 2 | 4.75 | — | | 12.30 - 6.30 | 6.0 | 915 - 5 | 7.75 | 915 - 4 | 6.75 | — | | 915 - 4 | 6.75 | 32.00  30.25 |
| Catherine | — | | 1 - 930 | 8.5 | 10.15 - 5 | 6.75 | — | | 2 - 930 | 7.5 | 915 - 6 | 8.75 | 915 - 5 | 7.75 | 39.25  38 |
| Shelley | 1 - 930 | 8.5 | 2 - 930 | 7.5 | | | 2 - 930 | 7.5 | — | | 2 - 930 | 7.5 | 2 - 930 | 7.5 | 38.75  37.5 |
| Dorothy | 5 - 930 | 4.5 | 915 - 5 | 7.75 | — | | — | | 915 - 5 | 7.75 | — | | — | | 19.75  17.5 |
| Arlen | 4 - 930 | 5.5 | 4 - 930 | 5.5 | 10.15 - 6.30 | 8.25 | 4 - 930 | 5.5 | — | | — | | — | | 24.75  24.75 |
| Valerie | — | | — | | — | | — | | 5 - 930 | 4.5 | 5 - 930 | 4.5 | — | | 9  8.5 |
| Deb | — | | 11 - 5 | 6 | — | | — | | — | | — | | — | | 6  5.25 |
| Todd | — | | — | | — | | 3 - 7 | | — | | — | | — | | 5.25 |
| Staffing Levels | 2, 2, 3 | | 2, 4, 4 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 2 | | 2, 3, 2 | | 2, 4, 2 | | |
| Model Schedule | 2, 4, 4 | | 3, 5, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | |

Terri    (915 - 2 - )(1 - 1.30)

Store # ___2708___

Week Ending: __11__ / __13__ / __03__

| | |
|---|---|
| Payroll Budget Hrs: ___175___ | Payroll Budget $'s: ___1595___ |
| Payroll Actual Hrs: ___187.25___ | Payroll Actual $'s: ___1664.85___ |
| Variance: ___+12.25___ | Variance: ___+69.85___ |

| Employee Name | FRIDAY 11,7,03 SHIFT | HRS | SATURDAY 11,8,03 SHIFT | HRS | SUNDAY 11,9,03 SHIFT | HRS | MONDAY 11,10,03 SHIFT | HRS | TUESDAY 11,11,03 SHIFT | HRS | WEDNESDAY 11,12,03 SHIFT | HRS | THURSDAY 11,13,03 SHIFT | HRS | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | | | | | | | | | | | | | | | |
| Daily Sales Plan | $ 3243 | | $ 6349 | | $ 4439 | | $ 3426 | | $ 2375 | | $ 2375 | | $ 2695 | | |
| Deanna | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 6 | 8.75 | V | A | C | A | T | I | O | N | | | — |
| Gaynor | — | | 9¹⁵ - 5 | 7.75 | — | | 9¹⁵ - 5 | 7.75 | 9¹⁵ - 3 | 5.75 | 2 - 9³⁰ | 7.5 | 9¹⁵ - 5 | 7.75 | 36.5 |
| Catherine | 2 - 9³⁰ | 7.5 | 3 - 9³⁰ | 7.5 | 1 - 5 | 4 | 12³⁰ - 9³⁰ | 9 | 3 - 9³⁰ | 7.5 | 9¹⁵ - 3 | 7.75 | — | | 39.25 |
| Shelley | 9¹⁵ - 5 | 7.75 | — | | 10¹⁵ - 6³⁰ | 8.75 | — | | 2 - 9³⁰ | 7.5 | 9¹⁵ - 5 | 7.75 | 12³⁰ - 9³⁰ | 9 | 40.25 |
| Dorothy | — | | 5 - 9³⁰ | 4.5 | — | | 9¹⁵ - 12³⁰ | 3.25 | 9¹⁵ - 5 | 7.75 | — | | 9¹⁵ - 12³⁰ | 3.25 | 25.25 |
| Arlen | 4 - 9³⁰ | 5.5 | — | | 10¹⁵ - 6³⁰ | 8.25 | 4 - 9³⁰ | 5.5 | — | | — | | 4 - 9³⁰ | 5.5 | 24.75 |
| Valerie | 5 - 9³⁰ | | 1 - 8 | 7 | — | | — | | — | | 5 - 9³⁰ | 4.5 | — | | 11.5 |
| Todd | 4 - 8 | 4 | — | | — | | — | | — | | — | | — | | 4 |
| DaniLuz | — | | 9¹⁵ — | | — | | — | | — | | — | | — | | |
| Staffing Levels | 2, 3, 2 | | 2, 4, 2 | | 3, 4, 3 | | 2, 2, 2 | | 2, 3, 2 | | 2, 3, 2 | | 2, 2, 2 | | |
| Model Schedule | 2, 4, 4 | | 3, 5, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 4 | | |

ZL 10477 (2/99)

Store # ___2708___

Week Ending: __11_/_20_/_03__

Payroll Budget Hrs: __175__      Payroll Budget $'s: __1595__

Payroll Actual Hrs: __181,50__   Payroll Actual $'s: __1605.46__

Variance: __+6.5__               Variance: __+10.46__

171

1454

Employee Night 6-8pm

| Employee Name | FRIDAY 11,14,03 | | SATURDAY 11,15,03 | | SUNDAY 11,16,03 | | MONDAY 11,17,03 | | TUESDAY 11,18,03 | | WEDNESDAY 11,19,03 | | THURSDAY 11,20,03 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Role Play Topic | Selling | | with | | Credit | | | | | | | | | | |
| Daily Sales Plan | $ 3042 | | $ 6075 | | $ 3435 | | $ 1946 | | $ 2037 | | $ 2412 | | $ 2149 | | |
| Deanna | | | | | — | | 915-930 | 12.25 | 915-8 | 5.25 | 915-5 | 7.75 | 10³⁰-930 | 8.5 | 34.25 |
| Gaynor | 915-4 | 6.75 | 1-930 | 8.5 | — | | — | | 915-5 | 7.75 | 915-5 | 7.75 | — | | 30.75 |
| Catherine | 915-5 | 7.75 | 2-930 | 7.5 | | | 915-5 | 7.75 | — | | 2-930 | 7.5 | 2-930 | 5 | 36 |
| Shelley | 2-930 | 7.5 | 915-5 | 7.75 | | | 2-930 | 7.5 | 3-930 | | 3-930 | 6.5 | 915-5 | 7.75 | 37 |
| Dorothy | — | | 12-6 | 6 | — | | | | 2-9³⁰ | 7.5 | | | 915-12³⁰ | 3.25 | 16.75 |
| Arlen | 4-930 | 5.5 | 915-2 | 4.75 | 10¹⁵-4 | 5.75 | 4-930 | 5.5 | | | | | — | | 22.25 |
| Valerie | — | | — | | 1-8³⁰ | 7.5 | — | | 4-8³⁰ | 4.5 | 5-930 | | — | | 12 |
| Deb | | | — | | 10¹⁵-8³⁰ | 10.25 | | | | | | | | | 10.25 |
| Todd | 5-930 | 4.5 | — | | — | | — | | — | | — | | — | | 4.5 |
| Sanluz | 11-4 | 5 | — | 5 | — | 5 | — | | — | | 1-6 | | — | | 10 |
| ffing Levels | 2,3,3 | | 3,4,2 | | 2,4,3 | | 2,3,3 | | 2,3,2 | | 2,4,2 | | 2,3,2 | | |
| Model Schedule | 2,4,4 | | 3,5,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,4 | | |

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __11_/_27_/_03__

Payroll Budget Hrs: __175__     Payroll Budget $'s: __1595__

Payroll Actual Hrs: __176__     Payroll Actual $'s: __1564.62__

Variance: __+1__     Variance: __-30.38__

| Selling Outlet Value | FRIDAY Mall Hours | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY Versapak | | WEDNESDAY | | THURSDAY | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11·21·03 | | 11·22·03 | | 11·23·03 | | 11·24·03 | | 11·25·03 | | 11·26·03 | | 11·27·03 | | |
| Daily Sales Plan | $ 3215 | | $ 7490 | | $ 4111 | | $ 3060 | | $ 3197 | | $ 3060 | | $ 0 | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 915-930 | 12.25 | 915-6 | 8.75 | — | | 915-930 | 12.25 | 4th | | 915-6 | 8.75 | — | | 42 |
| Gaynor | 915-5 | 7.75 | 9-5 | 7.5 | — | | — | | 915-5 | 7.75 | 915-5 | 7.75 | | 8 | 30.75 |
| Catherine | — | | 2-930 | 7.75 | 1015-630 | 8.25 | 2-930 | 7.5 | 1-930 | 8.5 | 2-930 | 7.5 | | 8 | 39.5 |
| Shelley | 1-930 | 8.5 | 11-7 | 8 | 1015-630 | 8.25 | 915-5 | 7.25 | — | | 2-930 | 7.5 | | 8 | 40 |
| Dorothy | ⊗ | 4.5 | 4-930 | 5.5 | 1-5 | 4 | — | | 915-5 | 7.75 | — | | | 4 | 21.75 |
| Arlen | 4-930 | 5.5 | — | | 12-630 | 6.5 | ⊗930 | 5.5 | — | | — | | | 4 | 17.5 |
| Valerie | — | | ⊗930 | 7.5 | — | | — | | 5-930 | 4.5 | — | | | 4 | 12 |
| Deb | — | | — | | — | | — | | — | | — | | | 4 | 0 |
| Todd | ⊗930 | 4.5 | 11-3 | | — | | — | | — | | — | | X | 4.5 | |
| Daniluz | 1-6 | 5 | 1-6 | 5 | — | | — | | — | | — | | X | 10 | |
| Staffing Levels | 2, 4, 5 | | 2, 6, 3 | | 2, 4, 3 | | 2, 3, 3 | | 2, 3, 2 | | 2, 4, 2 | | | | |
| Model Schedule | 2, 4, 4 | | 3, 5, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 4 | | |

SKU #10978522 (4/00)

Store # __2708__

Week Ending: __12__ / __4__ / __03__

| | |
|---|---|
| Payroll Budget Hrs: __175__ | Payroll Budget $'s: __1595 + 148 = 174 3__ |
| Payroll Actual Hrs: __195.5__ | Payroll Actual $'s: __1731.35__ |
| Variance: __+20.5__ | Variance: __~11.65__ |

*2 pm interview Nina Yeaman 442-2767*

*Versa*     *Versa*

| Employee Name | BLACK FRIDAY Mall Hours 8-9 | | SATURDAY 8-9 | | SUNDAY 10-6 | | MONDAY 10-9 | | TUESDAY 10-9 | | WEDNESDAY 10-9 | | THURSDAY 10-9 | | WEEK TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 11-28-03 | | 11-29-03 | | 11-30-03 | | 12-1-03 | | 12-2-03 | | 12-3-03 | | 12-4-03 | | | |
| Daily Sales Plan | $ 15410 | | $ 10094 | | $ 6394 | | $ 4204 | | $ 4294 | | $ 3595 | | $ 4204 | | | |
| | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | | |
| Deanna | 7-10 | 15 | 7-10 | 15 | 9-6³⁰ | 9.5 | 9¹⁵ 9³⁰ | 12.5 | 1-9³⁰ | 9.5 | | | 12-7 | 7 | 73 | |
| Gaynor | 12-7 | 7 | 2-10 | 8 | — | | — | | 9¹⁵ 4 | 7 | 1-9³⁰ | | 9¹⁵ 5 | 8 | 38 | 34.7 |
| Catherine | 2-10 | 8 | 8-4 | 8 | 10³⁰-6³⁰ | 8 | | | 1³⁰-9³⁰ | 8 | 1³⁰-9³⁰ | 8 | — | | 40 | 40.2 |
| Shelley | 2-10 | 8 | 2-10 | 8 | — | | 9¹⁵-5 | 8 | — | | 9-5 | 8 | 1³⁰-9³⁰ | 8 | 40 | 39.5 |
| Dorothy | — | | ~~8-10~~ | 5 | | | 2-cl | | 9¹⁵-1 | 3.75 | 9¹⁵-1 | 3.75 | 9¹⁵-12³⁰ | 3.5 | 24.5 | 18 |
| Valerie | — | | — | | 11-6³⁰ | 7.5 | — | | — | | — | | 6-9³⁰ | 3.5 | 11 | 10.75 |
| Deb | 9-2 | 5 | — | | — | | — | | — | | — | | — | | 5 | 5.2 |
| Arlen | 7-2 | 7 | 7-12 | 5 | 9-4 | 7 | — | | — | | — | | — | | 19 | 19 |
| Todd | | | 11-3 | 4 | | | | | | | | | | | 4 | 4 |
| Dariluz | — | | — | | — | | — | | — | | 10-3 | 5 | | | 5 | 5.2 |
| Staffing Levels | / | / | / | / | / | / | / | / | / | / | / | / | / | / | | |
| Model Schedule | / | / | / | / | / | / | / | / | / | / | / | / | / | / | | |

Store # 2708

Week Ending: 12 / 11 / 03

Payroll Budget Hrs: 175  
Payroll Budget $'s: 1595 + 196 = 1791

Payroll Actual Hrs: 189.5  
Payroll Actual $'s: 1655.73

Variance: +14.5  
Variance: -135.27

★ MEN'S NIGHT ★

| Running the Sales Floor / Mall Hours | FRIDAY 9-9 | | SATURDAY 9-9 | | SUNDAY 10-6 | | MONDAY 10-9 | | TUESDAY 10-9 | | WEDNESDAY 10-9 | | THURSDAY 10-9 | | WEEK TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 12-5-03 | | 12-6-03 | | 12-7-03 | | 12-8-03 | | 12-9-03 | | 12/10/03 | | 12/11/03 | | | |
| Daily Sales Plan | $6611 | | $12482 | | $7939 | | $6131 | | $6022 | | $5862 | | $7250 | | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | | |
| Deanna | 8-930 | 13.5 | 9-930 | 12.5 | 9-5 | 8 | 915-930 | 12.5 | 9-5 | 8 | — | | 9-930 | 12.5 | 67 | |
| Gaynor | 8-12/5-9 | 8 | | | 1230-630 | 6 | 530-930 | | 9-6 | 9 | 130-930 | 8 | 12-930 | 9.5 | 34 | 32.2 |
| Catherine | 330-930 | 6 | 8-12 | | 1130-630 | 8 | 130-530 | 8 | — | | 9-5 | 8 | 12-930 | 9.5 | 39.5 | 42.2 |
| Shelley | 12-9 | 9 | 130-930 | 8 | | | 1-8 | 7 | — | | 9-5 | 8 | 130-930 | 8 | 40 | 34.5 |
| Dorothy | 5-930 | 4.5 | 2-930 | 7.5 | — | | 915-1230 | 3.5 | 1230-930 | 9 | — | | 9-1230 | 3.5 | 28 | 26 |
| Valerie | — | | | | — | | — | | 5-930 | 4.5 | 5-930 | 4.5 | — | | 9 | 9.25 |
| Arlen | — | | 8-1130 | 5 | 9-3 | 6 | — | | — | | — | | — | | 11 | 9.25 |
| Todd | — | | 11 | 4 | — | | — | | — | | — | | — | | 4 | |
| Daniluz | 2-7 | 5 | 12-530 | 6 | — | | 11-430 | 5.5 | — | | 11-430 | 5.5 | — | | 24 | 25.25 |
| Staffing Levels | 2,3,3 | | 2,5,3 | | 2,3,2 | | 2,4,2 | | 2,3,2 | | 2,4,2 | | 2,3,3 | | | |
| Model Schedule | 2,4,4 | | 3,5,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,4 | | | |

SALE SULL STATION
SKU #10978522 (4/00)

**Store #** 2708

**Week Ending:** 12 / 18 / 03

| | |
|---|---|
| Payroll Budget Hrs: 175 | Payroll Budget $'s: 1595 +300 =1895 |
| Payroll Actual Hrs: 193 | Payroll Actual $'s: 1736.35 |
| Variance: +18 | Variance: −158.65 |

VERSA                    VERSA

| Lead in Lines | FRIDAY | | SATURDAY | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mall Hours | 9-9 | | 9-9 | | 10-6 | | 10-9 | | 10-9 | | 10-9 | | 10-9 | | TOTAL |
| Role Play Topic | 12/12/03 | | 12/13/03 | | 12/14/03 | | 12/15/03 | | 12/16/03 | | 12/17/03 | | 12/18/03 | | |
| Daily Sales Plan | $10086 | | $17775 | | $11933 | | $8838 | | $10785 | | $10885 | | $12083 | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 8-9³⁰ | 13.5 | 8-9³⁰ | 12.5 | 11-5 | 6 | 9-9³⁰ | 12.5 | 12-9³⁰ | 9.5 | 12-9³⁰ | 9.5 | 9-6 | 9 | 72.5 |
| Gaynor | 1³⁰-9³⁰ | 8 | 8-4 | 8 | 12³⁰-6³⁰ | 6 | — | | 9-5 | 8 | 9-5 | 8 | — | | 38 / 32 |
| Catherine | 8-4 | 8 | 1³⁰-9³⁰ | 8 | — | | 9-5 | 8 | 9-5 | 8 | 1³⁰-9³⁰ | 8 | — | | 37.75 |
| Shelley | — | | 8³⁰-9³⁰ | 8 | 9-3 | 6 | 1³⁰-9³⁰ | 8 | — | | 9³⁰-5³⁰ | 8 | 11³⁰-9³⁰ | 10 | 40 / 41 |
| Dorothy | 5-9³⁰ | 4.5 | | | — | | — | | SICK³⁰ | 9 | — | | 9-1 | 4 | 8.75 |
| Valerie | — | | — | | — | | — | | 5-9³⁰ | 4.5 | | | 6-9³⁰ | 3.5 | 8.75 |
| Arlen | — | | — | | — | | — | | — | | — | | — | | | 11 |
| Daniluz | 10-4³⁰ | 6.5 | 11-5 | 5 | — | | 11-4³⁰ | 5.5 | — | | 11-4³⁰ | 5.5 | — | | 29.5 |
| Deb | — | | — | | 9-6³⁰ | 9.5 | — | | — | | — | | — | | | 9.5 / 5.75 |
| Staffing Levels | 2, 4, 3 | | 2, 4, 3 | | 2, 4, 3 | | 2, 4, 2 | | 2, 4, 3 | | 2, 5, 2 | | 2, 2, 2 | | |
| Model Schedule | 2, 4, 4 | | 3, 5, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 4 | | |

Store # _____ 2708 _____

Week Ending: _12_ / _25_ / _03_

Payroll Budget Hrs: _____ 175 _____

Payroll Budget $'s: _____ 1595 + 410 = 2005 _____

Payroll Actual Hrs: _____ 204 _____

Payroll Actual $'s: _____ 1801.62 _____

Variance: _____ +29 _____

Variance: _____ -203.38 _____

| TURN OVERS MALL HOURS | FRIDAY 9-9 | | SATURDAY 9-9 | | SUNDAY 10-6 | | MONDAY 10-9 | | TUESDAY 10-9 | | WEDNESDAY 8-6 | | THURSDAY CLOSED | | WEEK TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12-19-03 | | 12-20-03 | | 12-21-03 | | 12-22-03 | | 12-23-03 | | 12-24-03 | | 12-25-03 | | | |
| Daily Sales Plan | $ 16,377 | | $ 25,534 | | $ 19,173 | | $ 20561 | | $ 23537 | | $ 21969 | | $ 0 | | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | | |
| Deanna | 8 - 9³⁰ | 13.5 | 8 - 9³⁰ | 13.5 | 9 - 6³⁰ | 9.5 | 9 - 9³⁰ | 12.5 | 9 - 9³⁰ | 12.5 | 7 - 6³⁰ | 11.5 | | | | |
| Gaynor | — | | 8 - 5 | 9 | 12³⁰- 6³⁰ | 6 | 12 - 7 | 7 | 9 - 5 | 8 | 10³⁰- 6³⁰ | 8 | | 38 | | 45.25 |
| Catherine | 8 - 4 | 8 | 11 - 6 | 7 | — | | 1³⁰ - 9³⁰ | 8 | 2³⁰- 9³⁰ | 7 | 7 - 5 | 10 | | 40 | | 48.50 |
| Shelley | 12³⁰- 9³⁰ | 9 | 2 - 9³⁰ | 7.5 | 9 - 6³⁰ | 9.5 | 9 - 6 | 9 | — | | 1 - 6³⁰ | 5.5 | | 40 | | 49.75 |
| Dorothy | 8 - 1 | 4.5 | - | | - | | - | | 9 - 5 | 8 | 7 - 12 | 5 | | 28 | | 21.50 |
| Valerie | — | | 2 - 9³⁰ | 7.5 | — | | — | | 5 - 9³⁰ | 4.5 | — | | | 12 | | 17.50 |
| Arlen | — | | | | 11 - 6³⁰ | 7.5 | ▓▓▓▓▓▓ | | | | — | | | 23.5 | | 12.25 |
| Daniluz | 11 - 6 | 7 | 12 - 6 | 6 | — | | 12 - 4³⁰ | 4.5 | — | | 11 - 4 | 5 | | 22.5 | | 23 |
| | | | | | | | | | | | | | Deb | 4 | |
| Staffing Levels | 2, 4, 3 | | 3, 6, 4 | | 3, 4, 4 | | 2, 4, 3 | | 3, 4, 4 | | 3, 5, 2 | | | | | |
| Model Schedule | 2, 4, 4 | | 3, 5, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 3 | | 2, 3, 4 | | | |

Christmas DAY!!! Christmas FINALLY!! HAPPY HOLIDAYS!!

SALE CUE STATION
SKU #10978522 (4/00)

Store # __2708__

Week Ending: __1 / 1 / 04__

Payroll Budget Hrs: __175__    Payroll Budget $'s: __1595__

Payroll Actual Hrs: __174.25__    Payroll Actual $'s: __1565.26__

Variance: __(−.75)__    Variance: __(−29.74)__

| Returns & Exchanges Mall Hours | FRIDAY 9-9 | | SATURDAY 10-9 | | SUNDAY 11-6 | | MONDAY 10-9 | | TUESDAY 10-9 | | WEDNESDAY 10-6 | | THURSDAY 10-6 | | WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Role Play Topic | 12/26/03 | | 12/27/03 | | 12/28/03 | | 12/29/03 | | 12/30/03 | | 12/31/03 | | 1/1/04 | | |
| Daily Sales Plan | $6341 | | $5133 | | $6870 | | $4474 | | $4833 | | $4184 | | $ | | |
| Employee Name | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | SHIFT | HRS | |
| Deanna | 8-5 | 9 | 9¹⁵-7 | | | | 9⁴⁵-9³⁰ | 12.25 | 9¹⁵-5 | 8.75 | 10³⁰-5³⁰ | 7.5 | 10-6³⁰ | 8.5 | 48 |
| Gaynor | 8-4 | 8 | 2-9³⁰ | 7.5 | — | | — | | — | | 9¹⁵-6³⁰ | 9.25 | 9¹⁵-6 | 8.75 | 33.5 |
| Catherine | 1³⁰-9³⁰ | 8 | 9¹⁵-5 | 7.75 | — | | 2-9³⁰ | 7.5 | 2-9³⁰ | 7.5 | — | | 9¹⁵-6³⁰ | 9.25 | 40 |
| Shelley | 1³⁰-9³⁰ | 8 | 2-9³⁰ | 7.5 | 12-6³⁰ | 6.5 | — | | 9¹⁵-2³⁰ | | — | | — | | 30.5 |
| Dorothy | — | | 12-6 | 6 | — | | 9¹⁵-1 | 3.75 | — | | 9¹⁵-6³⁰ | 9.25 | — | | 26.5 |
| Valerie | — | | — | | 12-6³⁰ | 6.5 | — | | 5-9³⁰ | 4.5 | — | | — | | 11 |
| Arlen | — | | — | | 10¹⁵-4 | 5.75 | — | | — | | — | | — | | 5.75 |
| Deb | — | | — | | 10¹⁵-6³⁰ | 8.25 | — | | — | | — | | 12-6³⁰ | | 8.25 |
| Dani luz | 11-4 | 5 | 1-7 | 6 | — | | 12-4 | 4 | — | | 9¹⁵-4 | 6.75 | — | | 21.75 |
| Staffing Levels | 2,4,3 | | 2,4,3 | | 2,4,3 | | 2,2,3 | | 2,3,2 | | 3,3,2 | | 2,3,3 | | |
| Model Schedule | 2,4,4 | | 3,5,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,3 | | 2,3,4 | | |