UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN MOUNT,  :
    Plaintiff,  :
  :
v.  :    Civil Action No. : 3:04-CV-30152 MAP
  :
ZALE DELAWARE, INC.,  :
    Defendant.  :

## DECLARATION OF PAULA GORDON

I, Paula Gordon, make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1.    I am making this declaration in connection with Zale Delaware, Inc.'s Motion For Summary Judgment filed in the above-captioned civil action. I make the following statements based on my own personal knowledge.

2.    I am a paralegal in the Providence, Rhode Island, office of Holland & Knight LLP. I have been a paralegal for 18 years. I am familiar with conducting document reviews and performing routine mathematical calculations.

3.    At the direction of attorneys Neal J. McNamara and Robert J. Crohan Jr., I have reviewed the copies of weekly employee schedules for the Lee, Massachusetts, Zales Outlet attached as Exhibits 2 and 3 to the Declaration of Jamie Marcil for purposes of calculating the average hours per week worked by Susan Mount and Deanna Laffan[1] over certain periods of time. For purposes of my calculations, I have disregarded workweeks in which Ms. Mount and Ms. Laffan took time off due to vacation, personal time, comp days, Holidays, were involved in managers' meetings, took time off to attend doctors appointments, or worked less than 4 days.

---

[1] I am informed by Mr. Marcil's declaration that the person identified as "Sue" on the schedules contained in Exhibit 2 to his declaration is Susan Mount, and that the person identified as "Deanna" on the schedules contained in Exhibit 3 to his declaration is Deanna Laffan.

4. Attached hereto as Exhibit 1 is a summary reflecting each workweek and the hours worked by Ms. Mount for each workweek from the week ending 4/25/02 through the week ending 4/17/03.[2]

5. Attached hereto as Exhibit 2 is a summary reflecting each workweek and the hours worked by Ms. Laffan for each workweek from the week ending 7/31/03 through the week ending 7/22/04. The weeks that have been disregarded for purposes of my calculations, as described above, are shaded in gray on both summaries.

6. The procedure I used in performing my review of the schedules and calculations is as follows. I first totaled the number of hours per day for each day worked in each workweek by Ms. Mount and Ms. Laffan. I then added those hours together to arrive at the total hours worked for the particular workweek reflected on the schedule. This total is reflected on the summaries under the column "Hours Worked." I conducted an independent review of each schedule and performed my own calculations with respect to the hours worked each day and each week by Ms. Mount and Ms. Laffan. I did not rely on the daily or weekly totals contained on the schedules where those numbers conflicted with my own calculations.

7. For the six month period encompassing week ending 10/17/02 through week ending 4/17/03, Ms. Mount averaged approximately 44 hours per week. I arrived at this number by adding the total number of hours worked by Ms. Mount during this period and dividing that total by the number of workweeks (839.5 hours ÷ 19 weeks = 44.18 hrs/wk).

8. For the one-year period encompassing week ending 4/25/02 through week ending 4/17/03, Ms. Mount averaged approximately 42.5 hours per week. I arrived at this number by adding the total number of hours worked by Ms. Mount during this period and dividing that total by the number of workweeks (1611.25 hours ÷ 38 weeks = 42.40 hrs/wk).

---

[2] The schedule for week ending 12/26/02 is missing.

2

9. For the six month period encompassing the week ending 7/31/03 through the week ending 1/29/04, Ms. Laffan worked an average of approximately 53 hours per week. I arrived at this number by adding the total number of hours worked by Ms. Laffan during this period and dividing that total by the number of workweeks (1158.75 hours ÷ 22 weeks = 52.67 hrs/wk).

10. For the one-year period encompassing the week ending 7/31/03 through the week ending 7/22/04, Ms. Laffan worked an average of approximately 51 hours per week. I arrived at this number by adding the total number of hours worked by Ms. Laffan during this period and dividing that total by the number of workweeks (2032.75 hours ÷ 40 weeks = 50.82 hrs/wk).

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2006.

_____
Paula Gordon

# 3550780_v1

3

*EXHIBIT 1*

## SUMMARY CHART REFLECTING HOURS WORKED BY SUSAN MOUNT
## FOR WEEK ENDING 4/25/02 THROUGH WEEK ENDING 4/17/03

| WEEK ENDING | HOURS WORKED (#DAYS) | WEEK ENDING | HOURS WORKED (#DAYS) |
|---|---|---|---|
| 4/25/02 | 32.50 (5) doctors appointments | 10/17/02 | 0 (2 days meetings) |
| 5/02/02 | 35.00 (4) meeting day | 10/24/02 | 4.5 (1) vacation |
| 5/09/02 | 40.25 (5) | 10/31/02 | 45.50 (5) |
| 5/16/02 | 41.75 (5) | 11/07/02 | 42.00 (5) |
| 5/23/02 | 39.50 (4) personal day | 11/14/02 | 45.50 (6) |
| 5/30/02 | 43.50 (5) | 11/21/02 | 42.00 (5) |
| 6/06/02 | 41.00 (5) | 11/28/02 | 35.75 (4) Thanksgiving |
| 6/13/02 | 42.00 (5) | 12/05/02 | 54.00 (6) |
| 6/20/02 | 34.75 (4) | 12/12/02 | 48.50 (6) |
| 6/27/02 | 44.00 (5) | 12/19/02 | 58.00 (6) |
| 7/05/02 | 34.75 (4) | 12/26/02 MISSING | |
| 7/11/02 | 0 vacation | 1/02/03 | 25.75 (3) New Years Day |
| 7/18/02 | 42.50 (5) | 1/09/03 | 43.00 (5) |
| 7/25/02 | 20.50 personal day; meetings | 1/16/03 | 40.00 (5) |
| 8/01/02 | 0 (0) | 1/23/03 | 42.50 (5) |
| 8/08/02 | 41.50 (5) | 1/30/03 | 24.5 (3) 2 days manager meetings |
| 8/15/02 | 42.75 (5) | 2/06/03 | 37.00 (5) |
| 8/22/02 | 42.75 (5) | 2/13/03 | 47.00 (6) |
| 8/29/02 | 47.25 (5) | 2/20/03 | 0 (0) |
| 9/05/02 | 44.75 (6) | 2/27/03 | 30.5 (4) Dr's appointments |
| 9/12/02 | 33.25 (4) | 3/06/03 | 41.75 (6) |
| 9/19/02 | 43.00 (5) | 3/13/03 | 42.50 (5) |
| 9/26/02 | 43.00 (5) | 3/20/03 | 42.50 (5) |
| 10/03/02 | 41.00 (5) | 3/27/03 | 40.00 (5) |
| 10/10/02 | 28.25 (4) | 4/03/03 | 41.25 (5) |
| | | 4/10/03 | 43.00 (5) |
| | | 4/17/03 | 43.50 (5) |
| Column Total: (Non-shaded Weeks) | 771.75 hrs (19 wks) | | 839.50 hrs (19 wks) |
| TOTAL ALL: (Non-shaded weeks) | | | 1611.25 hrs ÷ 38wks = 42.40 hrs/wk |

*EXHIBIT 2*

**SUMMARY CHART REFLECTING HOURS WORKED BY DEANNA LAFFAN**
**FOR WEEK ENDING 7/31/03 THROUGH WEEK ENDING 7/22/04**

| WEEK ENDING | HOURS WORKED (#DAYS) | WEEK ENDING | HOURS WORKED (#DAYS) |
|---|---|---|---|
| 7/31/03 | 49.75 (6) | 2/05/04 | 18.50 (2) vacation |
| 8/07/03 | 48.50 (5) | 2/12/04 | 46.00 (4) |
| 8/14/03 | 49.25 (5) | 2/19/04 | 51.50 (5) |
| 8/21/03 | 54.50 (6) | 2/26/04 | 35.50 (4) comp day |
| 8/28/03 | 59.25 (6) | 3/04/04 | 48.00 (6) |
| 9/04/03 | 56.75 (6) | 3/11/04 | 48.25 (6) |
| 9/11/03 | 38.00 (4) | 3/18/04 | 48.50 (5) |
| 9/18/03 | 48.50 (5) | 3/25/04 | 47.25 (5) |
| 9/25/03 | 59.75 (6) | 4/01/04 | 47.75 (5) |
| 10/02/03 | 57.25 (6) | 4/08/04 | 46.50 (5) |
| 10/09/03 | 45.50 (5) | 4/15/04 | 47.75 (5) |
| 10/16/03 | 27.50 (3) manager's meetings | 4/22/04 | 47.75 (5) |
| 10/23/03 | 44.25 (5) | 4/29/04 | 49.75 (4) |
| 10/30/03 | 41.75 (4) | 5/06/04 | 58.00 (5) |
| 11/06/03 | 48.50 (5) | 5/13/04 | 50.00 (5) |
| 11/13/03 | 16.50 (2) vacation | 5/20/04 | 21.00 (2) vacation |
| 11/20/03 | 34.75 (4) vacation | 5/27/04 | 28.75 (3) |
| 11/27/03 | 42.00 (4) Thanksgiving | 6/03/04 | 51.50 (5) |
| 12/04/03 | 67.25 (6) | 6/10/04 | 48.50 (5) |
| 12/11/03 | 66.75 (6) | 6/17/04 | 48.50 (5) |
| 12/18/03 | 73.50 (7) | 6/24/04 | 44.25 (5) |
| 12/25/03 | 73.00 (6) | 7/01/04 | 44.25 (5) |
| 1/01/04 | 45.75 (5) | 7/08/04 | 0 |
| 1/08/04 | 47.75 (5) | 7/15/04 | 8.75 (1) |
| 1/15/04 | 48.00 (5) | 7/22/04 | 8.25 (1) |
| 1/22/04 | 35.25 (4) | | |
| 1/29/04 | 28.75 (3) managers' meetings | | |
| | | | |
| Column Total: (Non-shaded weeks) | 1158.75 hrs (22 wks) | | 874.00 hrs (18 wks) |
| TOTAL ALL: (Non-shaded weeks) | | | 2032.75 hrs ÷ 40 wks = 50.82 hrs/wk |