MCGUIRE.TXT

1

1   UNITED STATES DISTRICT COURT

2   Civil Action No.: 3:04-CV-30152

3

4 * * * * * * * * * * * * * * *

5 SUSAN MOUNT,      *

6    Plaintiff   *

7 VS.         *

8           *

9 ZALE DELAWARE, INC.,   *

10   Defendant   *

11 * * * * * * * * * * * * * * *

12

13  TELEPHONE DEPOSITION OF: VICKI MCGUIRE

14 OFFICES OF CATUOGNO COURT REPORTING SERVICES

15   One Monarch Place, 1414 Main Street

16    Springfield, Massachusetts

17    December 21, 2005, 10:00 a.m.

18

19

20

21

22      Michele L. Mariani

23    Certified Shorthand Reporter

24       #1394S95

2

1 APPEARANCES:

2

3

4 Representing the Plaintiff:

Page 1

```
                         MCGUIRE.TXT
13       A.     Correct.
14       Q.     And you don't remember what years
15  those were?
16       A.     It would be the early years.
17       Q.     Okay.  And did you ever speak to
18  Jaime Marcil about Susan Mount?
19       A.     Yes.
20       Q.     When did you speak with him about
21  Susan Mount?
22       A.     I don't remember.
23       Q.     Do you remember any conversations
24  that you had with him about Susan Mount?
```

                                              16

```
 1       A.     You know, I really don't.  I mean,
 2  I can -- I mean, I remember general situations,
 3  but I don't remember specific conversations.
 4       Q.     Well, why don't you tell me about
 5  those general situations.
 6       A.     I remember a conversation -- I
 7  mean, obviously we had a conversation when she
 8  was not store manager of the year.  We probably
 9  had conversations about the store, what the
10  store would need.  We would probably talk about
11  sales.  We would probably talk about
12  opportunities for the stores.  I do remember,
13  you know, that she did go out on leave, but
14  other than that, I don't really have any other
15  recollection of specific conversations.
16       Q.     What makes you recall that you had
17  a conversation when Susan Mount was not store
18  manager of the year, that you had a conversation
```
                              Page 13

```
                        MCGUIRE.TXT
19   with Jaime Marcil?
20        A.    Because she was very unhappy.
21        Q.    So do you recall speaking with
22   Jaime Marcil about that?
23        A.    I remember a general conversation
24   with him about that that prompted a conversation

                                                 17

 1   that I had with Susan explaining why, you know,
 2   while she did a good job, that there were a
 3   couple of other managers in that same volume
 4   grouping that had performed at a higher rate
 5   that particular year.
 6        Q.    And you discussed that same subject
 7   with Jaime Marcil?
 8        A.    Yeah, prior to discussing it with
 9   Susan.
10        Q.    And you mentioned also that you
11   recall talking to Jaime Marcil at some point
12   about Susan Mount going out on leave?
13        A.    You know, I don't know.  I mean, I
14   remember a general conversation, and I believe
15   that it was just advising me that she was going
16   out on leave.
17        Q.    Do you remember anything that he
18   said?
19        A.    I don't.
20        Q.    And do you remember when that
21   conversation was?
22        A.    I do not.
23        Q.    Do you know what type of leave she
                        Page 14
```

MCGUIRE.TXT

17   Mount's job duties when she was on leave?
18       A.   I can't remember.
19       Q.   Do you remember the name Gaynor
20   Till?
21       A.   I do.
22       Q.   You do?
23       A.   I do.
24       Q.   Do you know whether he performed

51

1    any of Susan Mount's job duties when Susan was
2    on leave?
3        A.   I don't remember who took over as
4    acting manager.
5        Q.   Is an acting manager's job -- are
6    an acting job manager's duties the same as a
7    store manager?
8        A.   If we put the person on salary,
9    they would become, in essence, an acting manager
10   and work the 48 hour work week if they're on
11   salary.  If they're still hourly, they would
12   work a 40 hour work week.  But in an acting
13   manager's situation, we might make
14   accommodations because it is a limited period,
15   so we would leave that to the regional to
16   determine what is best in that particular
17   scenario for the store.
18       Q.   Did you have any contact with Susan
19   Mount while she was out on leave?
20       A.   Not that I remember.
21       Q.   And do you know whether Susan Mount

Page 42

MCGUIRE.TXT
22  had any conversations with anyone at Zale about
23  extending her leave?
24      A.      Not that I know about.

                                            52

1       Q.      Did Susan Mount ever tell you that
2   her father had passed away?
3       A.      Not that I remember.
4       Q.      Do you remember having any
5   discussions about bereavement with Susan Mount?
6       A.      I don't remember.
7       Q.      Can you please look at Exhibit 4.
8       A.      I've got it.
9       Q.      And what is this document?
10      A.      This is a ranking report telling
11  them within their region, their performance in
12  some key categories as it relates to their rank
13  against the company, and where they rank in
14  their region as well.
15      Q.      And can you tell from this document
16  what region this is about?
17      A.      It appears to be Jaime Marcil's for
18  the nine months of the physical year ending
19  April 2003.
20      Q.      And you were saying this rates the
21  stores within a certain territory according to
22  sales?
23      A.      It has several key categories that
24  it rates them at.

                                            53

1       Q.      And what were those key categories?
Page 43

MCGUIRE.TXT

24   she did not come back to work?

                                    58

1    A.   I don't know.
2    Q.   Okay.
3    A.   I don't know of any conversations.
4    Q.   Okay.  Do you recall whether there
5    was a staff meeting or a conversation or call on
6    or about June 27th, 2003?
7    A.   I don't remember.
8    Q.   Do you ever recall hearing Jaime
9    Marcil say words to the effect, Susan is not
10   coming back so I need help in this store?
11   A.   I don't remember a conversation.  I
12   do remember that he was short staffed in that
13   store.
14   Q.   And how did you come about getting
15   that knowledge?
16   A.   I don't remember.
17   Q.   Do you know when you learned that?
18   A.   I don't remember.
19   Q.   Did you have any conversations with
20   Jaime Marcil about Susan Mount's return to work,
21   or her planned return to work?
22   A.   Not that I recall.
23   Q.   Okay.  Did you ever say words to
24   the effect of, managers get paid to work

                                    59

1    48 hours and we need them to work that?
2         MR. MCNAMARA:  Objection.

Page 48

MCGUIRE.TXT

```
 3              THE WITNESS:  I don't remember
 4      specifically saying that.
 5         Q.    (By Ms. Diebold)  So you might have
 6      said that to Jaime Marcil?  Let me clarify that.
 7         A.    It is true that our managers are
 8      paid at a 48 hour work week.
 9         Q.    But you don't recall saying those
10      words --
11         A.    I don't recall.
12         Q.    -- to Jaime Marcil?
13         A.    I don't recall saying that.
14         Q.    Did you ever tell Jaime Marcil that
15      he had to enforce a manager's schedule with
16      reference to Susan Mount?
17         A.    I don't remember a specific
18      conversation of Susan Mount and the work
19      schedule with reference to -- you know, I mean,
20      I would specifically say that we enforce the
21      manager's schedule uniformly, and if somebody is
22      requesting an exception for a limited period,
23      obviously we'd look at that, but I don't
24      remember saying that Susan Mount we would treat
```

                                                        60

```
 1      differently than any other employee.
 2         Q.    So you don't remember saying to
 3      Jaime Marcil that he had to enforce a manager's
 4      schedule with her?
 5         A.    With reference to Susan?
 6         Q.    Susan Mount.
 7         A.    I don't recall having a specific
 8      conversation about that.
```