Page 1

COMMONWEALTH OF MASSACHUSETTS

United States District Court

District of Massachusetts

Civil Action No. 3:04-CV-30152MAP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN MOUNT,                      \*

       Plaintiff          \*

vs.                               \*

ZALE DELAWARE, INC.,              \*

       Defendant          \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF:  GABRIELLE PATRICIA ELSTON-FERRY

LAW OFFICES OF LEE D. FLOURNOY, P.C.

75 North Street

Pittsfield, Massachusetts

November 17, 2005            10:18 A.M.

Sharon Waskiewicz

Court Reporter

# EXCERPTS OF TRANSCRIPT

## DEPOSITION OF

## GABRIELLE ELSTON-FERRY

## AND

## DEPOSITION EXHIBITS 1, 2, 3, 5, & 6

# CONFIDENTIAL DOCUMENTS

# FILED SEPARATELY UNDER SEAL