UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN MOUNT,                     :
        Plaintiff,          :
                            :
v.                               :      Civil Action No. : 3:04-CV-30152 MAP
                            :
ZALE DELAWARE, INC.,             :
        Defendant.          :

## ASSENTED TO MOTION OF DEFENDANT FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Zale Delaware, Inc. ("Zale"), hereby moves for leave to file under seal the following documents being submitted in connection with the filing of Defendant's Motion For Summary Judgment in the above-styled action:

1. Paragraphs 13, 14, 15, 18, 44, and 45 of Defendant's Statement of Undisputed Facts in Support of Motion For Summary Judgment;

2. Exhibit 7 and page 131 of the Deposition Transcript of Plaintiff Susan Mount;

3. Excerpts of Deposition Transcript of Gabrielle Elston-Ferry, and Exhibits 1, 2, 3, 5, and 6 thereto.

The foregoing documents subject to this request constitute health care records containing protected health information or documents which incorporate the substance or content thereof, and which are subject to an agreed upon Protective Order entered by the Court on September 1, 2005. Pursuant to the Protective Order, the parties in this case have designated numerous health care records of the plaintiff as "Confidential." Zale files this Motion to protect the confidential nature of plaintiff's protected health information which, otherwise, would be available for inspection and copying by the general public.

Zale requests that the Court maintain the above documents under seal until this action is closed. At that time, Zale requests that the documents be returned to the undersigned counsel.

WHEREFORE, Zale Delaware, Inc. respectfully requests that the Court grant it leave to file the submission listed above under seal.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel have conferred in good faith and have agreed upon the filing of this assented to motion.

Respectfully submitted,

ZALE DELAWARE, INC.,

By its attorneys,
HOLLAND & KNIGHT LLP


/s/ Neal J. McNamara
Neal J. McNamara (BBO #556329)
Robert J. Crohan Jr. (BBO #652965)
One Financial Plaza – Suite 1800
Providence, RI  02903
Tel. (401) 751-8500
Fax. (401) 553-6850


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.


/s/ Marilyn Lovely

# 3553067_v2