UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br><br>     Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>     Defendant | Civil Action No.: 3:04-CV-30152-MAP |

## JOINT MOTION TO ENLARGE TIME (FOURTEEN DAYS) FOR PLAINTIFF TO FILE OPPOSITION MEMORANDUM TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  The Parties hereby request that the current deadline by which the Plaintiff must file an opposition memorandum to the Defendant's, Zale Delaware, Inc.'s, Motion for Summary Judgment, February 17, 2006, be extended (by fourteen days) to March 3, 2006; and further that the deadline for the Defendant to file a reply memorandum be extended by ten days, to March 13, 2006.

  As reasons therefore, the Parties state as follows:

1. Plaintiff's co-counsel has been working diligently assisting in crafting an opposition memorandum, however, will not be able to complete such before leaving on vacation on Thursday, February 9, 2006. Co-counsel returns from vacation the day before the Plaintiff's opposition memorandum is currently due. The Plaintiff's counsel and co-counsel also have trials, several depositions and other matters scheduled over the next three weeks.

2. In addition, defense counsel will be transitioning to a new law firm on or about March 1, 2006, and requires additional time to prepare a reply to Plaintiff's memorandum during this process.

3. The allowance of the within Motion should not affect the progress of this case or the scheduling of a hearing on the Defendant's Motion for Summary

      Judgment.

4.     The Parties agree to a fourteen-day extension of the deadline for Plaintiff to file a memorandum in opposition to the Defendant's Motion for Summary Judgment, and for the Defendant's deadline to file a reply memorandum to be extended by ten days.

WHEREFORE, the Plaintiff requests that the Court extend by fourteen days the deadline for filing her memorandum in opposition to the Defendant's Motion for Summary Judgment, along with a ten-day extension of time for the Defendant to file a reply memorandum.

                                Respectfully submitted,

| The Plaintiff | The Defendant |
| --- | --- |
| SUSAN MOUNT | ZALE DELAWARE, INCORPORATED |

By:   /s/ Michael O. Shea                  By:   /s/ Robert J. Crohan

| Michael O. Shea, Esq. | Neal J. McNamara, Esq. |
| --- | --- |
| BBO No. 555474 | BBO No. 556329 |
| Anne S. Diebold, Esq. | Robert J. Crohan, Jr., Esq. |
| BBO No. 657626 | BBO No. 652965 |
| Law Office of Michael O. Shea, P.C. | Holland & Knight, LLP |
| 451 Main Street | One Financial Plaza, Suite 1800 |
| Wilbraham, MA 01095 | Providence, RI 02903 |
| Telephone: (413) 596-8005 | Telephone: (401) 751-8500 |
| Facsimile: (413) 596-8095 | Facsimile: (401) 553-6850 |

Dated: February 10, 2006