UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 3:04-CV-30152-MAP

SUSAN MOUNT,
          Plaintiff

v.

ZALE DELAWARE, INC.,
          Defendant

## THE PLAINTIFF'S, SUSAN MOUNT'S, ASSENTED-TO MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

NOW COMES the Plaintiff, Susan Mount, pursuant to Local Rule 7.2, and hereby moves for leave to file under seal the following documents:

1. *Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment*;

2. *Plaintiff's Statement of Material Facts in Dispute, and Exhibits 1 through 9 inclusive attached thereto.*

As reasons therefore, the *Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment* contains various references to protected health care information, health care records and/or incorporates the substance or content thereof, and which are subject to the *Protective Order* entered by the Court on September 1, 2005. The *Plaintiff's Statement of Material Facts in Dispute, and Exhibits 1 through 9 inclusive*, likewise contain references to protected health care information, health care records and/or incorporates the substance or content thereof, and which are also protected by the above-referenced *Protective Order*. Pursuant to the *Protective Order*, the Parties in this case have designated the health care records

produced or obtained during discovery as "Confidential." The Plaintiff files this Motion, with the assent of the Defendant, to protect such confidential information, which would otherwise be available to the public.

The Plaintiff requests that the Court maintain the above-referenced documents under seal.

WHEREFORE, the Plaintiff, Susan Mount, respectfully requests that the Court grant her leave to file the above-listed documents under seal or order such other relief as the Court deems just and proper.

The Plaintiff
SUSAN MOUNT
By Her Attorneys

 /s/ Michael O. Shea                                 Date:   March 3, 2006
MICHAEL O. SHEA, ESQ.
BBO No. 555474
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Local Rule 7.1 Certification

The undersigned hereby certifies that counsel have conferred in good faith and have agreed upon the filing of the within Assented-To Motion.

                                                                        /s/ Anne S. Diebold

Certificate of Service

I hereby certify that a true copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered Counsel for the Defendant as identified on the Notice of Electronic Filing (NEF) and that paper copies were sent by U.S. mail, postage prepaid to non-registered Counsel for the Defendant this 3rd day of March, 2006.

/s/ Anne S. Diebold