UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 3:04-CV-30152-MAP

SUSAN MOUNT,
        Plaintiff

v.

ZALE DELAWARE, INC.,
        Defendant

## PLAINTIFF'S NOTICE OF DOCUMENTS TO BE FILED UNDER SEAL

The Plaintiff, Susan Mount, hereby gives notice that the following documents have been hand-delivered to be filed under seal:

1. *Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment*;

2. *Plaintiff's Statement of Material Facts in Dispute, and Exhibits 1 through 11 inclusive attached thereto.*

    Exhibit 1:    Zale form regarding the Plaintiff produced by the Defendant during discovery;

    Exhibit 2:    Deposition of Susan Mount and Deposition Exhibits 1, 4, 5, 6, 7, 8, 9, 10, 11, and 12 attached thereto;

    Exhibit 3:    Deposition of Stephanie Wheeler and Deposition Exhibits 1 through 28 inclusive;

    Exhibit 4:    Deposition of Vicki McGuire and Deposition Exhibits 1 through 11 inclusive;

    Exhibit 5:    Deposition of Jaime Marcil and Deposition Exhibits 1 through 42 inclusive;

Exhibit 6:     Affidavit of Susan Mount;

Exhibit 7:     Deposition of Gabriele Patricia Elston-Ferry and Deposition Exhibits 1 through 6 attached thereto;

Exhibit 8:     Zale form regarding the Plaintiff produced during discovery;

Exhibit 9:     Fed Ex Delivery Confirmation

Exhibit 10:    Pierce v. Fort Dodge case printed from LOIS Law

Exhibit 11:    Lukacinsky v. Panasonic Service case printed from LOIS Law


The Plaintiff
SUSAN MOUNT
By Her Attorneys


 /s/ Michael O. Shea                              Date:   March 3, 2006
MICHAEL O. SHEA, ESQ.
BBO No. 555474
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095


Certificate of Service

I hereby certify that a true copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered Counsel for the Defendant as identified on the Notice of Electronic Filing (NEF) this 3rd day of March, 2006.


 /s/ Anne S. Diebold