UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br><br>           Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>           Defendant | Civil Action No.: 3:04-CV-30152-MAP |

**PLAINTIFF'S ASSENTED-TO MOTION TO FILE A SUBSTITUTED STATEMENT OF MATERIAL FACTS IN DISPUTE AND TO FILE SUCH UNDER SEAL**

NOW COMES the Plaintiff, Susan Mount, and respectfully requests that this Court allow her to substitute the document entitled *Plaintiff's Statement of Material Facts in Dispute* with the document entitled *Plaintiff's Substituted Statement of Material Facts in Dispute*[1], and to file the latter under seal, for the following reasons:

1. The *Plaintiff's Statement of Material Facts in Dispute* (*"Statement of Facts"*) contains citations to the *Exhibit 6: Affidavit of Susan Mount* (*"Exh. 6"*).

2. Due to changes in *Exh. 6* immediately before the filing of the *Statement of Facts*, there are some citations to *Exh. 6* which do not refer to the correct paragraphs within *Exh. 6*, and one reference in Paragraph 17 (*see Statement of Facts*, p. 11) did not include a page citation.

3. The *Plaintiff's Substituted Statement of Material Facts in Dispute* contains citations to the appropriate paragraphs *Exh. 6* and includes the page citation with

---

[1] *See* Exhibit A attached hereto, which has been filed with the Court under seal pending the Court's ruling on this Motion by sending the same by U.S. mail, postage prepaid on March 6, 2006.

reference to Paragraph 17.

WHEREFORE, the Plaintiff, Susan Mount, respectfully requests that the Court grant her leave to substitute the *Plaintiff's Substituted Statement of Material Facts in Dispute* for the *Plaintiff's Statement of Material Facts in Dispute*, and to file the substituted document under seal, and order such other relief as the Court deems just and proper.

The Plaintiff
SUSAN MOUNT
By Her Attorneys

 /s/ Michael O. Shea                      Date:   March 6, 2006
MICHAEL O. SHEA, ESQ.
BBO No. 555474
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

## Local Rule 7.1 Certification

The undersigned hereby certifies that counsel have conferred in good faith and have agreed upon the filing of the within Assented-To Motion.

  /s/ Anne S. Diebold

## Certificate of Service

I hereby certify that a true copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered Counsel for the Defendant as identified on the Notice of Electronic Filing (NEF), and that a paper copy of the within document, including Exhibit A attached thereto, was sent by U.S. mail, postage prepaid to non-registered Counsel for the Defendant this 6th day of March, 2006.

  /s/ Anne S. Diebold