UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUSAN MOUNT,<br><br>                    Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>                    Defendant | Civil Action No.: 3:04-CV-30152-MAP |

**PLAINTIFF'S SUBSTITUTED STATEMENT OF MATERIAL FACTS IN DISPUTE**

**THE CONTENT OF THIS EXHIBIT HAS BEEN FILED WITH THE COURT UNDER SEAL PENDING THE RULING ON THE** *Plaintiff's Assented-To Motion to File A Substituted Statement of Material Facts in Dispute and to File Such Under Seal.*

The Plaintiff
SUSAN MOUNT
By Her Attorneys

 /s/ Michael O. Shea                                   Date:   March 6, 2006
MICHAEL O. SHEA, ESQ.
BBO No. 555474
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Certificate of Service

       I hereby certify that a true copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered Counsel for the Defendant as identified on the Notice of Electronic Filing (NEF), and that a paper copy of Exhibit A was sent by U.S. mail, postage prepaid to non-registered Counsel for the Defendant this 6th day of March, 2006.

       /s/ Anne S. Diebold