

# NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

E-Mail: nmcnamar@nixonpeabody.com

March 6, 2006

Clerk
United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

RE: Change of Address – Susan Mount v. Zale Delaware: C.A. No. 3:04-cv-30152 MAP

Dear Sir/Madam:

Please be advised that I am now a member of the firm of Nixon Peabody LLP. Please address all future correspondence to me at:

> Nixon Peabody LLP
> One Citizens Plaza, 5th Floor
> Providence, RI 02903
> Tel. (401) 454-1028
> Fax: (401) 454-1030

Thank you.

Sincerely,

Neal J. McNamara

NJM/ml

P132280.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA • NEW YORK, NY
ORANGE COUNTY, CA • PALM BEACH GARDENS, FL • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC