UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT ) | |
| ) | |
| v. ) | C.A. NO. 3:04-CV-30152 MAP |
| ) | |
| ZALE DELAWARE ) | |

### JOINT MOTION TO EXTEND TIME FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO ALLOW SUR-REPLY MEMORANDUM

Plaintiff, Susan Mount (hereinafter "Mount") and Defendant Zale Delaware, Inc. (hereinafter "Zale") hereby jointly move to 1) extend Zale's time to submit its Reply Memorandum in support of its motion for summary judgment up to and including March 20, 2006, and 2) allow Plaintiff up to and including March 30, 2006 to submit her Sur-Reply Memorandum.

| Plaintiff, | Defendant, |
|---|---|
| SUSAN MOUNT | ZALE DELAWARE, INC. |
| By her Attorneys, | By their attorneys, |
| /s/ Michael O. Shea | /s/ Neal J. McNamara |
| Michael O. Shea, Esq. | Neal J. McNamara, Esq. |
| BBO No. 555474 | BBO No.556329 |
| Anne S. Diebold | Nixon Peabody LLP |
| BBO No. 657626 | One Citizens Plaza – 5th Floor |
| Law Office of Michael O. Shea, P.C. | Providence, RI  02903 |
| 451 Main Street | Tel. No. (401) 454-1000 |
| Wilbraham, MA  01095 | Fax. (401) 454-1030 |
| Tel. No. (413) 596-8005 | |
| Fax. No. (413) 596-8095 | |

P132419.1