# EXHIBIT A

## COMMONWEALTH OF MASSACHUSETTS
## COMMISSION AGAINST DISCRIMINATION

### CHARGE OF DISCRIMINATION

Docket No.: 03-23-0313 3  
Filing Date: November 6, 2003

EEOC/HUD Number: 16 CA400448  
Violation Date: June 26, 2003

**Name Of Aggrieved Person Or Organization:**

Susan Mount  
26 Morewood Drive  
Pittsfield, MA 01201

Telephone No.: (Complainant's Counsel (413) 733-1955)

**Name Of Employer/Persons Who Discriminated Against Me:**

Zale Corporation  
901 West Walnut Hill Lane  
Irving Texas 75038

Zale Delaware, Inc.  
901 West Walnut Hill Lane  
Irving Texas 75038

Zale Massachusetts, Inc.  
24 Winter Street  
Boston, MA 02108

Number of Employees: 50 plus

**Cause Of Discrimination Based On:**

Handicap, disability, Americans with Disabilities Act (ADA), Family Medical Leave Act (FMLA), retaliation, M.G.L. c. 151B, and Title VII of the Civil Rights Act of 1964, as amended

**The Particulars Are:**

I, Susan Mount, the Complainant, believe that I was discriminated against by the above-named Respondents on the basis of my handicap, disability, Family Medical Leave Act

(FMLA) leave and retaliation. The facts support violations of Massachusetts General Laws Chapter 151B, the FMLA, the Americans with Disabilities Act (ADA) and Title VII of the Civil Rights Act of 1964, as amended.

I began my employment in or about June of 1999 as a full-time employee under the job title of manager counselor. Over the time of my employment, I have always performed my job responsibilities well and received increases in wages. I was an excellent employee with an excellent work record.

In the year 2003, I took disability leave due to my medical condition for depression. The management of the Respondent knew that I was ultimately diagnosed with depression, and I provided the Respondent with information in this regard. See in part the medical documentation attached hereto.

I requested reasonable accommodation with regard to my symptoms and treatment for the referenced depression. Prior to my discriminatory termination of employment, I requested a reasonable accommodation in that I requested some time off from work for further treatment for depression. Prior to my discriminatory termination of employment, I also requested to keep my same work schedule and hours and I was denied that work schedule. In fact, the Respondents significantly changed my work schedule and hours when I was ready to returned to work.

Instead of receiving reasonable accommodation my employment was terminated. See termination letter attached hereto.

The Respondents' policies and handbooks appear to provide for time off for personal and/or medical reasons.

I was out under FMLA and on disability leave and then my job was essentially terminated. I had approved FMLA leave from until June 27, 2003 and my employment was terminated on June 26, 2003.

I believe that I could have performed the essential functions of my job with some reasonable accommodation.

The Respondent's management made statements that led me to believe that taking leave under the FMLA upset them and that my disability and handicap upset them.

I believe that I was retaliated against for taking time under the FMLA and for my handicap and disability.

My overall performance did not suffer as a result of my medical condition or with being absent at times due to my medical condition.

I believe that the Respondent's conduct is in violation of Massachusetts General Laws

Chapter 151B, the FMLA, the Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964, as amended.

---

I am requesting that the MCAD also file this Charge Of Discrimination with the EEOC, and I hereby give notice that I am requesting and preserving my rights to a jury trial on all claims so triable.

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

*Susan Mount*

The Commonwealth of Massachusetts

Hampden, ss.                                    November 6, 2003

Then personally appeared the above-named Susan Mount and acknowledged the foregoing instrument to be her free act and deed, before me

Michael O. Shea, Notary Public
My Commission Expires: 11/15/07

Respectfully submitted,

THE COMPLAINANT
SUSAN MOUNT
By Her Attorney

MICHAEL O. SHEA, ESQUIRE
Law Office Of Michael O. Shea
Tower Square, Suite 2308
1500 Main Street
Springfield, MA 01115-5168
Telephone:(413) 733-1955
Facsimile: (413) 731-3300
BBO # 555474

Date: November 6, 2003