UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30152-MAP

SUSAN MOUNT,
        Plaintiff

v.

ZALE DELAWARE INC.,
        Defendant

**PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF HER REQUESTTO FILE A SUR-REPLY MEMORANDUM (NOT TO EXCEED 15 PAGES) REGARDING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Susan Mount, in the above-captioned case, and hereby moves for leave of court to file a sur-reply memorandum (not to exceed 15 pages) in response to *Defendant's Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Summary Judgment*, and to file such memorandum by March 31, 2006.  As reason therefor, the Plaintiff and her Counsel state as follows:

1. The Defendant has raised several legal and factual issues in it's Reply Memorandum (of 16 pages) that are in large part new and have not been addressed in the Plaintiff's Opposition Memorandum, and that can only be addressed if the Plaintiff is allowed to file a sur-reply memorandum.

2. After reviewing the facts and legal arguments cited by the Defendant in it's Reply Memorandum, it has become clear that the Defendant has misstated the law as applicable to the facts in this case.

3.  The only way that the Plaintiff may adequately address the Defendant's inaccuracies is to allow the Plaintiff the opportunity to file a sur-reply memorandum.

4.  The Plaintiff agrees to limit the sur-reply memorandum to 15 pages and to file it with the Court no later than March 31, 2006.

5.  Only the Plaintiff would be severely prejudiced by the denial of her request for leave to file a sur-reply memorandum, and the Defendant would not be prejudiced whatsoever as a result of the allowance of the Plaintiff's requested leave of court. The allowance of this Motion should not delay the steady progress of this litigation.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court allow the within Motion and allow the Plaintiff the opportunity to file a sur-reply memorandum (not to exceed 15 pages) on or by March 31, 2006.

Respectfully submitted,

The Plaintiff
SUSAN MOUNT
By Her Attorneys

 /s/ Michael O. Shea                              Date: March 22, 2005
MICHAEL O. SHEA, ESQ.
BBO No. 555474
ANNE S. DIEBOLD, ESQ.
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Local Rule 7.1 Certification

      I hereby certify that I have conferred with Counsel for the Defendant, Neal McNamara, who stated that the Defendant opposes the filing of the within Motion by the Plaintiff.

      /s/ Anne S. Diebold
Anne S. Diebold

Certificate of Service

      I hereby certify that a true copy of the foregoing Motion was served upon Counsel of record for the Defendant by electronic filing this 22nd day of March, 2006.

      /s/ Michael O. Shea
Michael O. Shea