UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:04-CV-30152-MAP

SUSAN MOUNT,
          Plaintiff

v.

ZALE DELAWARE INC.,
          Defendant

## AFFIDAVIT OF MICHAEL O. SHEA

I, Michael O. Shea, under oath, do depose and say as follows:

1.      I make this Affidavit upon personal knowledge.

2.      I am an Attorney with an address of 451 Main Street, Wilbraham, Massachusetts and I

am Counsel for the Plaintiff in the instant case.

3.      Exhibit 1 attached to my Affidavit is a true and accurate copy of the case of Davis v.

Mothers Work, Inc., Civil Action No. 04-3943 (E.D.Pa. 2005) as downloaded from the LoisLaw

website.

Signed under the pains and penalties of perjury this 31st day of March, 2006.


                              /s/ Michael O. Shea
                              Michael O. Shea