UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN MOUNT,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>　　　　　　Defendant | Civil Action No.: 3:04-CV-30152-MAP |

### ASSENTED-TO MOTION OF ANNE S. DIEBOLD TO WITHDRAW AS CO-COUNSEL FOR THE PLAINTIFF, SUSAN MOUNT

NOW COMES Anne S. Diebold and hereby moves to withdraw as co-counsel for the Plaintiff, Susan Mount, in the above-entitled matter. As reason therefor, Attorney Diebold is leaving the employ of the Law Office of Michael O. Shea, P.C., as of Friday, April 28, 2006. This Motion is brought for good cause and is not intended to delay.

Respectfully submitted,

The Plaintiff
SUSAN MOUNT
By Her Attorneys

/s/ Michael O. Shea                     Date: April 26, 2006
MICHAEL O. SHEA
BBO No. 555474
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Local Rule 7.1(A)(2) Certification

I hereby certify that I have conferred with Counsel of Record for the Defendant regarding the within Motion and that Defendant's Counsel assents to the filing of the within Motion.

*Anne S. Diebold*
Anne S. Diebold

Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 26th day of April, 2006 by electronic filing on the ECF system.

*Anne S. Diebold*
Anne S. Diebold