# EXHIBIT A

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                   WESTERN SECTION


SUSAN MOUNT              .   Docket No. CA 04-30152-MAP
                         .
        v.               .   Springfield, MA
                         .
ZALE DELAWARE, INC.      .
.........................    July 6, 2006




       TRANSCRIPT OF SUMMARY JUDGMENT HEARING HELD

        BEFORE THE HONORABLE MICHAEL A. PONSOR,

          UNITED STATES DISTRICT COURT JUDGE.




APPEARANCES:


For the plaintiff:   Michael O. Shea, 451 Main Street,
                     Wilbraham, MA 01095.


For the defendant:   Neal J. McNamara, Suite 1800, One
                     Financial Plaza, Providence, RI
                     02903.


               Alice Moran, CSR, RPR, RMR
              Official Federal Court Reporter
                1550 Main Street, Room 536
                   Springfield, MA 01103
          Tel: (413)731-0086  Fax: (413)737-7333
                    amoran@prodigy.net
```

1    THE COURT: You can include that in your brief.
2 It may matter to me. It may not matter to me. I'm not
3 exactly sure what the law is on that. I can see judges
4 being strange creatures going in different ways.
5    If we are in a situation where it was clearly the
6 rule and the plaintiff didn't subjectively know about it,
7 then I guess the question becomes should she have
8 reasonably known about it? Was it given to her or given
9 to people in bundles of material? So I think you can
10 fold that into what you submit and I'll let the defendant
11 reply.
12    MR. SHEA: One other quick question, Your
13 Honor, on that same subject. Does it matter to you that
14 she never had to work the 48? No one ever came to her
15 and said you must work or mentioned it?
16    THE COURT: No. That is the flexibility issue
17 and I'm willing to assume for purposes of the motion for
18 summary judgment this was the state of the record as I
19 assumed it was when I started the argument, that prior to
20 the time she took her Family Medical Leave Act this
21 48-hour requirement was not enforced and when she was
22 coming back from her Family Medical Leave Act leave, she
23 was told that it would be enforced. So I consider that
24 particular fact to break in favor of the plaintiff.
25    If I'm allowing summary judgment, I'm going to have

1  to assume for purposes of the defendant's motion for
2  summary judgment that there was no strict enforcement of
3  that requirement prior to the time that the plaintiff
4  took her leave.
5     What I'm interested in was the requirement there
6  because that's where I have the problem with the
7  plaintiff's case.  I don't think that it could be
8  reasonably found by a jury that where there was an
9  employment requirement that previously existed for
10 somebody who was in a manager position, even if it hadn't
11 been enforced before, it was enforced upon the
12 plaintiff's return, I do not think that would be a
13 reasonable interpretation as a form of retaliation.
14    I'm sure that you and I disagree about that and
15 that's something that can be reviewed, but I'm repeating
16 myself now for about the fourth or fifth time.  What I'm
17 interested in is the existence of the policy, not the
18 enforcement of the policy.
19       MR. SHEA:  Right, and I've cited facts in
20 paragraph 4 of our facts that clearly say that some
21 managers say it is and some managers say it isn't.
22       THE COURT:  Right.
23       MR. SHEA:  Does that --
24       THE COURT:  Some managers say it will be
25 enforced and some managers say it's not going to be