# EXHIBIT B

SUSAN MOUNT
November 2, 2005

 ORIGINAL

Page 1

1        UNITED STATES DISTRICT COURT
2           District of Massachusetts
3           Civil Action No. 3:04-CV-30152MAP
4
5    ******************************************
                                                *
6    SUSAN MOUNT,                               *
                                                *
7              Plaintiff                        *
                                                *
8    v.                                         *
                                                *
9    ZALE DELAWARE,                             *
                                                *
10             Defendant                        *
11   ******************************************
12
13
14       DEPOSITION OF:   SUSAN MOUNT
15   Catuogno Court Reporting Services, Inc.
16            1414 Main Street
17         Springfield, Massachusetts
18      November 2, 2005    10:15 a.m.
19
20
21
22              Lora A. Monroe
23
24   Certified Shorthand Reporter-807190

1  Saturday to, or Friday to Thursday. And it
2  would list, you know, someone would be working
3  nine to five or someone would be working three
4  to nine or somebody would be working nine to
5  one. It was just an ideal situation, if that
6  store was given 170 hours and this person was
7  making eight dollars an hour and this person was
8  making $6.00 an hour that this would be an ideal
9  schedule for all these employees to be able to
10 make sure you don't go over in your budget or
11 under in your budget.
12      Q.   During the course of your training
13 either at North Dartmouth or at Holyoke, did you
14 learn that there was any time expectation with
15 respect to the store manager position?
16      A.   If I remember correctly the manager
17 that was at Holyoke, he had some medical issues
18 and I never discussed them personally with him.
19 I just know them being mentioned and so he
20 worked a limited schedule.
21      Q.   Did he say anything to you about
22 what, if any, time requirements there were for
23 the store manager position?
24      A.   He had said that typically the

**SUSAN MOUNT**
**November 2, 2005**

Page 35

```
 1  company requires forty-eight hours.  In season
 2  of holidays you will be requested to work quite
 3  more.  And it was just generally such.
 4       Q.    Did the manager in North Dartmouth
 5  say anything to you about time expectations for
 6  store manager?
 7       A.    Not to my knowledge.  I don't
 8  believe we had that conversation.
 9       Q.    Did the manager in Holyoke when he
10  talked to you about the time commitment
11  requirements, did he tell you that there was any
12  suggested way for allotting that time
13  requirement or achieving that time requirement
14  on a weekly basis?
15       A.    Did he say, I don't believe so.  I
16  believe the only knowledge that I would have had
17  from it is again looking at the ideal and mock
18  schedule of where consistently it had the
19  manager at, being at the store open to close on
20  Mondays and Fridays.
21       Q.    Now, when did the Lee store
22  actually open?
23       A.    The Lee store actually opened, it
24  was, give me a minute.  July of '99.  The very
```