# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SUSAN MOUNT

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:04-30152-MAP

ZALE DELA WARE INC,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Zale Delaware, Inc, against the plaintiff Susan Mount, pursuant to the court's endorsed order entered this date, denying the plaintiff's motion for reconsideration.

                                                   **SARAH A. THORNTON**,
                                                   CLERK OF COURT

Dated: September 6, 2006          By /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk